**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MINISTER LOUIS FARRAKHAN and
THE NATION OF ISLAM,

Plaintiffs,

v.

ANTI-DEFAMATION LEAGUE,
JONATHAN GREENBLATT, individually,
and in his official capacity as CEO and National
Director of the ANTI-DEFAMATION LEAGUE,
SIMON WIESENTHAL CENTER, and RABBI
ABRAHAM COOPER, individually and in his
official capacity as Director of Global Social Action
Agenda for the SIMON WIESENTHAL CENTER,

Defendants.

Civil Action No. 1:23-cv-09110
**NOTICE OF APPEAL**

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that the following parties: The Honorable Minister Farrakhan and the Nation of Islam (Plaintiffs) in the above captioned case appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on April 5, 2024.

Dated: May 3, 2024

Respectfully submitted,

By: /s/ *Abdul Arif Muhammad*
Abdul Arif Muhammad, Esq.
Pennsylvania Bar #47898
7351 South Stony Island Avenue
Chicago, Illinois 60649
(215) 313-0738) (Phone)
abdularifmuhammad@gmail.com

By: /s/ *Michael K. Muhammad*
Michael K. Muhammad, Esq.
Texas Bar #00787157
10440 North Central Expressway
Suite 800
Dallas, Texas 75231
Phone (214) 432-6285
Michael@muhammadlawfirm.com

By: /s/ ***Sa'ad Alim Muhammad***
Sa'ad Alim Muhammad, Esq
Illinois Bar #6244757
1525 E. 53rd Street, Suite 447
Chicago, Illinois 60615
(312) 263-5989 (Phone)
SAM@PowerandDixon.com

All *Pro Hac Vice* Applications Were Granted

ATTORNEYS FOR MINISTER LOUIS FARRAKHAN AND THE NATION OF ISLAM

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−09110−DLC

Farrakhan et al v. Anti−Defamation League et al
Assigned to: Judge Denise L. Cote
Demand: $9,999,000
Cause: 28:1332ct Diversity−(Citizenship)

Date Filed: 10/16/2023
Date Terminated: 04/05/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**Nation of Islam** represented by **Abdul Arif Muhammad , Sr**
Abdul Arif Muhammad, Esq.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
215−313−0738
Fax: 773−496−8160
Email: abdularifmuhammad@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael K. Muhammad**
Muhammad Law Firm
1700 Pacific Avenue
Suite 3740
Dallas, TX 75201
214−432−6285
Fax: 214−360−0555
Email: Michael@muhammadlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minister Louis Farrakhan** represented by **Michael K. Muhammad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sa'ad A Muhammad**
Power and Dixon. PC
1525 East 53rd St
Ste 447
Chicago, IL 60615
773−490−8774
Fax: 312−263−5264
Email: sam@poweranddixon.com
*ATTORNEY TO BE NOTICED*

**Abdul Arif Muhammad , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anti−Defamation League** represented by **Nathan Ellis Siegel**
Davis Wright Tremaine LLP
1301 K Street
Suite 500 East
Washington, DC 20005
202−973−4237

Fax: 202−973−4499
Email: nathansiegel@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Ivan Rich**
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020
212−489−8230
Fax: 212−489−8340
Email: adamrich@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Simon Wiesnthal Center**
*TERMINATED: 11/02/2023*

**Defendant**

**Johnathan Greenblatt**
*individually*
*TERMINATED: 11/02/2023*

**Defendant**

**Rabbi Abraham Cooper**
*individually*

represented by **John J. McDonough**
London Fischer
59 Maiden Lane
Ste 39th Floor
New York, NY 10038
212−331−9450
Email: jmcdonough@londonfischer.com
*TERMINATED: 12/08/2023*

**Julie Gerchik**
Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Blvd.
Suite 1900
Los Angeles, CA 90067
310−553−3000
Fax: 310−556−2920
Email: jgerchik@glaserweil.com
*ATTORNEY TO BE NOTICED*

**Robert David Martin**
London Fischer LLP
NY
59 Maiden Lane, 39th Floor
Ste 39th FL
NEW YORK
New York, NY 10038
212−331−9559
Fax: 212−972−1030
Email: rmartin@londonfischer.com
*TERMINATED: 12/08/2023*

**Defendant**

**Johnathan Greenblatt**
*In his Official capacity as CEO and National Director of the Anti−Defamation League*
*TERMINATED: 11/02/2023*

represented by **Nathan Ellis Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Ivan Rich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Simon Wiesenthal Center** represented by **John J. McDonough**
(See above for address)
*TERMINATED: 12/08/2023*

**Julie Gerchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia L. Glaser , I**
Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Blvd
19th Floor
Los Angeles
Los Angeles, CA 90067
310−553−3000
Fax: 310−557−9815
Email: pglaser@glaserweil.com
*ATTORNEY TO BE NOTICED*

**Robert David Martin**
(See above for address)
*TERMINATED: 12/08/2023*

**Defendant**

**Rabbi Abraham Cooper**
*in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center*
represented by **Julie Gerchik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan Greenblatt**
*individually*
represented by **Nathan Ellis Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan Greenblatt**
*In his official capacity as CEO and National Director of the Anti−Defamation League*
represented by **Nathan Ellis Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Elliot Pasik** represented by **Elliot Pasik**
52 EAST OLIVE STREET
LONG BEACH, NY 11561
United Sta
5165780250
Email: efpasik@aol.com
PRO SE

**Elliot Bruce Pasik**
Elliot B. Pasik, ESQ.
52 East Olive Street
Long Beach, NY 11561
516−578−0250
Email: efpasik@aol.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2023 | 1 | **FILING ERROR − DEFICIENT PLEADING − FILER ERROR −** COMPLAINT against Anti−Defamation League. (Filing Fee $ 402.00, Receipt Number ANYSDC−28433375)Document filed by Louis Farrakhan. (Attachments: # 1 Exhibit A to L, # 2 Exhibit L1 to N, # 3 Exhibit O to Z, # 4 Exhibit AA to CC, # 5 Exhibit DD, # 6 Exhibit DD1 to EE).(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/16/2023) |
| 10/16/2023 | 2 | **FILING ERROR − PDF ERROR −** CIVIL COVER SHEET filed..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/16/2023) |
| 10/17/2023 | 3 | **FILING ERROR − PDF ERROR −** CIVIL COVER SHEET filed..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 4 | **FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUESTED − FILER ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Anti−Defamation League, re: 1 Complaint,. Document filed by Louis Farrakhan..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 5 | **FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUESTED − FILER ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Anti−Defamation League, re: 1 Complaint,. Document filed by Nation of Islam..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 6 | **FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUESTED − WRONG EVENT TYPE SELECTED FROM MENU −** REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to, re: 1 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 7 | **FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Simon Wiesenthal Center, re: 1 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 8 | **FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUEST As To −** REQUEST FOR ISSUANCE OF SUMMONS as to, re: 1 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) Modified on 10/17/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 9 | MOTION for Abdul Arif Muhammad to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28433557. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 10/17/2023) |
| 10/17/2023 | 10 | MOTION for Michael K. Muhammad to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28433556. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louis Farrakhan, Nation of Islam. Return Date set for 10/17/2023 at 10:00 AM. (Attachments: # 1 Affidavit MKM − Affidavit, # 2 Exhibit MKM − Certificate of Good Standing, # 3 Exhibit MKM − S. Ct. Certificate of Good Standing, # 4 Proposed Order MKM − PHV Proposed Order).(Muhammad, Michael) (Entered: 10/17/2023) |
| 10/17/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Abdul Arif Muhammad to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28433557. Motion and supporting papers to be reviewed by Clerk's Office staff., 10 MOTION for Michael K. Muhammad to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28433556. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 10/17/2023) |
| 10/17/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Denise L. Cote. Please download and review the Individual |

