**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: May 10, 2024
Docket #: 24-1237
Short Title: Farrakhan v. Anti-Defamation League

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 1:23-cv-9110
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Denise L. Cote

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

_____ Record on Appeal - Certified List

_____ Record on Appeal - CD ROM

_____ Record on Appeal - Paper Documents

__X__ Record on Appeal - Electronic Index

_____ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8551.