**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: May 20, 2024
Docket #: 24-1237
Short Title: Farrakhan v. Anti-Defamation League

DC Docket #: 1:23-cv-9110
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Denise L. Cote

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8539.