| | | |
|---|---|---|
| | | Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 10/17/2023) |
| 10/17/2023 | | Magistrate Judge James L. Cott is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 10/17/2023) |
| 10/17/2023 | | Case Designated ECF. (pc) (Entered: 10/17/2023) |
| 10/17/2023 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Abdul Arif Muhammad, Sr. The party information for the following party/parties has been modified: Johnathan Greenblatt, Abraham Cooper. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc)** (Entered: 10/17/2023) |
| 10/17/2023 | | *****NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Abdul Arif Muhammad, Sr. The following case opening statistical information was erroneously selected/entered: Dollar Demand $9,999,000; County code New York; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to $10,000; the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid);. (pc)** (Entered: 10/17/2023) |
| 10/17/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Abdul Arif Muhammad, Sr to RE−FILE re: Document No. 1 Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the wrong filer/filers were selected for the pleading; the wrong party/parties whom the pleading is against were selected;. Add Johnathan Greenblatt to CM ECF with the party text "in his official capacity as CEO and National director of the Anti−Defamation League". Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. (pc)** (Entered: 10/17/2023) |
| 10/17/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Abdul Arif Muhammad, Sr to RE−FILE Document No. 2 Civil Cover Sheet, 3 Civil Cover Sheet. The filing is deficient for the following reason(s): multiple citizenships for the plaintiff and the defendant were selected. Choose one for the first listed plaintiff and first listed defendant. Civil cover sheet was not signed. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil−cover−sheet.. (pc)** (Entered: 10/17/2023) |
| 10/17/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Abdul Arif Muhammad, Sr to RE−FILE Document No. 4 Request for Issuance of Summons, 6 Request for Issuance of Amended Summons, 5 Request for Issuance of Summons, 7 Request for Issuance of Summons, 8 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; the wrong event type was used to file the request for issuance of summons; the wrong filer/filers were selected for the request for issuance of summons;. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (pc)** |

| | | |
|---|---|---|
| | | (Entered: 10/17/2023) |
| 10/17/2023 | 11 | COMPLAINT against Anti−Defamation League, Abraham Cooper, Johnathan Greenblatt, Simon Wiesenthal Center, Johnathan Greenblatt. Document filed by Nation of Islam, Louis Farrakhan. (Attachments: # 1 Exhibit A−L, # 2 Exhibit L1−M, # 3 Exhibit N, # 4 Exhibit O−Q, # 5 Exhibit R−T, # 6 Exhibit U−Z, # 7 Exhibit AA−CC, # 8 Exhibit DD, # 9 Exhibit DD1−EE, # 10 Exhibit FF−GG, # 11 Exhibit HH−JJ, # 12 Exhibit JJ1−OO, # 13 Exhibit PP−ZZ, # 14 Exhibit AAA−MMM).(Muhammad, Abdul) Modified on 10/18/2023 (vf). Modified on 10/19/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | 12 | CIVIL COVER SHEET filed..(Muhammad, Abdul) (Entered: 10/17/2023) |
| 10/18/2023 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to The Anti−Defamation League, re: 11 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 10/18/2023) |
| 10/18/2023 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to Johnathan Greenblatt, re: 11 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 10/18/2023) |
| 10/18/2023 | 15 | REQUEST FOR ISSUANCE OF SUMMONS as to Simon Wiesenthal Center, re: 11 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 10/18/2023) |
| 10/18/2023 | 16 | REQUEST FOR ISSUANCE OF SUMMONS as to Abraham Cooper, re: 11 Complaint,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 10/18/2023) |
| 10/18/2023 | 17 | ORDER granting 9 Motion for Abdul Arif Muhammad to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 10/18/2023) |
| 10/18/2023 | 18 | ORDER granting 10 Motion for Michael K. Muhammad to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 10/18/2023) |
| 10/18/2023 | | *****NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Abdul Arif Muhammad, Sr. The following case opening statistical information was erroneously selected/entered: Dollar Demand 10,000. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to 9,999,000. (vf)** (Entered: 10/18/2023) |
| 10/19/2023 | 19 | ELECTRONIC SUMMONS ISSUED as to Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League), Johnathan Greenblatt(individually)..(pc) (Entered: 10/19/2023) |
| 10/19/2023 | 20 | ELECTRONIC SUMMONS ISSUED as to Anti−Defamation League..(pc) (Entered: 10/19/2023) |
| 10/19/2023 | 21 | ELECTRONIC SUMMONS ISSUED as to Simon Wiesenthal Center..(pc) (Entered: 10/19/2023) |
| 10/19/2023 | 22 | ELECTRONIC SUMMONS ISSUED as to Abraham Cooper..(pc) (Entered: 10/19/2023) |
| 10/23/2023 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 10/23/2023) |
| 10/24/2023 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Abdul Arif Muhammad, Sr. The party information for the following party/parties has been modified: Simon Wiesenthal Center. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error. (gp)** (Entered: 10/24/2023) |
| 10/26/2023 | 24 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Anti−Defamation League served on 10/23/2023, answer due 11/13/2023. Service was accepted by Steven C. |

| | | |
|---|---|---|
| | | Sheinberg, Chief Legal Officer. Document filed by Nation of Islam; Louis Farrakhan..(Muhammad, Abdul) (Entered: 10/26/2023) |
| 10/26/2023 | 25 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League) served on 10/23/2023, answer due 11/13/2023; Johnathan Greenblatt(individually) served on 10/23/2023, answer due 11/13/2023. Service was accepted by Steven C. Sheinberg, Chief Legal Officer. Document filed by Nation of Islam; Louis Farrakhan..(Muhammad, Abdul) (Entered: 10/26/2023) |
| 10/26/2023 | 26 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Simon Wiesnthal Center served on 10/24/2023, answer due 11/14/2023. Service was accepted by Catherine Rawlings, Office Manager. Document filed by Nation of Islam; Louis Farrakhan..(Muhammad, Abdul) (Entered: 10/26/2023) |
| 10/26/2023 | 27 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Abraham Cooper served on 10/23/2023, answer due 11/13/2023. Service was accepted by Carolyn Panhuysen, Personal Secretary to Mr. Cooper. Document filed by Nation of Islam; Louis Farrakhan..(Muhammad, Abdul) (Entered: 10/26/2023) |
| 10/27/2023 | 28 | FIRST MOTION for Sa'ad Alim Muhammad to Appear Pro Hac Vice *with Proposed Order*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louis Farrakhan..(Muhammad, Sa'ad A) Modified on 10/27/2023 (sgz). Modified on 10/30/2023 (vba). (Entered: 10/27/2023) |
| 10/27/2023 | | Pro Hac Vice Fee Payment: for 28 FIRST MOTION for Sa'ad Alim Muhammad to Appear Pro Hac Vice *with Proposed Order*. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC−28489696..(Muhammad, Sa'ad A) (Entered: 10/27/2023) |
| 10/30/2023 | 29 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/4/2024 at 02:30 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 10/30/2023) (vfr) (Entered: 10/30/2023) |
| 10/30/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 FIRST MOTION for Sa'ad Alim Muhammad to Appear Pro Hac Vice *with Proposed Order*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 10/30/2023) |
| 10/31/2023 | 30 | ORDER granting 28 Motion for Sa'ad Alim Muhammad to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 10/31/2023) |
| 11/02/2023 | 31 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Anti−Defamation League, Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League)..(Siegel, Nathan) (Entered: 11/02/2023) |
| 11/02/2023 | 32 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 11 Complaint,, addressed to Judge Denise L. Cote from Nathan Siegel dated November 2, 2023. Document filed by Anti−Defamation League, Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League)..(Siegel, Nathan) (Entered: 11/02/2023) |
| 11/02/2023 | 33 | AMENDED COMPLAINT amending 11 Complaint,, against Anti−Defamation League, Abraham Cooper, Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League), Johnathan Greenblatt(individually), Simon Wiesnthal Center with JURY DEMAND.Document filed by Nation of Islam, Louis Farrakhan. Related document: 11 Complaint,,. (Attachments: # 1 Exhibit Exhibit A− August 25, 1967 F.B.I. Cointelpro Memorandum Excerpt, # 2 Exhibit Exhibit A−1 3−4−1968 FBI−Counterintelligence Program Black Nationalist Hate Group Racial −Intelligence, # 3 Exhibit EXHIBIT B November 11, 1983 New York Times Jesse Jackson Ad, # 4 Exhibit EXHIBIT C December 29 1984 New York Times−Jackson Reports 311 Threats, # 5 Exhibit EXHIBIT D March 2, 1984 New York Times 2Firebombing Of Jesse Jackson Office, |

# 6 Exhibit EXHIBIT E February 25, 1984 Minister Farrakhan Rally for Reverend Jackson Statement Excerpt, # 7 Exhibit EXHIBIT F October 31, 1995 New York Times − Talk With Farrakhan Article Regarding Dialogue with Jewish Leaders, # 8 Exhibit EXHIBIT F−1 October 13, 1995 Foxman calls meeting a 'gimmick'.pdf (Added), # 9 Exhibit EXHIBIT G June 24, 2010 Minister Farrakkhan Letter to Abraham Foxman and 12 Presidents of Major Jewish Organizations, # 10 Exhibit EXHIBIT H Winter 1995 Black and Jewish Responses to Japanese Internment, Greenberg, # 11 Exhibit EXHIBIT I January 17, 1968 FBI Director J. Edgar Hoover Memorandum to Establish Liasons with the ADL, # 12 Exhibit Exhibit I−1 5−9−2017 F.B.I. Director James Comey Love Letter to the ADL, # 13 Exhibit Exhibit I−2 11−10−22 F.B.I. Director Wray ADL at Never Is Now Summit, # 14 Exhibit EXHIBIT J 1993−Summer Abeer Abara Covert Action Quarterly 45 article, The Anti−Defamation League− Civil Rights and Wrongs, # 15 Exhibit EXHIBIT K October 24, 1993 New York Times, Anti−Defamation League Accused of Spying, # 16 Exhibit EXHIBIT L August 2020 Progressive Group Primer, The ADL is Not an Ally, # 17 Exhibit EXHIBIT M 1990 ADL Report, The Campaign to Manipulate Public Opinion− A Study in the Packaging of Bigotry, # 18 Exhibit EXHIBIT N 1992 ADL Report, The Anti−Semitism of Black Demagogues and Extremists, # 19 Exhibit EXHIBIT O 1994 ADL Report, Mainstreaming Anti− Semitism− The Legitimation of Louis Farrakhan, # 20 Exhibit EXHIBIT P 1994 ADL Special Report, Louis Farrakhan− In His Own Words, # 21 Exhibit EXHIBIT Q February −March 1994 ADL RESEARCH REPORT, Farrakhan Unchanged− The Continuing Message of Hate, The Ongoing Record of Racism and Ant, # 22 Exhibit EXHIBIT R 1995 ADL Fact Finding Report, Federal Funds for NOI Security Firms− Financing Farrakhans Ministry of Hate, # 23 Exhibit EXHIBIT S 1995 ADL Fact Finding Report, The Other Face of Farrakhan− A Hate− Filled Prelude to the Million Man March, # 24 Exhibit EXHIBIT T March 1994 March 1995 ADL Research Report, The Nation of Islam− The Relentless Record of Hate, # 25 Exhibit EXHIBIT U March 8, 2012 ADL article, Merchants of Hatred, # 26 Exhibit Exhibit U−1 December 19, 2008 Joel Stein, Los Angeles Times article entitled, Who runs Hollywood_ Cmon, # 27 Exhibit EXHIBIT V January 12, 2013 ADL Backgrounder−Farrakhan In His Own Words, # 28 Exhibit EXHIBIT W August 2, 2013 ADL Online Post− Nation of Islam Leader Reprises Vintage Anti−Semitism, # 29 Exhibit EXHIBIT X August 5, 2013 ADL Press Release, Louis Farrakhan Puts His Anti−Semitism On Full Display, # 30 Exhibit EXHIBIT Y February 18, 2019 ADL Blog, _Anti−Semite Louis Farrakhan Teams Up With Notorious Holocaust Denier at Saviours' Day 2019 Conference_, # 31 Exhibit EXHIBIT Z January 17, 2019 ADL Backgrounder, Farrakhan− In His Own Words, # 32 Exhibit EXHIBIT AA February 28, 2022 ADL Blog − Farrakhan Promotes Antisemitism Anti−Vaccine Conspiracies in Swan Song Savio, # 33 Exhibit EXHIBIT BB March 14, 2022 ADL Blog − Farrakhans Latest Antisemitic, Anti−vaccine Address Garners Over Half Milli, # 34 Exhibit Exhibit CC July 15, 2020 Black Entertainers and Sport Figures Labeled Anti−Semitic, # 35 Exhibit EXHIBIT DD December 20, 2022 ADL Written Communication to the Office of Management and Budget (OMB) Part 1 pg. 1−14, # 36 Exhibit EXHIBIT DD−1 December 20, 2022 The ADL−Office of Management and Budget Money Excerpt Part 2 pg 15−22, # 37 Exhibit Exhibit DD−2 May 2−2023 Dr. Liz Sherwood−Randall to the Anti−Defamation League, # 38 Exhibit Exhibit DD−3 2−4−21 Houes Committee Hearing on Homeland Security Comments ADL CEOGreenblatt, # 39 Exhibit Exhibit DD−4 2−4−11−2−23 What are the Investigative Functions of the FBI−Official FBI About Page, # 40 Exhibit Exhibit DD−5 FOIPA Request No 1428285−000 ADL−Interactions Correspondence and Referrals 1−2016 to 2−2019, # 41 Exhibit Exhibit DD−6 12−23−2022 Press Release−ADL Welcomes Key Federal Investments to Fight Antisemitism...FY2023 Omnibus, # 42 Exhibit EXHIBIT EE March 13, 2023 New York Times − _Netflix Won't Offer Louis Farrakhan Documentary, # 43 Exhibit EXHIBIT FF May 10, 2019 Rabbi Marvin Heir Goebbels Comment in website article _SWC Calls On Archdiocese Of Chicago To, # 44 Exhibit EXHIBIT GG June 30, 2020 New SWC Report _Farrakhan Four Decades of Bigotry_, # 45 Exhibit EXHIBIT HH June 2020 Farrakhan four decades of bigotry, # 46 Exhibit EXHIBIT II June 30, 2020 Farrakhan Fox TV Broadcast Dropped Following SWC Protest, # 47 Exhibit EXHIBIT II−1 July 5, 2020 SWC Godfather of Semitism Label in article _SWC Condemns Farrakhans July 4th Speech Broadcas, # 48 Exhibit EXHIBIT JJ December 29, 2020 SWC Report− The 2020 Top Ten Worst Global Anti−Semitic Incidents, # 49 Exhibit EXHIBIT JJ−1 December 29, 2020 SWC Top 10 Worst Global Report, # 50 Exhibit EXHIBIT KK February 27, 2022 X, formerly Twitter− _The godfather of

| | | |
|---|---|---|
| | | Jew−hatred in the USA_, # 51 Exhibit Exhibit LL Semite Definition and Meaning − Merriam−Webster, # 52 Exhibit Exhibit MM March 11, 2020 Press Release − ADL Publishes New Guide to Antisemitic Tropes _ ADL3.11.2020, # 53 Exhibit EXHIBIT NN June 21, 2002 AEI Testimony, _For Fear of the Jews_ Excerpt, # 54 Exhibit Exhibit NN−1 10−3−2022 ADL Dir. Scott Richman of New Jersery Written Statment in the Congressional Record, # 55 Exhibit EXHIBIT OO ADL Partnering with Law Enforcement, # 56 Exhibit EXHIBIT PP ADL Fighting for Good, Anti−Defamation League _ Law Enforcement _ New York_New Jersey, # 57 Exhibit EXHIBIT QQ March 2, 2018 ADL Law Enforcement Society Lessons of the Holocaust, # 58 Exhibit EXHIBIT RR December 29, 2022 _2022 Top Ten Worst Global Anti−Semitic Incidents− _America's Godfather of Hate_, # 59 Exhibit EXHIBIT SS December 1, 2022 SWC Issues Statement on Kanye Wests Recent Appearance on InfoWars, # 60 Exhibit EXHIBIT TT March 1, 2023 SWC Farrakhans Annual Saviors Day Anti−Jewish Tirades Continue As Does Silence of Political, # 61 Exhibit Exhibit UU December 2, 2014 The Washington Informer, _We Need Minister Farrakhan Say Black College Students, # 62 Exhibit Exhibit VV November 19, 2014 Baltimore Sun, _Morgan Leadership Must Denounce Farrakhan's Appearance_, # 63 Exhibit EXHIBIT WW August 20, 2023 Morgan−Murphy Fine Arts Application, # 64 Exhibit EXHIBIT XX August 29, 2023 Morgan−Murphy Fine Arts Denial, # 65 Exhibit Exhibit YY December 5, 2012 ADL Letter from 125 Lawmakers Asking for Interagency Group to Combat Anti−Semitism, # 66 Exhibit EXHIBIT ZZ December 7, 2022 Combating Antisemitism Roundtable, # 67 Exhibit Exhibit AAA 12−12−2022 Statement from White House Press Secretary Karine JeanPierre, # 68 Exhibit Exhibit BBB 5−2023 The U.S. National Strategy To Counter Antisemitism, # 69 Exhibit Exhibit CCC 5−30−23 ADL Article−ADL Shaped White House National Strategy to Counter Antisemitism, # 70 Exhibit Exhibit DDD 2023 ADLS COMBAT Antisemitism Plan, # 71 Exhibit Exhibit EEE 2−9−23 ADL Letter to CEO of Ticketmaster, RE SD, # 72 Exhibit Exhibit FFF 2−13−23 Jonathan Greenblatt Twitter and Midwest ADL Tweet concerning Louis Farrakhan, # 73 Exhibit Exhibit GGG 7−16−2020 Vimeo email terminating Live Stream for violating Vimeo's Terms of Service, # 74 Exhibit Exhibit HHH−11−21−22 Transcript Mayor Eric Adams, # 75 Exhibit Exhibit III−10−20−22 ADL Extremists Are Praising Kanye West, # 76 Exhibit Exhibit JJJ 2−27−2023 ADL Farrakhan Predicts Another Holocaust, Espouses Antisemitism and Bigotry in SD Speech, # 77 Exhibit Exhibit JJJ−1 September 19, 2023, Governor Kathy Hochul, # 78 Exhibit Exhibit JJJ−2 10−12−23 Attorney General James Warns Against Antisemitism, # 79 Exhibit Exhibit JJJ−3 11−1−23 New York Letitica James New York Attorney General About he Office, # 80 Exhibit Exhibit KKK 10−29−22 RollingStone Article−Kyrie Irving Boosts Antisemitic Movie Peddling Jewish Slave Ships, # 81 Exhibit Exhibit LLL−8−26−14 Nation of Islam Research Group Dwight Howard, # 82 Exhibit Exhibit MMM 11−30−2018 AP Article−Marc Lamont Hill fired from CNN after his speech on Israel draws outrage.).(Muhammad, Abdul) Modified on 11/3/2023 (jgo). Modified on 11/3/2023 (gp). (Entered: 11/02/2023) |
| 11/03/2023 | 34 | NOTICE OF APPEARANCE by Adam Ivan Rich on behalf of Anti−Defamation League, Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League)..(Rich, Adam) (Entered: 11/03/2023) |
| 11/03/2023 | 35 | ORDER granting 32 Letter Motion for Extension of Time to Answer re: 11 Complaint addressed to Judge Denise L. Cote from Nathan Siegel dated November 2, 2023. Granted. Anti−Defamation League answer due 12/4/2023; Johnathan Greenblatt (In his Official capacity as CEO and National Director of the Anti−Defamation League) answer due 12/4/2023; Johnathan Greenblatt(individually) answer due 12/4/2023. (Signed by Judge Denise L. Cote on 11/3/2023) (vfr) (Entered: 11/03/2023) |
| 11/03/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Abdul Arif Muhammad to RE−FILE re: Document No. 33 Amended Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; add Rabbi Abraham Cooper with party text 'individually', and, a second time with party text 'in his official capacity as Director of Global Social Action Agenda for the Simon Wiesenthal Center'; the wrong party/parties whom the pleading is against were selected. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. (jgo)** Modified on 11/3/2023 (gp). (Entered: 11/03/2023) |

| | | |
|---|---|---|
| 11/03/2023 | | ADD PARTY FOR PLEADING. Defendants/Respondents SIMON WIESENTHAL Center, Abraham Cooper, Jonathan Greenblatt, Jonathan Greenblatt added. Party added pursuant to 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,.Document filed by Nation of Islam. Related document: 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,.(Muhammad, Abdul) (Entered: 11/03/2023) |
| 11/03/2023 | 36 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference and Court's Individual Practices served on Nathan Siegel, Esq on 11/1/23. Service was made by nathansiegel@dwt.com. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 11/03/2023) |
| 11/08/2023 | 37 | **FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to SIMON WIESENTHAL CENTER, re: 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) Modified on 11/9/2023 (pc). (Entered: 11/08/2023) |
| 11/09/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Abdul Arif Muhammad to RE−FILE Document No. 37 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; the wrong event type was used to file the request for issuance of summons; defendant name does not exactly match Amended Complaint caption title, attorney info is missing;. Re−file the document using the event type Request for Issuance of Amended Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (pc)** (Entered: 11/09/2023) |
| 11/10/2023 | 38 | NOTICE OF APPEARANCE by John J. McDonough on behalf of Simon Wiesenthal Center..(McDonough, John) (Entered: 11/10/2023) |
| 11/10/2023 | 39 | NOTICE OF APPEARANCE by John J. McDonough on behalf of Abraham Cooper(individually)..(McDonough, John) (Entered: 11/10/2023) |
| 11/10/2023 | 40 | FIRST LETTER addressed to Judge Denise L. Cote from John J. McDonough dated November 10, 2023 re: Extension Request. Document filed by Simon Wiesenthal Center..(McDonough, John) (Entered: 11/10/2023) |
| 11/10/2023 | 41 | AMENDED LETTER addressed to Judge Denise L. Cote from j dated November 10, 2023 re: Extension Request. Document filed by Abraham Cooper(individually)..(McDonough, John) (Entered: 11/10/2023) |
| 11/13/2023 | 42 | MEMO ENDORSEMENT on re: 41 Letter filed by Abraham Cooper. ENDORSEMENT: Granted. Abraham Cooper(individually) answer due 12/5/2023; Abraham Cooper (in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center) answer due 12/5/2023; Simon Wiesenthal Center answer due 12/5/2023. (Signed by Judge Denise L. Cote on 11/13/2023) (vfr) (Entered: 11/13/2023) |
| 11/13/2023 | 43 | NOTICE OF APPEARANCE by Robert David Martin on behalf of Abraham Cooper(individually)..(Martin, Robert) (Entered: 11/13/2023) |
| 11/24/2023 | 44 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference and Court's Individual Practices served on Simon Wiesenthal Center on November 2, 2023. Service was made by Mail. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 11/24/2023) |
| 11/24/2023 | 45 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference and Court's Individual Practices served on Abraham Cooper on November 2, 2023. Service was made by Mail. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 11/24/2023) |
| 11/24/2023 | 46 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference and Court's Individual Practices served on Simon Wiesenthal Center and Rabbi Abraham Cooper individually and in his Official Capacity as Director of Global Social Action Agenda for the Simon Wiesenthal Center on 11/9/23. Service was accepted by Richard Schwartz,Esq., Secretary and General Counsel Simon Wiesenthal Center. Service was made by rschwartz@wiesenthal.com. Document filed by Louis Farrakhan, Nation of |

| | | |
|---|---|---|
| | | Islam..(Muhammad, Abdul) (Entered: 11/24/2023) |
| 11/27/2023 | 47 | SECOND LETTER MOTION for Extension of Time *to answer or otherwise act* addressed to Judge Denise L. Cote from Robert D. Martin dated November 27, 2023. Document filed by Simon Wiesenthal Center..(Martin, Robert) (Entered: 11/27/2023) |
| 11/27/2023 | 48 | SECOND LETTER MOTION for Extension of Time to File Answer re: 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, addressed to Judge Denise L. Cote from Nathan Siegel dated November 27, 2023. Document filed by Anti−Defamation League, Jonathan Greenblatt(individually), Jonathan Greenblatt (In his official capacity as CEO and National Director of the Anti−Defamation League)..(Siegel, Nathan) (Entered: 11/27/2023) |
| 11/28/2023 | 49 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Abdul Arif Muhammad dated November 28, 2023 re: 48 SECOND LETTER MOTION for Extension of Time to File Answer re: 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, addressed to Judge Denise L. Cote from Nathan Siegel dated November 27, 2023. . Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 11/28/2023) |
| 11/28/2023 | 50 | ORDER granting in part and denying in part 47 Letter Motion for Extension of Time. An answer or responsive filing is due 12/12/23. There shall be no further extension. (Signed by Judge Denise L. Cote on 11/28/2023) (vfr) (Entered: 11/28/2023) |
| 11/28/2023 | | Set/Reset Deadlines: Abraham Cooper (individually) answer due 12/12/2023; Abraham Cooper (in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center) answer due 12/12/2023. (vfr) (Entered: 11/28/2023) |
| 11/28/2023 | 51 | ORDER granting 48 Letter Motion for Extension of Time to Answer re: 33 Amended Complaint addressed to Judge Denise L. Cote from Nathan Siegel dated November 27, 2023. The answer or responsive filing is due 12/12/23. There shall be no further extension. 33 Amended Complaint. Anti−Defamation League answer due 12/12/2023; Jonathan Greenblatt (individually) answer due 12/12/2023; Jonathan Greenblatt (In his official capacity as CEO and National Director of the Anti−Defamation League) answer due 12/12/2023. (Signed by Judge Denise L. Cote on 11/28/2023) (vfr) (Entered: 11/28/2023) |
| 11/28/2023 | | Set/Reset Deadlines: Simon Wiesenthal Center answer due 12/12/2023. (vfr) (Entered: 11/29/2023) |
| 11/30/2023 | 52 | MOTION for Julie R. Gerchik to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28634267. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Simon Wiesenthal Center. (Attachments: # 1 Affidavit In Support of Motion for Admission Pro Hac Vice, # 2 Proposed Order Granting Motion for Admission Pro Hac Vice).(Gerchik, Julie) (Entered: 11/30/2023) |
| 11/30/2023 | 53 | MOTION for Patricia L. Glaser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28634444. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Simon Wiesenthal Center. (Attachments: # 1 Affidavit In Support of Motion for Admission Pro Hac Vice, # 2 Proposed Order Granting Motion for Admission Pro Hac Vice).(Glaser, Patricia) (Entered: 11/30/2023) |
| 12/01/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for Julie R. Gerchik to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28634267. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 12/01/2023) |
| 12/01/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 53 MOTION for Patricia L. Glaser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28634444. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 12/01/2023) |
| 12/01/2023 | 54 | ORDER granting 52 Motion for Julie R. Gerchik to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 12/01/2023) |

| | | |
|---|---|---|
| 12/01/2023 | 55 | ORDER granting 53 Motion for Patricia L. Glaser to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 12/01/2023) |
| 12/06/2023 | 56 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Abraham Cooper(individually). Related Document Number: [39, 43]..(Martin, Robert) (Entered: 12/06/2023) |
| 12/06/2023 | 57 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Simon Wiesenthal Center. Related Document Number: [38, 43]..(Martin, Robert) (Entered: 12/06/2023) |
| 12/06/2023 | 58 | NOTICE OF APPEARANCE by Julie Gerchik on behalf of Abraham Cooper(individually), Simon Wiesenthal Center..(Gerchik, Julie) (Entered: 12/06/2023) |
| 12/06/2023 | 59 | NOTICE OF APPEARANCE by Julie Gerchik on behalf of Abraham Cooper(individually), Simon Wiesenthal Center..(Gerchik, Julie) (Entered: 12/06/2023) |
| 12/08/2023 | 60 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approval by the court, DEFENDANT ABRAHAM COOPER, substitutes Julie R.F. Gerchik, State Bar No. 4064523 as counsel of record in place of John J. McDonough and Robert D. Martin. The substitution of attorney is hereby approved and so ORDERED. The answer remains due 12/12/23. Attorney Robert David Martin and John J. McDonough terminated. (Signed by Judge Denise L. Cote on 12/7/2023) (vfr) (Entered: 12/08/2023) |
| 12/08/2023 | 61 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approval by the court, DEF. SIMON WIESENTHAL CENTER, substitutes Julie R.F. Gerchik, State Bar No. 4064523 as counsel of record in place of John J. McDonough and Robert D. Martin. The substitution of attorney is hereby approved and so ORDERED. The answer remains due 12/12/23. Attorney Robert David Martin and John J. McDonough terminated. (Signed by Judge Denise L. Cote on 12/7/2023) (vfr) (Entered: 12/08/2023) |
| 12/12/2023 | 62 | MOTION to Dismiss *Pursuant to Fed. Rs. Civ. P. 12(b)(1) and (6) re: 33* . Document filed by Anti−Defamation League, Jonathan Greenblatt(individually), Jonathan Greenblatt (In his official capacity as CEO and National Director of the Anti−Defamation League)..(Siegel, Nathan) (Entered: 12/12/2023) |
| 12/12/2023 | 63 | MEMORANDUM OF LAW in Support re: 62 MOTION to Dismiss *Pursuant to Fed. Rs. Civ. P. 12(b)(1) and (6) re: 33* . . Document filed by Anti−Defamation League, Jonathan Greenblatt(individually), Jonathan Greenblatt (In his official capacity as CEO and National Director of the Anti−Defamation League)..(Siegel, Nathan) (Entered: 12/12/2023) |
| 12/12/2023 | 64 | DECLARATION of Nathan Siegel in Support re: 62 MOTION to Dismiss *Pursuant to Fed. Rs. Civ. P. 12(b)(1) and (6) re: 33* .. Document filed by Anti−Defamation League, Jonathan Greenblatt(individually), Jonathan Greenblatt (In his official capacity as CEO and National Director of the Anti−Defamation League). (Attachments: # 1 Exhibit 1 − Farrahkan Video File re: 2018 Million Man March Anniversary Address, # 2 Exhibit 2 − The Final Call Article re: Holy Day of Atonement: Million Man March 23rd Anniversary Address in Detroit, # 3 Exhibit 3 − October 16, 2018 Farrakhan Tweet, # 4 Exhibit 4 − Nation of Islam Profile).(Siegel, Nathan) (Entered: 12/12/2023) |
| 12/12/2023 | 65 | MOTION to Dismiss . Document filed by Abraham Cooper(individually), Simon Wiesenthal Center. Responses due by 12/26/2023 (Attachments: # 1 Supplement Memorandum of Points and Authorities, # 2 Supplement proof of service).(Gerchik, Julie) (Entered: 12/12/2023) |
| 12/12/2023 | 66 | DECLARATION of Julie Gerchik in Support re: 65 MOTION to Dismiss .. Document filed by Abraham Cooper(individually), Simon Wiesenthal Center. (Attachments: # 1 Supplement Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Supplement proof of service).(Gerchik, Julie) (Entered: 12/12/2023) |
| 12/13/2023 | 67 | ORDER: It is hereby ORDERED that plaintiff shall file any amended complaint by January 5, 2024. It is unlikely that plaintiff will have a further opportunity to amend. |

| | | |
|---|---|---|
| | | IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion by January 5, 2024. Defendant's reply, if any, shall be filed by January 19, 2024. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for January 4, 2024 is adjourned sine die. ( Amended Pleadings due by 1/5/2024., Replies due by 1/19/2024., Responses due by 1/5/2024) (Signed by Judge Denise L. Cote on 12/12/2023) (vfr) (Entered: 12/13/2023) |
| 12/27/2023 | 68 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Eric Young Su to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Abraham Cooper(individually), Simon Wiesenthal Center. (Attachments: # 1 Affidavit of Eric Young Su, # 2 Proposed Order for Admission to Practice Pro Hac Vice).(Gerchik, Julie) Modified on 12/27/2023 (rju). (Entered: 12/27/2023) |
| 12/27/2023 | | Pro Hac Vice Fee Paid electronically via Pay.gov: for 68 MOTION for Eric Young Su to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00. Pay.gov receipt number ANYSDC−28743328, paid on 12/27/2023. (rju) (Entered: 12/27/2023) |
| 12/27/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 68 MOTION for Eric Young Su to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. (rju)** (Entered: 12/27/2023) |
| 01/03/2024 | 69 | MOTION for Eric Young Su to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Abraham Cooper(individually), Simon Wiesenthal Center. (Attachments: # 1 Affidavit of Eric Young Su, # 2 Proposed Order for Admission to Practice Pro Hac Vice).(Gerchik, Julie) (Entered: 01/03/2024) |
| 01/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 69 MOTION for Eric Young Su to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/03/2024) |
| 01/04/2024 | 70 | ORDER granting 69 Motion for Eric Young Suf to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 01/04/2024) |
| 01/05/2024 | 71 | SECOND AMENDED COMPLAINT amending 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, against Anti−Defamation League, Abraham Cooper(individually), Abraham Cooper(in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center), Jonathan Greenblatt(individually), Jonathan Greenblatt (In his official capacity as CEO and National Director of the Anti−Defamation League) with JURY DEMAND.Document filed by Louis Farrakhan, Nation of Islam. Related document: 33 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. (Attachments: # 1 Exhibit Exhibit A August 25, 1967 F.B.I. Cointelpro Memorandum Excerpt, # 2 Exhibit Exhibit A−1 3−4−1968 FBI−Counterintelligence Program Black Nationalist Hate Group Racial −Intelligence, # 3 Exhibit EXHIBIT A−2 November 11, 1983 New York Times Jesse Jackson Ad, # 4 Exhibit EXHIBIT A−3 December 29 1984 New York Times−Jackson Reports 311 Threats, # 5 Exhibit EXHIBIT A−4 March 2, 1984 New York Times 2Firebombing Of Jesse Jackson Office, # 6 Exhibit EXHIBIT A−5 February 25, 1984 Minister Farrakhan Rally for Reverend Jackson Statement Excerpt, # 7 Exhibit EXHIBIT B October 31, 1995 New York Times − Talk With Farrakhan Article Regarding Dialogue with Jewish Leaders, # 8 Exhibit EXHIBIT B−1 October 13, 1995 Foxman calls meeting a 'gimmick'.pdf (Added), # 9 Exhibit EXHIBIT C June 24, 2010 Minister Farrakkhan Letter to Abraham Foxman and 12 Presidents of Major Jewish Organizations, # 10 Exhibit Exhibit D Winter 1995 Black and Jewish Response to Japanese Internment Journal Of American Ethnic History, # 11 Exhibit EXHIBIT E |

| | | |
|---|---|---|
| | | January 17, 1968 FBI Director J. Edgar Hoover Memorandum to Establish Liasons with the ADL, # 12 Exhibit Exhibit F 5−8−2017 F.B.I. Director James Comey Love Letter to the ADL, # 13 Exhibit Exhibit F−1 11−10−22 F.B.I. Director Wray ADL at Never Is Now Summit, # 14 Exhibit EXHIBIT G 1993−Summer Abeer Abara Covert Action Quarterly 45 article, The Anti−Defamation League− Civil Rights and Wrongs, # 15 Exhibit EXHIBIT G−1 October 24, 1993 New York Times, Anti−Defamation League Accused of Spying, # 16 Exhibit Exhibit G−2 March 21, 1993 Stephen Tompkins_ In 1917, spy target was black America, # 17 Exhibit EXHIBIT H August 2020 Progressive Group Primer, The ADL is Not an Ally, # 18 Exhibit Exhibit H−1 8−20−2021 Drop the ADL Working Group−Open Letter to Progressives−The ADL is not an Ally, # 19 Exhibit Exhibit H−2 8−20−2021 Drop the ADL Working Group−Open Letter to Progressives−The ADL is not an Ally−Signatories, # 20 Exhibit EXHIBIT I 1990 ADL Report, The Campaign to Manipulate Public Opinion− A Study in the Packaging of Bigotry, # 21 Exhibit EXHIBIT I−2 1994 ADL Report, Mainstreaming Anti− Semitism− The Legitimation of Louis Farrakhan, # 22 Exhibit EXHIBIT I−3 1994 ADL Special Report, Louis Farrakhan− In His Own Words, # 23 Exhibit EXHIBIT I−4 February −March 1994 ADL RESEARCH REPORT, Farrakhan Unchanged− The Continuing Message of Hate, # 24 Exhibit EXHIBIT I−5 1995 ADL Fact Finding Report, Federal Funds for NOI Security Firms− Financing Farrakhans Ministry of Hate, # 25 Exhibit EXHIBIT I−6 1995 ADL Fact Finding Report, The Other Face of Farrakhan− A Hate− Filled Prelude to the).(Muhammad, Abdul) (Entered: 01/05/2024) |
| 01/06/2024 | 72 | EXHIBIT TO PLEADING re: 71 Amended Complaint,,,,,,,,,,,,. Document filed by Louis Farrakhan, Nation of Islam. (Attachments: # 1 Exhibit EXHIBIT I−7 March 1994 March 1995 ADL Research Report, The Nation of Islam− The Relentless Record of Hate, # 2 Exhibit EXHIBIT J March 8, 2012 ADL article, Merchants of Hatred, # 3 Exhibit Exhibit K December 19, 2008 Joel Stein, Los Angeles Times article entitled, Who runs Hollywood_ Cmon, # 4 Exhibit EXHIBIT L January 12, 2013 ADL Backgrounder−Farrakhan In His Own Words, # 5 Exhibit EXHIBIT M August 2, 2013 ADL Online Post− Nation of Islam Leader Reprises Vintage Anti−Semitism, # 6 Exhibit EXHIBIT M−1 August 5, 2013 ADL Press Release, Louis Farrakhan Puts His Anti−Semitism On Full Display, # 7 Exhibit EXHIBIT M−2 Feb 17, 2019 ADL Blog, _Anti−Semite Louis Farrakhan Teams Up With Notorious Holocaust Denier, # 8 Exhibit EXHIBIT M−3 January 17, 2019 ADL Backgrounder, Farrakhan− In His Own Words, # 9 Exhibit EXHIBIT M−4 February 28, 2022 ADL Blog − Farrakhan Promotes Antisemitism Anti−Vaccine Conspiracies in Swan Song, # 10 Exhibit EXHIBIT M−5 March 14, 2022 ADL Blog − Farrakhans Latest Antisemitic, Anti−vaccine Address Garners Over Half Milli, # 11 Exhibit Exhibit M−6 July 15, 2020 Black Entertainers and Sport Figures Labeled Anti−Semitic, # 12 Exhibit EXHIBIT N December 20, 2022 ADL Written Communication to the Office of Management and Budget (OMB) Part 1 pg. 1−14, # 13 Exhibit EXHIBIT N−1 December 20, 2022 The ADL−Office of Management and Budget Money Excerpt Part 2 pg 15−22, # 14 Exhibit EXHIBIT O March 13, 2023 New York Times − _Netflix Won't Offer Louis Farrakhan Documentary, # 15 Exhibit EXHIBIT P May 10, 2019 Rabbi Marvin Heir Goebbels Comment in website article _SWC, # 16 Exhibit EXHIBIT Q June 30, 2020 New SWC Report _Farrakhan Four Decades of Bigotry_, # 17 Exhibit EXHIBIT R June 2020 Farrakhan four decades of bigotry, # 18 Exhibit EXHIBIT S June 30, 2020 Farrakhan Fox TV Broadcast Dropped Following SWC Protest, # 19 Exhibit EXHIBIT S−1 July 5, 2020 SWC Godfather of Semitism Label in article _SWC Condemns Farrakhans July 4th Speech, # 20 Exhibit EXHIBIT T December 29, 2020 SWC Report− The 2020 Top Ten Worst Global Anti−Semitic Incidents, # 21 Exhibit EXHIBIT T−1 December 29, 2020 SWC Top 10 Worst Global Report−Continued, # 22 Exhibit EXHIBIT U February 27, 2022 X, formerly Twitter− _The godfather of Jew−hatred in the USA_, # 23 Exhibit Exhibit V Semite Definition and Meaning − Merriam−Webster, # 24 Exhibit Exhibit W March 11, 2020 Press Release − ADL Publishes New Guide to Antisemitic Tropes _ ADL3.11.2020, # 25 Exhibit EXHIBIT X June 21, 2002 AEI Testimony, _For Fear of the Jews_ Excerpt, # 26 Exhibit Exhibit Y 10−3−2022 ADL Dir. Scott Richman of New Jersery Written Statment in the Congressional Record, # 27 Exhibit Exhibit Z June 4, 2023 ADL Partnering with Law Enforcement, # 28 Exhibit EXHIBIT Z−1 ADL Fighting for Good, Anti−Defamation League _ Law Enforcement _ New York_New Jersey, # 29 Exhibit EXHIBIT AA March 2, 2018 ADL Law Enforcement Society Lessons of the Holocaust, # 30 Exhibit EXHIBIT BB December 29, 2022 _2022 Top Ten Worst Global Anti−Semitic Incidents− _America's Godfather of Hate_, # 31 Exhibit |

| | | |
|---|---|---|
| | | EXHIBIT CC December 1, 2022 SWC Issues Statement on Kanye Wests Recent Appearance on InfoWars, # 32 Exhibit EXHIBIT DD March 1, 2023 SWC Farrakhans Annual Saviors Day Anti−Jewish Tirades Continue, # 33 Exhibit Exhibit EE 2−4−21 Houes Committee Hearing on Homeland Security Comments ADL CEOGreenblatt, # 34 Exhibit Exhibit FF−1 5−30−23 ADL Article−ADL Shaped White House National Strategy to Counter Antisemitism, # 35 Exhibit Exhibit FF−2 May 25, 2023 ADL Welcomes First−Ever White House National Strategy to Counter Antisemitism _ ADL, # 36 Exhibit Exhibit GG December 2, 2014 The Washington Informer, _We Need Minister Farrakhan Say Black College Students, # 37 Exhibit Exhibit HH November 19, 2014 Baltimore Sun, _Morgan Leadership Must Denounce Farrakhan's Appearance_, # 38 Exhibit EXHIBIT II August 20, 2023 Morgan−Murphy Fine Arts Application, # 39 Exhibit EXHIBIT JJ August 29, 2023 Morgan−Murphy Fine Arts Denial, # 40 Exhibit Exhibit KK 2023_02_09 ADL Letter to CEO of Ticketmaster, re _Saviours' Day_ Event _ ADL, # 41 Exhibit Exhibit KK−1 2023_02_09 ADL Letter to CEO of Ticketmaster, re _Saviours' Day_ Event _ ADL, # 42 Exhibit EXHIBIT KK−2 February 21, 2022 X, formerly Twitter− _The godfather of Jew−hatred in the USA_, # 43 Exhibit Exhibit LL December 5, 2012 ADL Letter from 125 Lawmakers Asking for Interagency Group to Combat Anti−Semitism, # 44 Exhibit EXHIBIT MM December 7, 2022 Combating Antisemitism Roundtable, # 45 Exhibit Exhibit NN December 12, 2022 Statement from White House on Inter−Agency Group to Counter Antisemitism, # 46 Exhibit Exhibit OO June 29, 2020 ADL Tweet Taking Concerning Fox Soul, # 47 Exhibit Exhibit PP 7−16−2020 Vimeo email terminating Live Stream for violating Vimeo's Terms of Service, # 48 Exhibit Exhibit QQ 2023 ADLS COMBAT Antisemitism Plan, # 49 Exhibit Exhibit QQ−1 June 28, 2022 ADL Announces Policy Agenda to Fight Antisemitism _ ADL, # 50 Exhibit Exhibit RR September 19, 2023, Governor Kathy Hochul, # 51 Exhibit Exhibit SS ADL−Who are We, # 52 Exhibit Exhibit TT New York Police Training Statutes, # 53 Exhibit Exhibit UU New York Statute−Surveillance, # 54 Exhibit Exhibit VV−1 Febaruary 2, 2022 Jonathan Greenblatt's Testimony Before the House Committee on Homeland Security, # 55 Exhibit Exhibit WW October 10, 2022 ADL Extremists Are Praising Kanye Wests Antisemitism, Parler Acquisition, # 56 Exhibit Exhibit XX− February 27, 2023 ADL Farrakhan Predicts Another Holocaust, # 57 Exhibit Exhibit XX−1 Feb 17, 2021 Extremists Face Arrests, Uncertain Future Following January 6 Insurrection _ ADL, # 58 Exhibit Exhibit YY October 12, 2023 Attorney General James Warns Against Antisemitism, Islamophobia, and Hate in New York, # 59 Exhibit Exhibit ZZ 10−12−23 Attorney General James Warns Against Antisemitism, # 60 Exhibit Exhibit AAA November 11, 2022 Transcript Mayor Eric Adams, # 61 Exhibit Exhibit BBB October 31, 2022 ADL Blog Ye (Kanye West) What you need to know, # 62 Exhibit Exhibit CCC Nov 11, 2022 Wallstreet Journal OpEd by Abe Foxman Kanye and Kyrie Spreak Farrkhan's Bigotry, # 63 Exhibit Exhibit DDD October 20, 2022 ADL Extremists Are Praising Kanye Wests Antisemitism, Parler Acquisition, # 64 Exhibit Exhibit EEE ADL−Education, # 65 Exhibit Exhibit GGG ADL Tracker, # 66 Exhibit Exhibit HHH About the IHRA Working Definition of Antisemitsm, # 67 Exhibit Exhibit JJJ About the Simon Wiesenthal Center, # 68 Exhibit Exhibit JJJ−1 SWC Moriah Film, # 69 Exhibit Exhibit JJJ−2 March 6, 22018 SWC Blog Following Farrakhan's Latest Anti−Semitic Rant (gutter−regligion), # 70 Exhibit Exhibit KKK FOIPA Request No 1428285−000 ADL−Interactions Correspondence and Referrals 1−2016 to 2−2019, # 71 Exhibit Exhibit KKK−1 FOIA Request ADL−Interactions Correspondence and Referrals with the FBI 11−16−2017, # 72 Exhibit Exhibit LLL May 2−2023 Dr. Liz Sherwood−Randall to the Anti−Defamation League, # 73 Exhibit Exhibit MMM 12−23−2022 Press Release−ADL Welcomes Key Federal Investments to Fight Antisemitism.FY2023 Omnibus, # 74 Exhibit Exhibit DD−1 2−4−11−2−23 What are the Investigative Functions of the FBI−Official FBI About Page, # 75 Exhibit Exhibit FF May 25, 2023 US Nat'l Strategy to Counter Antisemitism−May 2023).(Muhammad, Abdul) (Entered: 01/06/2024) |
| 01/08/2024 | 73 | ORDER denying as moot 62 Motion to Dismiss; denying as moot 65 Motion to Dismiss. Accordingly, it is hereby ORDERED that the defendants' December 12, 2023 motion is dismissed as moot. IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below: Motion served by January 19, 2024. Opposition served by February 2, 2024. Reply served by February 9, 2024. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.. (Signed by Judge Denise L. Cote on 1/8/2024) (vfr) (Entered: 01/08/2024) |

| | | |
|---|---|---|
| 01/13/2024 | 74 | DECLARATION of Abdul Arif Muhammad, Esq. re: 72 Exhibit to Pleading,,,,,,,,,,,,,,,,,,,,,,,,,, 71 Amended Complaint,,,,,,,,,,, *Regarding Audio/video Hyperlinks Second Amended Complaint*. Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 01/13/2024) |
| 01/19/2024 | 75 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) re: 71 SECOND AMENDED COMPLAINT*. Document filed by Abraham Cooper(in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center), Simon Wiesenthal Center. Responses due by 2/2/2024 Return Date set for 2/9/2024 at 11:59 PM..(Gerchik, Julie) (Entered: 01/19/2024) |
| 01/19/2024 | 76 | MEMORANDUM OF LAW in Support re: 75 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) re: 71 SECOND AMENDED COMPLAINT*. . Document filed by Abraham Cooper(in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center), Simon Wiesenthal Center..(Gerchik, Julie) (Entered: 01/19/2024) |
| 01/19/2024 | 77 | MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint*. Document filed by Anti−Defamation League, Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League), Jonathan Greenblatt(individually)..(Siegel, Nathan) (Entered: 01/19/2024) |
| 01/19/2024 | 78 | MEMORANDUM OF LAW in Support re: 77 MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint*. . Document filed by Anti−Defamation League, Johnathan Greenblatt(individually), Jonathan Greenblatt(individually)..(Siegel, Nathan) (Entered: 01/19/2024) |
| 01/19/2024 | 79 | DECLARATION of Nathan Siegel in Support re: 77 MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint*.. Document filed by Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League), Jonathan Greenblatt(individually). (Attachments: # 1 Exhibit 1.) Farrakhan Video File, # 2 Exhibit 2.) Farrakhan Tweet, # 3 Exhibit 3.) NOI Profile.).(Siegel, Nathan) (Entered: 01/19/2024) |
| 02/02/2024 | 80 | RESPONSE in Opposition to Motion re: 77 MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint*. . Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 02/02/2024) |
| 02/02/2024 | 81 | MEMORANDUM OF LAW in Opposition re: 77 MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint*. . Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 02/02/2024) |
| 02/02/2024 | 82 | RESPONSE in Opposition to Motion re: 75 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) re: 71 SECOND AMENDED COMPLAINT*. . Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 02/02/2024) |
| 02/02/2024 | 83 | MEMORANDUM OF LAW in Opposition re: 75 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) re: 71 SECOND AMENDED COMPLAINT*. . Document filed by Louis Farrakhan, Nation of Islam..(Muhammad, Abdul) (Entered: 02/02/2024) |
| 02/07/2024 | 84 | Amicus Curiae APPEARANCE entered by Elliot Bruce Pasik on behalf of Elliot Pasik..(Pasik, Elliot) (Entered: 02/07/2024) |
| 02/09/2024 | 85 | REPLY MEMORANDUM OF LAW in Support re: 77 MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint*. . Document filed by Anti−Defamation League, Johnathan Greenblatt(In his Official capacity as CEO and National Director of the Anti−Defamation League), Jonathan Greenblatt(individually)..(Siegel, Nathan) (Entered: 02/09/2024) |
| 02/09/2024 | 86 | REPLY MEMORANDUM OF LAW in Support re: 75 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) re: 71 SECOND AMENDED COMPLAINT*. . Document filed by Abraham Cooper(individually), Abraham Cooper(in his official capacity as Director of Social Global Action Agenda for SIMON WIESENTHAL Center), Simon |

| | | |
|---|---|---|
| | | Wiesenthal Center..(Gerchik, Julie) (Entered: 02/09/2024) |
| 04/05/2024 | 87 | OPINION AND ORDER re: 77 MOTION to Dismiss *pursuant to Federal Rules of Civil Procedure 8, 12(b)(1) and 12(b)(6).Re: 71 Second Amended Complaint* filed by Johnathan Greenblatt, Jonathan Greenblatt, Anti−Defamation League, 75 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) re: 71 SECOND AMENDED COMPLAINT* filed by Simon Wiesenthal Center, Abraham Cooper. The January 19, 2024 motions to dismiss are granted. The SAC is dismissed in its entirety. (Signed by Judge Denise L. Cote on 4/5/2024) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 04/05/2024) |
| 04/05/2024 | 88 | CLERK'S JUDGMENT re: 87 Memorandum & Opinion in favor of Anti−Defamation League, Simon Wiesenthal Center, Abraham Cooper, Jonathan Greenblatt against Nation of Islam, Louis Farrakhan. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 5, 2024, the motions to dismiss filed on January 19, 2024 are granted. The SAC is dismissed in its entirety. (Signed by Clerk of Court Ruby Krajick on 4/5/2024) (Attachments: # 1 Appeal Package) (km) (Entered: 04/05/2024) |
| 05/03/2024 | 89 | NOTICE OF APPEAL from 88 Clerk's Judgment,,. Document filed by Louis Farrakhan, Nation of Islam. Filing fee $ 605.00, receipt number ANYSDC−29306738. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Muhammad, Abdul) (Entered: 05/03/2024) |
| 05/03/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 89 Notice of Appeal. (tp) (Entered: 05/03/2024) |
| 05/03/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 89 Notice of Appeal, filed by Louis Farrakhan, Nation of Islam were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/03/2024) |