# 24-1237-CV

## United States Court of Appeals

*for the*

## Second Circuit

---

MINISTER LOUIS FARRAKHAN, NATION OF ISLAM,

*Plaintiffs-Appellants,*

— v. —

ANTI-DEFAMATION LEAGUE, JOHNATHAN GREENBLATT, individually, in his official capacity as CEO and national director of the Anti-Defamation League, RABBI ABRAHAM COOPER, individually and in his official capacity as Director of Social Global Action Agenda for Simon Wiesenthal Center, SIMON WIESENTHAL CENTER,

*Defendants-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX

NATHAN E. SIEGEL
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
(202) 973-4200

ADAM I. RICH
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas,
21st Floor
New York, New York 10020
(212) 489-8230

*Attorneys for Defendants-Appellees Anti-Defamation League,*
*Johnathan Greenblatt, Individually, in his Official Capacity as CEO*
*and National Director of the Anti-Defamation League*

i

## TABLE OF CONTENTS

**Page**

Exhibit Z to Plaintiff's original complaint, ADL
Blog Post, "Farrakhan: In His Own Words,"
(2019) ................................................................... SA-1

Exhibit I-3 to the Second Amended Complaint,
"ADL Special Report: Louis Farrakhan In His
Own Words — 1994" ............................................ SA-22

Exhibits N and N-1 to the Second Amended
Complaint, Letter from ADL to U.S. Office of
Management & Budget, dated Dec. 20, 2022 ........ SA-39

Exhibit WW to Second Amended Complaint –
ADL Blog Post, "Extremists Are Praising Kanye
West's Antisemitism, Parler Acquisition, " dated
October 20, 2022 .................................................. SA-63

Electronic File Containing Video of NOI's 2018
Million Man Anniversary Address (to be filed via
USB thumb drive) (previously filed by ADL as
Exhibit 1 to the Declaration of Nathan Siegel) ...... SA-72

Farrakhan Twitter Post from October 16, 2018
(previously filed by ADL as Exhibit 2 to the
Declaration of Nathan Siegel) .............................. SA-73

ADL Article, "Nation of Islam," dated September 1,
2021 (previously filed by ADL as Exhibit 3 to the
Declaration of Nathan Siegel) .............................. SA-78

SA-1

# Exhibit Z

000436

SA-2

BACKGROUNDER

# Farrakhan: In His Own Words

Published: 01.17.2019

For more than 30 years, Louis Farrakhan, leader of the Nation of Islam (NOI), has been a notable extremist figure, railing against Jews, white people and the LGBT community.

In recent years, Farrakhan has embarked on a wide-ranging campaign specifically targeting the Jewish community, a campaign that has featured some of the most hateful speeches of his tenure as head of NOI. Farrakhan has alleged that the Jewish people were responsible for the slave trade and that they conspire to control the government, the media and Hollywood, as well as various black individuals and organizations. He frequently denies the legitimacy of Judaism -- or Jewish claim to the land of Israel -- arguing that Judaism is nothing more than a "deceptive lie" and a "theological error" promoted by Jews to further their "control" over America's government and economy.

Over the years, Farrakhan's speeches have attracted a range of politicians and other public figures. He draws thousands of attendees to his speeches, which gives him the dubious distinction of being quite possibly America's most popular anti-Semite.

During a speech at Washington, D.C.'s Watergate Hotel in November 2017, Farrakhan told his audience that the Jews who "owned a lot of plantations" were responsible for undermining black emancipation after the Civil War. He also endorsed the second volume of the anti-Semitic book, "The Secret Relationship Between Blacks and Jews," which blames Jews for promoting a myth of black racial inferiority and makes conspiratorial accusations about Jewish involvement in slave trade and the cotton, textiles, and banking industries. Farrakhan believes this book should be taught in schools.

In 2018, Farrakhan continued his anti-Semitic commentary in public appearances and on Twitter, where he warned his 335,000 followers about "the Satanic Jew." In an October 2018 speech marking the 23rd anniversary of the Million Man March, Farrakhan told his followers, "When they talk about Farrakhan, call me a hater, you know how they do – call me an anti-Semite. Stop it, I'm anti-termite!"

Below, a selection of hateful and conspiratorial statements made by Farrakhan about Jews, Jewish conspiracies, the Holocaust, Jewish involvement in the slave trade, Israel, dialogue with Jews, whites, the U.S. government and the LGBT community:

**ON JEWS**

"Why isn't the white man a native anywhere? You're not a native Palestinian, no you're not. You didn't originate there. But if you did, then you're the real Semitic people. But the Ashkenazi European, he has no connection at all to the Holy Land. None! So in a showdown prove to us that you are Semitic. Let's go on with it, it's our time now!" — Speech at Mosque Maryam, Chicago, Illinois, 11/18/18

"Do you know that many of us who go to Hollywood seeking a chance, we have to submit to anal sex and all kids of debauchery, and they give you a little part? The couch where you have to sit, it's called the 'casting couch.' That's Jewish power." — Speech at Mosque Maryam, Chicago, Illinois, 5/27/18

"You and I are going to have to learn to distinguish between the righteous Jew and the Satanic Jews who have infected the whole world with poison and deceit." — Speech at Mosque Maryam, Chicago, Illinois, 5/27/18

"But when you've got revelation that came to you from God through all these prophets, then that's your test because if you use God's truth that makes you wiser than others and use it to promote evil when you should be promoting good, then you're no longer a Jew. And that's why the scripture says, "I will make those who say they are Jews," this is Revelation 2 and 9, 'Who say they are Jews, but they are not, I will make them of the Synagogue of Satan.' — Interview on WCGI 107.5 Chicago, 5/11/18

"When you want something in this world, the Jew holds the door." — Saviours' Day speech, 2/25/18

000437

# SA-3

"Satan is going down. Farrakhan has pulled the cover of the eyes of the Satanic Jew and I'm here to say your time is up, your world is down. You good Jews better separate because the satanic ones will take you to hell with them because that's where they are headed." — Saviours' Day speech, 2/25/18

"The Jews were responsible for all of this filth and degenerate behavior that Hollywood is putting out: turning men into women, and women into men." — Saviours' Day speech, 2/25/18

"I don't care what they put on me. The government is my enemy, the powerful Jews are my enemy." — Saviours' Day speech, 2/25/18

"Members of the Jewish community, who owned a lot of plantations, please don't get angry and upset because this is real history, you put us back on the plantation as share croppers and began riding down on us, and if any of us escaped the plantation many of the Irish that were coming over, they call them the paddy wagon, they would come after us and bring us back to the plantation; those were hard days, hard days." — Speech at the Watergate Hotel in Washington, DC, 11/11/17

"But there are righteous Jews, good Jews, Jews that want to practice the teachings of the prophets, but then there are others who don't wish to practice, and it is they that hated Reverend [Jesse] Jackson's desire to be President." — Speech at the Watergate Hotel in Washington, DC, 11/11/17

"Those who call themselves 'Jews,' who are not really Jews, but are in fact Satan: You should learn to call them by their real name, 'Satan,' you are coming face-to-face with Satan, the Arch Deceiver, the enemy of God and the enemy of the Righteous." — Saviours' Day speech (part 2), 2/26/17

"To my Jewish friends, I shouldn't use the word 'friends' so lightly, you have been a great and master deceiver, but God is going to pull the covers all off of you." — Saviours' Day speech (part 2), 2/26/17

"I want to disabuse the Jews today of the false claim that you are 'The Chosen of God,' and that Israel, or Palestine, belongs to you; I want to disabuse you of that...And I'm going to tell you about your future: You that think you have power to frighten and dominate the peoples of the world. I am here to announce the end of your time." — Saviours' Day speech (part 1), 2/19/17

"This past December we organized a boycott of Christmas and our theme was 'Up with Jesus! Down with Santa!' Here is the white man, many of whom that have these businesses, they don't believe in Jesus. I'm going to say it again: Many of the biggest business people are called Jews, and they don't believe in Jesus. But you love Jesus so magnificently, that now they can make money—a lot of money—off of your love. So, they set up Christmas." — Speech delivered at Mosque Maryam at the second annual "Boys to Men Empowerment Conference, Chicago, Illinois, 4/20/2016

"We are feeling the effect of the planning of a small group of Zionists and some so-called Christians as well. The Synagogue of Satan and its companions are working day and night to destroy any unity among Muslims." — Speech delivered in Iran, 2/10/16

"Do you know that the enemies of Jesus were the Jews of his day and the Roman authorities? That wasn't 2000 years ago alone. That's today!" — Saviours' Day speech (part 2), Mosque Maryam, Chicago, Illinois 3/2/14

"David — even though he may have made a mistake — he submitted and repented before God. This you false Jews have not done. No. You are not a Jew! I say you're a so-called Jew. You are Satan masquerading as a covenanted people of God. You must be exposed, regardless of the consequences..." — The Time and What Must Be Done: Part 57, 2/8/14

"Did you know that Jesus had a real problem with the Jewish community? They had power, the rabbis of that day, over the Roman authorities just as they have power today over our government." — Remarks at Indianapolis Convention Center, Indianapolis, Indiana, 12/1/13

"In all of these cities on a Jewish holiday, business stops because they are the masters not only in America's cities but in cities throughout Europe and the Western world." — The Time and What Must Be Done, Part 20: Making Satan Known, 5/25/13

"The Jewish media has normalized sexual degeneracy, profanity, and all kinds of sin." — The Time and What Must Be Done, Part 20: Making Satan Known, 5/25/13

"Socialism or communism is a doctrine they have to fight cause it ends their wealth and their power, wherever socialism rises, capitalism begins to die... So the International Jew is affected by the rise of socialism, it is in their DNA to fight anything that will raise the common man. This is why they fight any

# SA-4

voice that the little man will listen to." — The Time and What Must Be Done, Part 17, 5/4/13

"You that think that those who refer to themselves as Jews are the real Children of Israel? No. You have made a real theological mistake and some of you have made a theological error because you know the truth, but yet you consider your wickedness in promoting a deceptive lie." — The Time and What Must Be Done, Part 5, 2/9/13

"Now you know I'm going to be lambasted and called anti-Semitic… They'll say Farrakhan was up to his old canards; he said Jews control Hollywood. Well, they said it themselves! Jews control the media. They said it themselves! Jews and some gentiles control the banking industry, international banks. They do! In Washington right next to the Holocaust Museum is the Federal Reserve where they print the money. Is that an accident?" — Holy Day of Atonement Keynote Address (part 2) Mosque Maryam, Chicago, Illinois, 10/21/12

Farrakhan: How many of you are lawyers? Only have one in the house? No wonder we go to jail so much, brother! But at the top of the law profession, who are the top in law?

Audience: Jews.

Farrakhan: Sorry I didn't hear you. Audience: Jews! Farrakhan: Any doctors in the house? Ain't got no doctors? Oh there's one way in the back. At the top of the medical profession, the top in that are members of the Jewish community. Anybody in media? Who's the top in that field?

Audience: Jews.

Farrakhan: Anybody a rapper in the house? There's rappers. You can rap, ain't nothing wrong with that, but at the top of that are those that control the industry. Any of you have Hollywood ambitions, Broadway ambitions? Who's the top of that? Audience: Jews. Farrakhan: Same people! They're masters in business. Well I'm not a businessman I'm a banker. Well who's the master of the bankers?

Audience: Jews.

Farrakhan: TALK TO ME!

Audience: Jews!

Farrakhan: You don't discredit them because they're masters, you discredit them by the way they use their mastery.

Audience: [applause]

Farrakhan: Now, I close.

- All is Vanity, Mosque Maryam, Chicago, Illinois, 7/1/12

"White Christians, [you saw the plight of blacks] but what did you do? You walked right by on the other side. Then along came the Jewish people. You did a little better. You came and looked at us: 'damn they're in bad shape! Let's see how we can take advantage of the shape that they're in.'" — Guidance in a Time of Trouble, San Diego, California, 5/27/12

"Do you know Jewish people were not the origin of Hollywood, but they took it over?" — Saviours' Day speech, Chicago, Illinois, 2/26/12

"In 100 years, they control movies, television, recording, publishing, commerce, radio, they own it all. Magazines. Why do you want all, everything?" — Saviours' Day speech, Chicago, Illinois, 2/26/12

"Did you know that the Koran says that Jews are the most violent of people. I didn't write it, but I'm living to see it." — Saviours' Day speech, Chicago, Illinois, 2/26/12

"I think we have made a grave mistake; we have been deceived into thinking that the Jews have been our allies in our recent civil rights struggle… Yes, he poses as your friend. He's with you as an agent, he's with you as a manager, he's with you as an investor, he's with you as a guide in economic

# SA-5

development, but he has never asked you to do what he has done. He networks with other rich, influential Jews and he buys, he invests, he's in trade and commerce." — Interview with radio station WPFW-FM, Washington, DC, 4/1/10

"Some of you think that I'm just somebody who's got something out for the Jewish people. You're stupid. Do you think I would waste my time if I did not think it was important for you to know Satan? My job is to pull the cover off of Satan so that he will never deceive you and the people of the world again." — Saviours' Day speech, Rosemont, Illinois, 2/27/11

"If the white race is under the name Israel, where did the name Jew come from? Adam never said he was a Jew. Abraham didn't say he was a Jew. Moses didn't say he was a Jew. The name Jew comes after Judah. Hebrew is different. The original Hebrews look just like you. The original Hebrews are Black." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"How did we get a Black president? Because those Satanic Jews know that this is the time of your separation from them that God wants to give you a land of your own as the cornerstone of the Kingdom of God. You didn't see when they got in the room and said 'we have to deceive them and through them deceive the entire world.' How could they be the chosen of God and leading the world into filth and indecency?" — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"You can't do nothing in Hollywood unless you go by them. You a hip-hop artist? You can't do nothing, you gotta go by them. You want to be a great sports figure? They own that plantation. Children of Israel, they got you jumping through hoops." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"They stole land in Palestine. And this Synagogue of Satan knows that the end of their time of rule is up. The jig is up." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"If they go to war with Iran, which they're setting the stage for now, it'll be because the Zionists have pushed Obama to do their bidding and to put a black face on an illegitimate war and use black and brown and poor white to fight a war for the Ashkenazi false Jews that have come out of Europe. These same people started apartheid in Africa. The same Jews are guilty of Jim Crow and the laws that segregated us and they're the same forces that are in Palestine right now telling Palestinians in their own land what roads they can travel on and what they're not free to travel on." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"White people, although they hated us, are not the architects of white supremacy. That started in Europe and it is here in America and we document the architecture of white supremacy in this volume, Volume 2 The Secret Relationship between Blacks and Jews." — Interview on the Michael Eric Dyson show, Baltimore, Maryland, 8/23/10

"I know that by singling out not all Jews, but those specific irreligious Jews that the scripture calls the Synagogue of Satan, those who use their power to influence people away from the way of God, making evil fair-seeming to them … these irreligious Jews who claim they are Jews, and they are not. They blaspheme the name of a Jew; a Jew is a good name. There's deception here and the deceiver and the deception has to be exposed." — Interview on the Michael Eric Dyson show, Baltimore, Maryland, 8/23/10

"These who call us anti-Semitic are not Semitic at all. They have no connection whatsoever to the Holy Land. They are usurpers, land grabbers." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"You are of the Synagogue of Satan and therefore will be dealt with by God." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"Now, Jews are very sensitive people. If you even look like you're gonna criticize them they get very defensive. And you could say they're defensive because of what they suffered in Europe. That may be one reason. But the main reason is, see when somebody has lied, and stolen your birthright, the one thing they fear is not your guns, because they got some bigger. They don't fear your so-called scholarship 'cause they arranged your education. And they never taught you anything that would allow you to upset their rule. But what they fear most is the truth." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"I've asked [the Jewish people], 'since your people put ours in this condition, why don't you help me raise our people up from the degraded state that your people have put them in?'" — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"To all of those who feel that the Children of Israel are over in that place they call Israel, you are mistaken." — Atlanta, Georgia, 6/26/10

# SA-6

"Other than the Bible, there is no historical record of anybody named Jews in bondage in Egypt in 400 years. You have to keep your eyes open for the game that may be put over on you by a smart crooked deceiver. Now there's no historical record of their suffering in bondage like that. Now they were freed from a bondage alright, but that was in the hills and cave sides of Europe." — Atlanta, Georgia, 6/26/10

"These people have no legitimate connection to that land. They didn't come into existence in the Holy Land." — Atlanta, Georgia, 6/26/10

"Jewish people claim Abraham. Sorry. Sorry. I have to tell you the masquerade is over." — Atlanta, Georgia, 6/26/10

"Do you know that in Europe in every nation where they were, they led an industry in commerce in trade in banking? And the gentiles were angry with them because everywhere they went, they ruled. So the gentiles rose up against the Jews and persecuted them in Europe." — Atlanta, Georgia, 6/26/10

"When they came to America, they went into the South, and there they found common ground with the gentiles who hated black people, because that same Babylonian Talmud, the rabbis developed the myth of Ham. That you and I are the children of Ham, cursed, black, doomed. So when they got in the South they just fueled the gentiles with the curse of Ham and that has spread throughout the world. It has poisoned the bloodstream of Islam, of Christianity, of Judaism, of Communism, of Socialism." — Atlanta, Georgia, 6/26/10

"I'm here to tell you no Black man or woman becomes a multimillionaire without friendship in the Jewish community. Did you know that nearly all prominent Negro actors and musicians have or had Jewish sponsors and managers? They have a way of attaching themselves to your gifts, but you get nothing. They get it all." — Atlanta, Georgia, 6/26/10

"And do you know that when our brother was elected, Jewish people wrote, as Bill Clinton was the first Black president, Barack Obama would be the first Jewish president. Now that's a terrible thing to say but they were telling you, we own the brother.' His early money came from Goldman Sachs. He was nurtured by Jews who saw in him his brilliance. He's a beautiful human being. And they knew that as brilliant as he was, they could use him to trick black people away from the promise of God." — Atlanta, Georgia, 6/26/10

"He's president now and he's upsetting them. Because all the Jewish presidents met him in the Oval Office and told him to go easy on Israel and settlements in the West Bank and because he was strong out of Israel they started calling him what they been calling me: an anti-Semite." —Atlanta, Georgia, 6/26/10

"A lecture like this has put me in deep trouble with those forces that run this world. I have never been more prepared in my life to do what it takes, even if it's the loss of my life, to free you. But I can tell you, they killed their last prophet when they killed Jesus." — Atlanta, Georgia, 6/26/10

"Since he's been in office, [Obama] surrounded himself [with] certain very powerful elements within the Jewish community; and has brought around him as advisers' some of those from Goldman Sachs, who advised him about this bailout money. Our brother, now, is disappointing to some aspects of that community, and that is the beginning of the end. Because, when they're disappointed with you, the force that they have, the power that they have, the influence that they have is gradually turned against you if you don't submit." — Interview with WVON radio, Chicago, Illinois, 3/24/10

"The Black man and woman have always been looked upon as the 'property' of White America; and particularly, members of the Jewish community. They've always looked at you as 'belonging' to them." — Speech at Mosque Maryam, Chicago, Illinois, 3/7/10

"The Jewish people have said that Hollywood is theirs. Can any of you deny that they are the masters of Hollywood, where sex, lesbianism, homosexuality and violence are promoted?" —Speech at Mosque Maryam, Chicago, Illinois, 3/7/10

"Who owns the recording companies? People who call themselves 'Jews,' but they are not Jews; they are masquerading. And the so-called Jews who run those record companies, they use you, and they've sent you all over the world degrading the culture of other nations with your filth and debauchery." — Speech at Mosque Maryam, Chicago, Illinois, 3/7/10

"It was Hollywood whose first movie, what was the first movie? 'The Birth of a Nation.' How did it portray us? And how has Hollywood portrayed us? And who were the Hollywood moguls who portrayed us like that? Am I anti-Semitic or are they anti-black?" — Speech at Mosque Maryam, Chicago, Illinois, 7/26/09

# SA-7

"There were members of the Jewish community that helped to start NAACP but they were watchmen over how that organization developed, to keep it in a certain line." — Speech at Mosque Maryam, Chicago, Illinois, 7/26/09

"Do you know some of these satanic Jews have taken over BET?... Everything that we built, they have. The mind of Satan now is running the record industry, movie industry and television. And they make us look like we're the murders; we look like we're the gangsters, but we're punk stuff." — Justifiable Homicide: Black Youth in Peril (Part 3), Mosque Maryam, Chicago, Illinois, 11/11/07

"The real anti-Semites are those who came out of Europe and settled in Palestine, and now they call themselves the true Jews, when in fact, they converted to Judaism." — Al Jazeera TV interview, 3/18/07

"These false Jews promote the filth of Hollywood that is seeding the American people and the people of the world and bringing you down in moral strength. It's the wicked Jews the false Jews that are promoting Lesbianism, homosexuality. It's wicked Jews, false Jews that make it a crime for you to preach the word of God, then they call you homophobic." — Saviours' Day speech, Chicago, Illinois, 2/26/06

"I'm not an anti-Semite, I never have been one. I do not hate the Jewish people; put that down! What I hate is the degree of control that they exercise over Black intellectual, cultural expression. I do not think that no human being should determine how high we can go, that can only be determined by God and by us; not by no white man, no black man, no human being." — Millions More Movement Rally, Philadelphia, Pennsylvania, 8/31/05

"Now the thinking of these neoconservatives is written of in scripture. In the book of Revelations, 2 and 9, it reads, 'I know the blasphemy of those who say they are Jews and are not but are a synagogue of Satan.' What is the blasphemy? A Jew is a noble name. A Jew means one who is in a covenant relationship with God in obedience to the divine laws, statues and commandments of God. But these people claim to be Jews but they're not in obedience to God's law, they have given a mission of evil a divine look on it. And George W. Bush has swallowed that bait, hook line and sinker." — National Press Club, Washington, D.C., 5/3/04

"Dewey, Kant and Hegel, and the rabbis that wrote the Talmud, make blacks inferior." National Black Agenda Convention, Boston, Massachusetts, 3/18/04 "I call them the so-called Jews because to be a Jew you have to adhere to the statutes and laws that create the special relationship. How can you be a Jew and promote homosexual marriage?" — National Black Agenda Convention, Boston, Massachusetts, 3/18/04

"See, you so called Jews, I'm not gonna give you the credit for being one of those that obey God. You portrayed us, you know what images do, that's why you jumped on Mel Gibson. But you painted us, big lips, red eyes, kinky hair, you put in the movies like that. You mocked our characteristics and made us to hate God's creation of us. You did that. Hollywood did that. You take our strongest, more courageous black minds, you think we don't see you? And you put us in Hollywood. You give us television shows, and then we gotta bug our eyes." — Saviours' Day speech, Chicago, Illinois, 2/29/04

"You don't mention the horror of our suffering. Here's why: it's because of something called the Hamitic curse...according to the Babylonian scholars, writers of the Talmud, not the Torah, but Talmud...the Hamitic curse was written off in the Talmud 400 years after the birth of Jesus...in the Talmud they talk about because he looked at Noah in that condition and marked the redness of his eyes, the turning of his head made these kinks in his hair, the thickness of his lips. That's our features. We were black and cursed." — Saviours' Day Speech, Chicago, Illinois, 2/29/04

"But what you have in the Bible has been added to and taken away from by the Jews. Oh here goes this antiSemite. This Koran says that the Jews have altered the word of God out of its place. They did not want the masters of the people to know what Jesus really said, what Moses really said, because then you wouldn't have a yardstick to measure their deviations." — What is Islam?, Mosque Maryam, Chicago, Illinois, 11/23/03

"What had they done to deserve such a harsh judgment from God? Those who are Jews and those who are Christians, those who believe in Allah on the last day, they have their reward from their Lord. There are beautiful members of the Jewish community who are trying their utmost to follow the law and the teachings of Moses and the prophets that God sent to Israel. But there's another Jew who is not really a Jew. He is an imposter posing as Jew. In the Bible, in the book of Revelations [it] says 'Those who say they are Jews and are not, I will make them of the synagogue of Satan.' Who are the masters of Hollywood, how could you be a righteous Jew and promote that which is forbidden by the God of Israel? Come on now. How could you be a righteous Jew and publish the filth that is published daily feeding the minds of the American people and the people of the world filth and indecency, and making it fair seeming in their eye?" — What is Islam?, Mosque Maryam, Chicago, Illinois, 11/23/03

"We know that the most powerful people in the country, many of whom are Jews, don't like Farrakhan." — What is Islam?, Mosque Maryam, Chicago, Illinois, 11/23/03

# SA-8

"Even though the Koran says and the prophet Mohammed predicted that the Mahdi would come, somebody would come as a guide. Why? Because his own community had lost the path that he had put them on. Christians, you have lost the path that Jesus put you on. And the Jewish or Hebrew community lost the path that Moses and the prophets of Israel put the Jewish people on. We're off that path." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"When Jesus was preaching, his enemies were the scribes, the Pharisees, the Sadducees, He was preaching in the Roman Empire, and the people wanted to trap him for the Roman authorities. But under the Roman authorities were the Jewish religious authorities. They were wrapped in the law. But they were wrapped in the letter, but not in the spirit. Jesus was more than a man of the letter, Jesus was a man of the spirit. But he said, 'I didn't come to change the law. I came to fulfill that which was written in the law.' There's a whole lot difference between a man that gives the law and a man who fulfills what is written in the law. He did something that they thought was contrary to the law. And sometimes when you're a religious hypocrite, you use your knowledge of the law to hide a self-righteous hypocrisy." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"See how you can see Jesus in ancient Rome. See how you can use or see the rabbinical scholars, the Levites, the Sadducees, the Pharisees, and their attack on the master? See how Pontius Pilate washed his hands of the matter? See how they [the Jews] brought him into court on false charges? See how they plotted to crucify him? And it's easy to sing about what was. It's difficult to believe that what was, is. The Rome of yesterday is nothing to the America of today." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"You say I hate Jews. I don't hate the Jewish people, I never have. But there [are] some things I don't like. 'What is it you don't like, Farrakhan?' I don't like the way you leech on us. See a leech is somebody that sucks your blood, takes from you and don't give you a damn thing. See, I don't like that kind of arrangement. You become our manager, you become our agent. Every one of us that got talent, we can't make it because you opened the door, and when you opened the door you get and we end up dead with nothing, owing the IRS." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"So from that point on, when I said that, the next day, in New York, a rabbi was on television calling me the new black Hitler. Now what is that? You are so used to black people cowing down that you're not used to a man talking to another man? So you're gonna call me Hitler, a man who had nothing in his heart but the murder of Jews. You're gonna put that on me, so that any of your children will feel that it's an honor for me to be dead. And then some of them come out where I'm speaking, said, 'Who do you want, Farrakhan! How do you want him? Dead.' Did you think we were gonna take that crap sitting down? Do you want to ignite revolution all over America? Is that what you want? Do you want the anger of God? So what I'm saying to my Christian friends-there has not been a black leader in America locked in a struggle with the Jewish community but Louis Farrakhan. Now open your eyes. Name me one. When it comes to someone being a black anti-Semite who do they ask, who is made the litmus test when you go to work and they ask you what do you think about Farrakhan? They ain't asking you a damn thing about nobody else. Why me? Did you ever stop to consider who are the scribes. The Latin word, scribo, meaning 'I write.' For 18 years they have written against me, more than any black leader before or since. The scribes, who are these Pharisees? See, who are they, who are these guys? They call themselves Muslims. But they're not true. That's what they said about Jesus. He wasn't true. Because you felt he went outside of the law." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"I'm not into integration. I ain't for that. God told the Jews, he didn't want you intermarrying with others. But you disobeyed him. He don't want us uniting into this that he's come to judge. You can't integrate with wickedness if you want righteousness." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"You can go to Palestine, called Israel today, you can see Sodom, you can see Gomorrah, ain't nothing built there. God hadn't let anything be built there to show you his displeasure against homosexual behavior. Now the church says it's all right. I was an Episcopalian before I was a Muslim, and I liked my church. I can't remember anybody in the church, if they were gay they were hiding that. They were sure acting like men, you know what I mean." — Eighth Holy Day of Atonement sermon, Mosque Maryam, Chicago, Illinois, 10/16/03

"I don't hate Jews. I honor and respect those who try to live according to the teachings of the Torah, but you can't criticize Jewish people. If you criticize them you are anti-Semitic. If you don't agree with what they are doing, you are anti-Semitic. The Bible says, Revelations, those who say they are Jews and are not, I will make them of the synagogue of Satan. I don't hear you preaching that full Gospel. You are afraid of consequences. But no man can say he's a Jew and promote homosexuality. No man can say he's a Jew and promote that which is against the commandments of God. No man can say he's a Jew and run the despicable, degenerate movies. The filth and degenerate language." — Saviours' Day speech, Chicago, Illinois, 2/23/03

Farrakhan: "Is the Federal Reserve owned by the government?"

000443

# SA-9

Audience: "No."

Farrakhan: "Who owns the federal reserve?"

Audience: "Jews."

Farrakhan: "The same year they set up the IRS, they set up the FBI. And the same year they set up the Anti-Defamation League of B'nai B'rith. It could be a coincidence. [I want] to see black intellectuals free. I want to see them not controlled by members of the Jewish community." — Dallas Observer, 8/10/00

"They [the Jews] are the greatest controllers of Black minds, Black intelligence. They write the scripts -- the foolish scripts on television that our people portray. They are the movie moguls that feature us in these silly, degrading, degenerate roles. The great recording companies that portray our people in such a filthy and low-rating way, yet they would not allow such a man as Michael Jackson to say one word that they thought would besmirch their reputation, but they put us before the world as clowns and as purveyors of filth. No, I will fight that." — Meet The Press interview, 10/18/98

"He was talking to his masters. Sir, I am not the least bit disturbed by that. Any time the Jewish philanthropists financed the NAACP, they have a stake in what the NAACP does. So the leaders of that organization have to kowtow to those kinds of powers. That's what I'm angry about. I'm hateful of their inordinate control over black politicians, black intellectuals, black organizations, and I will fight to destroy that kind of control as long as God gives me health and strength. We will never be free until we are free of that kind of control that limits our ability to state exactly what we think and what we feel." — Meet The Press interview, 10/18/98

"Of course, they [the Jews] have a very small number of people but they are the most powerful in the world, they have the power to do good and they have the power to do evil...Now what do the Jews do best? Well, they have been the best in finance that the world has ever known...They finance a lot of stuff in the world, and there's nothing wrong with that, but they are not good politicians, they are the worst politicians because they don't recognize really their friends and as well their enemies..." — Saviours' Day speech, Chicago, Illinois, 2/22/98

"I believe that for the small numbers of Jewish people in the United States, they exercise a tremendous amount of influence on the affairs of government...Yes, they exercise extraordinary control, and Black people will never be free in this country until they are free of that kind of control..." — Meet the Press interview, 4/14/97

"To continue to point out the truth of that control and how that control never will allow us to be full and completely men, free, justified, and equal. Why should we be controlled by the power, influence, and money of others? We should not be under that kind of control...going to Jewish philanthropists, begging them for money to support our causes, and through that money, there is control, and that kind of control limits the freedom of our people to speak freely, write freely, think freely, and act as free men..." — Meet the Press interview, 4/14/97

"You do with me as is written, but remember that I have warned you that Allah will punish you. You are wicked deceivers of the American people. You have sucked their blood. You are not real Jews, those of you that are not real Jews. You are the synagogue of Satan, and you have wrapped your tentacles around the U.S. government, and you are deceiving and sending this nation to hell. But I warn you in the name of Allah, you would be wise to leave me alone. But if you choose to crucify me, know that Allah will crucify you." — Saviours' Day speech, Chicago, Illinois, 2/25/96

"I don't own Hollywood. Who depicted Black people? Who writes the books? Who writes the plays, the songs that make us look less than human? Do you mean to tell me that Jews have never done any evil to Black people?...Were they not involved in the slave trade? Yes, they were...and to the extent that they were involved, somebody has to bring them to account. And I believe that has fallen on me." — Interview with New York Amsterdam News, New York, New York, 1/8/94

## ON JEWISH CONSPIRACIES
"They start talking about anal sex in the Talmud, The Jewish law does not explicitly ban sex with boys under the age of nine...In the Talmud, they admitted the rape of young boys under nine years old and you find the misuse of women, gentile women, certainly black women, that you could do anything to us and there is no penalty for it." — Speech at Mosque Maryam, Chicago, Illinois, 5/27/18

# SA-10

6/4/23, 9:41 PM       Case 1:23-cv-09110-DLC    Document 11-6  Farrakhan: In His Own Words | ADL   Page 80 of 91

"You have Mexicans, but they are Mexican Jews; they run the country. You have German Jews; Polish Jews; Ukrainian Jews; Russian Jews; Lithuanian Jews; Estonian/Latvian/Denmark Jews; Sweden/Norway/Finland Jews; you have Italian Jews; you have French Jews. And everywhere they are, they take on the language, the culture, but they run the money; they run the business." — Saviours' Day speech, 2/25/18

"A small group of Zionists and others are involved in planning against Islamic nations

Those who plotted the 911 false flag operation are members of the Synagogue of Satan spoken of in the Bible and must be exposed and my job is to expose them." — Speaking at Tennessee State University, April 2016

Then-candidate Trump "is the only man…that stood in front of some members of the Jewish community and told them 'I don't want your money'… Any time a man can say to those who control the politics of America, 'I don't want your money,' that means if I don't take your money you can't control me. And they cannot afford to give up control of the presidents of the United States." — Saviours' Day speech (part 2), 2/28/16

"[former U.S. Deputy Secretary of Defense Paul] Wolfowitz, so-called Jew, but a member of the Synagogue of Satan…Satan is a human being without human characteristics. That's why the revelator called them beasts in human form. These are people sitting in the Pentagon, planning the destruction of Muslim nations…Wolfowitz had 10 years now, to plan how they're gonna clean out the Middle East and take over those Muslim nations. They needed another Pearl Harbor. They needed some event that was cataclysmic, that would make the American people rise up, ready for war…they plotted a false flag operation and when a government is so rotten that they will kill innocent people to accomplish a political objective, you are not dealing with a human. You're dealing with Satan himself, the Synagogue of Satan… you're dealing with Satan himself, the Synagogue of Satan…Now they got into the Bush administration and on 9/11 the Twin Towers went down…George Bush, and those devils, Satans around him. They plotted 9/11. Ain't no Muslim took control of no plane." — Saviours' Day speech (part 2), 2/28/16

"The Zionist controlled media in America has chosen to demonize Iran. Not because Iran is a demon but the demon is the demonizer." — Tweet from the official Louis Farrakhan Twitter account, 2/17/16

"Thanks to the exemplary work of scholars like Victor Thorne and Christopher Bollyn it is now becoming apparent that there were many Israelis and Zionist Jews in key roles in the 9/11 attacks… It now appears that 9/11 was a false flag operation…" —Saviours' Day speech (part 2), Mosque Maryam, Chicago, Illinois 3/1/15

"From 1948 until now, billions of the tax payers' dollars has been given to Israel … every year without even consulting the American people to their thinking. Well, how can they do this without consulting the American people? Because they [Israel and Jews] have been working for years to control your representatives in Congress, in the Senate, in the House of Representatives." — Saviours' Day speech (part 2), Mosque Maryam, Chicago, Illinois 3/1/15

"We know that many Israelis were arrested immediately after the attacks but quickly released and sent to Israel … We know that an Israeli film crew dressed as Arabs were filming the Twin Towers before the first plane went in, in other words these Israelis had foreknowledge of the attacks…We know that many Jews received a text message not to come to work on September 11." — Saviours' Day speech (part 2), Mosque Maryam, Chicago, Illinois 3/1/15

"The Satanic Jews that control everything and mostly everybody, if they are your enemy, then you must be somebody." — Saviours' Day speech (part 2), Mosque Maryam, Chicago, Illinois 3/2/14

"It's not that I'm against the Jewish people. That's just false…They have such power and influence that they made most of you believe that I'm against the Jewish people." — Remarks at Indianapolis Convention Center, Indianapolis, Indiana 12/1/13

"Look at what you've done to this country. We can show how you rule Hollywood. We can prove how you are the king of the media. We can show and prove that you own most of the publishing houses, that you 14 own most of the record companies that have these Black rappers in their filthy language saying things against their Black women and glorifying a life of crime and drugs. You permit it." — The Time and What Must Be Done, Part 19: Making Satan Known, 5/18/13

"Put up the stars, the Seal of America, those 13 stars, and connect them and you will see the Star of David: 6 angles, 6 sides of 60 degrees. Who are you?" (implying a connection between this Jewish symbol and the Satanic symbol of 666) — The Time and What Must Be Done, Part 19: Making Satan Known, 5/18/13

000445

# SA-11

"You are the master of segregation…You brought that to South Africa, you brought it to America, and we have suffered under American apartheid which you sanctified by the Hamitic course…how dare you write us down as the hater when your life in America, your life in Africa, your life in the Holy Land is one of segregation, separation, hatred, murder, lying, and stealing land from the original Palestinians?" — The Time and What Must Be Done, Part 19: Making Satan Known, 5/18/13

"You go back into Arabia and you start using some of the tricknology [sic] that you were taught by your father Yacub. Within six months you had the Holy Land turned upside-down…You were causing us to fight and kill one another by telling lies. You do the same today everywhere you go. You start pitting one against the other telling lies dividing and conquering. Well those days are over." — The Time and What Must Be Done, Part 19: Making Satan Known, 5/18/13

"The enemy that owns [reality TV] is the same people that own Hollywood, the same people that control your press, the same people that control your media, the same people who are the publishers, the same people who are the distributors, the same Synagogue of Satan, and they put you before the world in this disgraceful matter." — Speech at Fellowship Chapel, Detroit, Michigan, 5/17/13

"What are you feeding filth to your people, you're popular in filth, but they pay well. See, because you're Satan's man. He gives you money, that's what you want. They print it all day long now next to the Holocaust place in Washington…These are not good people, these are Satanic minds. Whatever God says thou shalt not do, they make sure that they tell you it's all right and then publicize it. They got commercials and they got cartoons now that make it all right to be other than yourself in a homosexual or lesbian relationship." — Speech at Fellowship Chapel, Detroit, Michigan, 5/17/13

"Right now, they're tired of my preaching, and I'm sure they have contacted the Roman authorities whom they control in the United States government and are saying to them you have to do something about Farrakhan. Is there a bounty on my head?...Just remember Pontius Pilate. He was innocent. He knew that Jesus was innocent, and I'm sure the President of the United States knows that Farrakhan is not an anti-Semite. He's not a hater. He just tells the truth. But you're oppressing him now to do an evil thing." — The Time and What Must Be Done, Part 18: Will the Real Anti-Semite Please Stand Up? 5/11/13

"President Obama…you are surrounded by jackals, by hyenas, by nocturnal creatures, by wild goats, and they want to use you as the instrument of their wicked, wicked aim and policies and desire for the rest of the world, and if you don't follow their aim they will try their best to assassinate you…I ask God to bless you, brother president, and keep you from the snare of the nocturnal creatures that surround you. America…you must not follow the hatred of your friends in Florida, and to those of you who are Jewish, please remember that if you use your tremendous power and influence to guide America again into war, this will be the end of your power as a Jewish people and nation universally and America will go down if she follows your errant, insane arrogance and guidance." — The Time and What Must Be Done, Part 17, 5/4/13

"Nobody becomes President of the United States without going before Israel or AIPAC and promising the Zionists everything that you think will allow you access to their wealth, their influence, and their power." — The Time and What Must Be Done, Part 12, 3/30/13

"And today in 2013, we are in December of this year, 100 years since the creation of the Federal Reserve Bank and the Internal Revenue Service and the ADL. America's debt has gone from two billion dollars to more than sixteen trillion dollars. Now they set these institutions up to work in unity: the Federal Reserve, the IRS, and the ADL. One was to create debt, the other was to enforce a tax policy to take from the American citizens enough to pay that debt, and the watchdog of the whole thing was to see who would recognize who did this, and that's when the ADL raised the cry of anti-Semitism, and now America is seeing herself in ruin because of it." — Saviours' Day 2013 Keynote Address, Chicago, Illinois, 2/24/13

"Bill Clinton refused to meet with an Israeli Prime Minister. The next thing you heard was Monica Lewinsky. And all of those that were involved in scandalizing Bill Clinton, they happened to be Zionists." — #AskFarrakhan Town Hall Meeting, Chicago, Illinois, 9/26/12

"Your members of Congress are afraid to speak out against the warmongering of Israel and their control through AIPAC of your members of Congress." Guidance in a Time of Trouble, San Diego, California, 5/27/12

"It used to be we don't want Iran to have a nuclear weapon, but now they've moved the goal post thanks to Joe Lieberman and his crowd." — Guidance in a Time of Trouble, San Diego, California, 5/27/12

"Brothers and sisters, you've gotta stop being guided by the controlled media that is owned by Zionist forces that want to make you pawns in the struggle of Israel and Zionism." — Speech at the "Millions March in Harlem" event, New York, New York, 8/13/11

000446

# SA-12

"You have lost your democracy to special interest groups, corporate people that buy laws. All of you know what I'm talking about. Zionist control of the government of the United States of America. Republicans can't get together with Democrats. Only when something is affecting Israel, then both sides come together. Something is wrong with that picture, America." — Speech at Mosque Maryam, Chicago, Illinois, 3/31/11

"America is under the control of corporate elite and, I'm sorry, but Zionist control." — Jackson, Mississippi, 3/25/11

"Jewish people need to read this [The Secret Relationship Between Blacks and Jews] because many of them don't even know why we're in the condition that we're in. The wiser ones know 'cause they put us in that condition."— Jackson, Mississippi, 3/25/11

"A rabbi said that blacks were the children of Ham, cursed Black, doomed to be hewers of wood and drawers of water. That didn't come out of the Bible, that came from a Talmudic interpretation that has spread all over the world so when people see Black people they look at you funny and you look at yourself that way. Cursed Black." — Jackson, Mississippi, 3/25/11

"[Obama] was selected before he was elected. And the people that selected him were rich, powerful members of the Jewish community. They selected him to be their first Jewish president." — Jackson, Mississippi, 3/25/11

"I can't tell Black people to fight a war that is Israel's war. What kind of leader will you be, or should I be, to allow these babies − Black, white and brown, to fight Israel's war, because Zionists dominate the government of the United States of America and her banking system." — Saviours' Day speech, Rosemont, Illinois, 2/27/11

"The Federal Reserve is a group of Jewish and gentile bankers that took over the printing of your money. It's not U.S.-government owned, it's a family of Jewish and gentile international bankers, the head of whom is the Rothschild family. These bankers know that only in war will America have to borrow money… This is why they were upset with Jack Kennedy, he wanted to come out of Vietnam. And they killed him, I believe." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"They got spies, informants in our ranks. They got informants in the ranks of W.D. Mohammed, they got informants in the ranks of our brother Silis Muhammad, they got informants in the ranks of all Muslim 17 groups, they got informants among nationalists, they got informants in the NAACP, the Urban League, they got informants in the church. This is real. And you know what they want to do? They want to get us to fight and kill each other to justify what they're about to do." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"The end has come and they may make their move on me and on us. They really want a black person to kill me, they don't want a Jew to kill me because then it would cause a revolt against the Jewish people." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"Look at Motown, Black man starts it from the ground up, got it to a certain point, who owns Motown now? BET, started by a Black man, developed by a Black man, now owned by Jews." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"I think Hillary Rodham Clinton is a part of, if you trace her lineage, she go right back to the Rothschilds. Her daughter is about to marry a Jewish young man. This is no accident." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"Today Jews are twenty percent of the nation's doctors and lawyers, book publishers—Simon & Schuster, Knopf, and Random House are Jewish, CBS and NBC are Jewish, half of New York's theatrical producers were Jews, and they exert complete control over the production of movies. Half the opinion making and taste-influential paraphernalia is in Jewish hands. Can you deny that?" — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"See, the Jews planned and executed the Federal Reserve System… [The United States] cannot pay the interest on her debt. She's not paying down the principal. Who got her? The international bankers. The synagogue of Satan. America's sovereignty is all but destroyed because they want one world where they control the wealth of all the nations of the Earth and they've almost done it." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"Who's the diamond merchant? Who's the gold merchant? Who is running Johannesburg and the gold mines and Kimberley and the diamond mines. That's why in the name jewelry is the name Jew. Because they run the industry." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"Every Black man today that's rich, he has friendship with a Jewish person." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10 18

# SA-13

"The Rothschilds became rich from cotton, the Lehman brothers became rich from cotton in Alabama, then moved to New York and Wall Street. I know the truth. And somebody gotta tell it or die trying." — Atlanta, Georgia, 6/26/10

"The Federal Reserve is the synagogue of Satan, the Rockefellers, the DuPonts, the House of Rothschild, these are the people that have corrupted the entire world." — Speech at Mosque Maryam, Chicago, Illinois, 3/14/10

"[Obama] wants to end the strife between the Israelis and the Palestinians. He wants to write a new page for the Muslim world but the Zionists won't let him." — Saviours' Day speech, Rosemont, Illinois, 2/28/10

"I had reservations at the Marriott [in Panama City], but when they learned it was Farrakhan, they wouldn't even let me in the hotel. That's the reach of the Zionists." — Saviours' Day speech, Rosemont, Illinois, 2/28/10

"Whenever something comes up that Israel does not like, Democrats and Republicans vote alike because the Congress is controlled." — Saviours' Day speech, Rosemont, Illinois, 2/28/10

"Now, after the Federal Reserve came into being, most of these bankers happened to be Jewish. Brother Farrakhan is not anti-Semitic, but I have to say that these people claim to be Jews and now the Federal Reserve Bank, they really don't have nobody overseeing it." — Speech at Mosque Maryam, Chicago, Illinois, 11/29/09

"Now, some of you like to refer to me as anti-Semitic. I hate that you would say that. In the face of many of those who call me anti-Semitic, they're very definitely anti-Black. Now, there are certain members of the Zionist faction of Jews that have always wanted to control the means by which your crucifixion could take place. You notice how everyone that got crucified got first crucified in the media." — Speech at Mosque Maryam, Chicago, Illinois, 7/26/09

"If the international community would deal fairly, they could prevent a war that is triggered by an unprovoked attack on Iran. However, the Zionists have worked their way into control in America, Britain, France, Germany and other countries of the world." — Year-end Interview with the Final Call, Chicago, Illinois, 1/6/08

"Do you know some of these satanic Jews have taken over BET? Everything that we built, they have. The mind of Satan now is running the record industry, movie industry and television. And they make us look like we're the murders; we look like we're the gangsters, but we're punk stuff." — Justifiable Homicide: Black Youth in Peril (Part 3), Mosque Maryam, Chicago, Illinois, 11/11/07

"Is Jerusalem surrounded by armies now? [Crowd: "yes, sir!"] These neocons and Zionists have manipulated Bush and the American government and our boys and girls are dying in Iraq and in Afghanistan for the cause of Israel, not for the cause of America! Israel is the tail waggin' the dog, which is America. You may not like me, and I really don't give a damn. I'm throwin' the gauntlet down today." — Saviours' Day speech, Chicago, Illinois, 2/26/06

"Christians are in a struggle to discipline themselves to the way of Jesus Christ, and Jews have had same struggle, but there are Jews that ain't strugglin' at all. These are the Hollywood Jews, who say they are Jews but they are not, and until the true Jew points the finger at the false Jew, the false Jew will make the true Jew look bad." — Saviours' Day speech, Chicago, Illinois, 2/26/06

"These false Jews promote the filth of Hollywood that is seeding the American people and the people of the world and bringing you down in moral strength…It's the wicked Jews the false Jews that are promoting Lesbianism, homosexuality. It's wicked Jews, false Jews that make it a crime for you to preach the word of God, then they call you homophobic!" — Saviours' Day speech, Chicago, Illinois, 2/26/06

"I'm warning you America. You better get rid of them neo cons. That's the synagogue of Satan. They have made America weak. You're a weak nation now, and your country has been taken from you by the synagogue of Satan. They own congress. That's why the congress ain't right." — Saviours' Day speech, Chicago, Illinois, 2/26/06

"Kerry said we should have been focusing on Iran. Now, what do you mean by that, Mr. Kerry? See, Iran, Syria, Iraq are enemies of Israel because they do not believe that the stealing of Palestinian lands is justified by Bible or Qur'an. And there are some Orthodox Jews who share that view. I listen to George Bush talk to AIPAC, and I listen to John Kerry talk to B'nai B'rith, the Anti-Defamation League. Both of them talking the same thing. They're sworn to protect Israel." — Ninth Holy Day of Atonement Speech, Mosque Maryam, Chicago, Illinois, 10/17/04

000448

# SA-14

"The warmongers in his [Bush's] administration, the poor Israeli Zionists, have literally gotten America's foreign policy to protect Israel. Now many of you won't say these things, but that's on you. Daniel Perle or Richard Perle, Wolfowitz, Kristol—all of these are architects of policy and they are pro-Israel. One American congressman said listen, the cornerstone of America's foreign policy is the protection of Israel." — Saviours' Day speech, Chicago, Illinois, 2/23/03

"We are not giving them [Jews] power by getting into the debate, they already have power. They control Black intellectuals, they control Black politicians, Black preachers, Black artists – they control Black life. I'm not against Jews, I'm against control by any group, of us… I don't know how you can talk about Black liberation without confronting that and not talk about those who stifle Black thought, freedom of Black liberation." — Daily Challenge, 10/12/00

"The Anti-Defamation League of B'nai B'rith and other reactionary Jewish groups who want to maintain control of Black organizations by trying to tarnish independent Black voices who challenge their control, only prove the point when they hurl the same, tired invectives at leaders like Min. Farrakhan whenever he's critical of, or raises questions about Jewish conduct." — Final Call, Chicago, Illinois, 8/29/00

Mentioning National Security Adviser Sandy Berger, Secretary of State Madeleine Albright, Treasury Secretary Robert Rubin and presidential advisor Rahm Emanuel, Farrakhan said, "Every Jewish person that is around the president is a dual citizen of Israel and the United States of America and sometimes, we have to raise the question, 'Are you more loyal to the state of Israel than you are to the best interests of the United States of America.'" — News conference at the National Press Club, 10/19/98

"I look at Lucianne Goldberg, Linda Tripp, Monica Lewinsky, and I ask myself, 'Why was this introduced at this time when Netanyahu was being pressured by the president to give up more land on the West Bank, 'I think we need to look deeper into this than just what appears on the surface." — Meet the Press interview, 10/18/98

"Don't be afraid of the Zionists. Don't be afraid of their power, Mr. Clinton. Stop bowing down." — Speech at Howard University, Washington DC, 10/16/98

"They call them [Hezbollah] terrorists, I call them freedom fighters. No one asks why they would do such a thing. Why would they do such a thing? What has driven them to this point? That's what the UN, the U.S. and Europe doesn't want to deal with because the Zionists have control in England, in Europe, in the United States and around the world." — Speech at the District Council 33 Union Hall, Philadelphia, Pennsylvania, 4/22/96

"How did we get into World War II? You say Japan attacked Pearl Harbor. Yes, they did, but what were the forces that created in Japan the desire or the need to force them to attack America? You don't know that. But when America went to war after the attack on Pearl Harbor, she had to borrow money. There were the international bankers again. They financed all sides. And how many millions of Americans lost their lives? Suppose Hitler was trying to destroy the international bankers controlling Europe, but he went about it by attacking a whole people. All Jews are not responsible for the evil of the few who do evil. But certain Jews have used Judaism as a shield." — Saviours' Day speech, Chicago, Illinois, 2/26/95

## ON THE HOLOCAUST

"Satan, now knowing that people are going to become aware of him, he started in Europe. You cannot, in Europe say that the Holocaust didn't exist. You can say God doesn't exist. There will be no penalty. You can curse God and there will be no penalty. But if you say that there's something wrong with the figures of the Holocaust, if you disagree with the Jewish version of the Holocaust that's considered a hate crime. And in some European countries you can go to jail for such. Well, they're trying to do the same thing in America." — The Time and What Must Be Done, Part 19: Making Satan Known, 5/18/13

"I don't know how many Jews were killed. I know something happened in Nazi Germany, and if it's one million, two million, three million; it's one million, two million, three million too many. But to deny a person the right to challenge your articulation of numbers and to put you in jail if you deny aspects of the Holocaust…You can't speak about Jews. You can't criticize Jews. If you do, you're an anti-Semite." — Holy Day of Atonement Keynote Address, Part 2, Mosque Maryam, Chicago, Illinois, 10/21/12

"…You can't even engage in constructive argument over the veracity of the figures of the Holocaust. We know something happened, sure, but you can't talk about it. In certain cities in Europe they arrest you and put you in prison for denying such." — Saviours' Day speech, Rosemont, Illinois, 3/1/09

"The Jews have been so bad at politics they lost half their population in the Holocaust. They thought they could trust in Hitler, and they helped him get the Third Reich on the road." — Saviours' Day speech, Chicago, Illinois, 2/22/98

# SA-15

"German Jews financed Hitler right here in America...International bankers financed Hitler and poor Jews died while big Jews were at the root of what you call the Holocaust...Little Jews died while big Jews made money. Little Jews [were] being turned into soap while big Jews washed themselves with it. Jews [were] playing violin, Jews [were] playing music, while other Jews [were] marching into the gas chambers..." — Mosque Maryam, Chicago, Illinois, 3/19/95

## ON JEWISH INVOLVEMENT IN THE SLAVE TRADE

"What has remained a secret and not [sic] spoken of is the Jewish involvement in the undoing of Black people and the slave trade and the owners of ships and the selling and dehumanizing of Black people." — Interview on the Michael Eric Dyson show, Baltimore, Maryland, 8/23/10

"Listen, Jewish people don't have no hands that are free of the blood of us. They owned slave ships, they bought and sold us. They raped and robbed us. If you can't face that, why you gonna condemn me for showing you your past, how then can you atone and repent if somebody don't open the book with courage, you don't have that, but I'll be damned, I got it." — Saviours' Day speech, Chicago, Illinois, 2/27/05

"If we dig, we run into the Jewish pot of the trans-Atlantic slave trade." — National Black Agenda Convention, Boston, Massachusetts, 3/18/04

"So when the Jews were punished and beaten and murdered, they left Spain. Where did you go? Went into the Caribbean. Went into South America and you became plantation owners. That is why many Jewish people don't want us to talk about reparations. I'm not a hater, just get that out of your mind. My passion is for truth and justice. But no Jewish person who will be brave enough to read your history will come away saying your hands are cleaned. Here's a book, where's my book? Here it is – it's called The Secret Relationship Between Blacks and Jews... One of our brothers, brother Allen, did research in Jewish libraries, he never quoted a rabbi or Jewish scholar who was a hater of the Jewish people. He put out this book." — Saviours' Day speech, Chicago, Illinois, 2/29/04

"[U]ntil Jews apologize for their hand in that ugly slave trade; and until the Jewish rabbis and the Talmudic scholars that made up the Hamitic myth – that we were the children of Ham, doomed and cursed to be hewers of wood and drawers of water – apologize, then I have nothing to apologize for." — Interview in Swing magazine, 9/24/96

"How did I get to be an anti-Semite...What have I done? I told the truth about Jewish involvement in the slave trade. Your own writers say the same thing. Well, if they're not anti-Semitic for writing it, how the hell am I anti-Semitic for reading what they wrote and then saying it?...I didn't write your history, you wrote it. And then the sad thing, when you confront them with what their scholars have said, they say, 'Well is this part of the old conspiracy talk?'" — Mosque Maryam, Chicago, Illinois, 3/19/95

## ON ISRAEL

"Israel has no permanent home in our Holy Land. The Holy Land does not belong to a White Arab or a White Jew. You are settlers on our land." — Tweet from the official Louis Farrakhan Twitter account, 5/18/17

"There'll be nothing in the Middle East for them to bargain over the way things are happening now. And I'm warning Mecca, and I'm warning Tehran, and I'm warning the Muslim world in the name of Allah that the way you are going at each other to the joy of the enemy. The Quran says 'hold fast to the rote of Allah,' which is Islam, 'and be not divided for in your division you are hastening your destruction.' So Middle East, be ready because Israel has no permanent home in our, listen to me good, in our holy land. Holy land don't belong to a white Arab or a white Jew. You are settlers on our land, don't you forget what I'm saying because we are the original owners of that part of the earth and you all kicked us out and assumed our position. But now God has come and we are coming to reclaim what belongs to us, and it's not Eretz Yisrael (the Land of Israel) for you, it's the whole of the earth for us. 196,940,00 square miles of it all and it all belongs to the original black man of the earth." — Interview on the Cliff Kelly Show, WVON Chicago, 5/9/17

"To Israel, Bibi: you're coming out of there. You don't have a permanent home there. Your desire is to conquer that whole area lying, saying that 'Abraham promised you.' He ain't promised you a damn thing!" — Saviours' Day speech (part 2), 2/26/17

"So to my Palestinian brothers: You've been there longer than the Ashkenazi Jew, who is a convert to Judaism, but they are severe white racists, and though you are their real brother they hate you." — Saviours' Day speech (part 2), 2/26/17

"Some of your own scholars say you're not even connected to the land called Palestine, that you the Ashkenazi Jewish people are Europeans...You didn't speak Hebrew, you spoke Yiddish...You came out of Khazar. You were the one that became a convert to Judaism, and look at your behavior since you have taken land from the Palestinians..." — The Time and What Must Be Done, Part 19: Making Satan Known, 5/18/13

# SA-16

"You need a man in government that has another opinion that is not controlled, and if the Senate does not confirm him as Defense Secretary because of his opinion on Israel, that only proves that the Senate and the U.S. Congress is controlled by the Israel lobby, and it also sentences America to war with Iran for the State of Israel." — Saviours' Day 2013 Keynote Address, Chicago, Illinois, 2/24/13

"If America, my America, foolishly follows Israel and attacks Iran, now then that makes Israel the aggressor. I read she's trying to bomb Iran before the election to make it very difficult for Obama to be reelected if he doesn't fall in line with the rest of the warmongers that Netanyahu has more control over than the president of the United States...And if America bombs Iran you can't look for our support. I wouldn't ask one American to go die for Israel. Now you that say that they're the chosen of God, you go die for them! But we know who the chosen of God are, and we've been saying it, and we will debate any scholar about that question." — Interview with Cliff Kelley on WVON 1690, Chicago, Illinois, 7/6/12

"The government of America is owned lock stock and barrel by those Zionists that love Israel above the United States of America." — Saviours' Day speech, Chicago, Illinois, 2/26/12

"The government of the United States has made an agreement with hell and a covenant with death. You have locked onto the Zionist control of your government, your media, and you're afraid to stand up because if you do, they'll tell you, you won't be reelected." — Saviours' Day speech, Chicago, Illinois, 2/26/12

"I advise white and black America, Hispanic and Asian America, why would you send your children to die in a war engineered by Zionists who love Israel more than they love the United States of America?" — Saviours' Day speech, Chicago, Illinois, 2/26/12

"Did you know that Israel provoked the war in the Sudan? For 20 years or more, the Sudan was in the civil war and it started because Israel wanted to create a war in southern and northern Sudan to divert Egypt to come to the defense of the Sudan to take pressure away from Egypt attacking Israel." — Saviours' Day speech, Chicago, Illinois, 2/26/12

"You have Semitic Jews that have lived in the Holy Land for hundreds and thousands of years. They speak Hebrew, they speak Arabic. But where did these white people, called Ashkenazi Jews, come from?... See, there was some European Jews that got converted to Judaism and from them came the Zionist movement. The Zionist movement did not start in Palestine, it started in Europe." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"So Zionism was hatched in Europe and they decided that they would fulfill the scriptures of the children of Israel, and they kept bringing Jews into Palestine until they swelled the Jewish population. And then in 1948 the newly formed United Nations decided to give the Jews who were suffering under Hitler a state in Palestine. And that started the wars with the Arab people." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"See Theodore Herzl and the Zionist movement looked at scripture as a basis for Zionist philosophy to take that land from the Palestinians. But they got it from the book. Mistaken understanding of the book and you gonna pay for your error." — Atlanta, Georgia, 6/26/10

"When the people of Gaza were being slaughtered, the pro-Israeli lobby sent messages to the House and the Senate of words that they wanted them to use, gave them the language, and now you have bipartisan support. And there's not a vote that the pro-Israeli lobby wants that doesn't get bipartisan support. Why? Because the Israeli lobby controls the government of the United States of America." — Saviours' Day speech, Rosemont, Illinois, 3/1/09

"Liars, thieves, murderers. They went into Gaza... But our corporate-controlled TV will not allow the American people to see what the Israeli Defense Force did, how it affects Israel's image around the world, and how it affects America. They drop phosphorous bombs. They drop depleted uranium, dirty bombs. They used new weapons that have never been used in a theater of war before, they tried them out on the Palestinians. They killed men, women, children. Nobody's saying anything. It is as though it's wrong to say, 'Israel, you're wrong.'... You've taken the position of God. You saying, 'kill everybody.'" — Saviours' Day speech, Rosemont, Illinois, 3/1/09

"You expect Muslims to stand against suicide bombers. You expect us to say, 'wait a minute, you do not kill innocent people for political purposes.' You want us to say that and if we don't say it you rise up against us. But we don't hear you correcting your brothers because what they're doing is creating hatred for Israel and hatred for America that looks the other way while the Palestinians are being slaughtered." — Saviours' Day, Rosemont, Illinois, 3/1/09

"As I said over 20 years ago, there will be no peace for Israel, because there can be no peace as long as that peace is based on lying, stealing, murder, and using God's name to shield a wicked, unjust practice that is not in harmony with the Will of God." — Year-end Interview with the Final Call, Chicago, Illinois, 1/6/08

# SA-17

"And the Christian right, with your blindness to that wicked state of Israel can that be the holy land, and you have gay parades, and want to permit to have a gay parade in Jerusalem when no prophet ever sanctioned that behavior. HOW CAN THAT BE THE ISRAEL, how can that be Jerusalem with secular people running the holy land when it should be the holy people running the holy land. That land is gonna be cleansed with BLOOD!" — Saviours' Day speech, Chicago, Illinois, 2/26/06

"I'm warning you America. You better get rid of them neocons. That's the synagogue of Satan. They have made America weak. You're a weak nation now, and your country has been taken from you by the synagogue of Satan. They own congress. That's why the congress ain't right." — Saviours' Day speech, Chicago, Illinois, 2/26/06

"The war in Iraq is not your war; that's Israel's war. Iraq was not an enemy of America as such; Iraq could not do anything to America, Iraq, Iran, Syria, and Libya hated the fact that Israel took land from the Palestinians, so these countries were an inveterate enemy of Israel. So, how does Ariel Sharon inspire America to go to war with Iraq, when Iraq had nothing to do with 9/11? The neo-conservatives who manipulate the government are like the rudder of a ship. The rudder is a small thing, but it turns a big ship in the ocean. The rudder that is turning America is not your elected officials; it's that small influential group of neo-conservatives that are using America's power to destroy the enemies of Israel." — 12th Annual Pre-Kwanzaa Festival held by Cops Against Police Brutality, Newark, New Jersey, 12/11/04

"Do you want your children to die for this? The former Prime Minister, Netanyahu, before the war in Iraq, was patrolling the halls of congress lobbying American senators to send our children to die really for Israel. Since Israel's existence, American taxpayer dollars have contributed over $100 billion to maintain that state. And the neoconservative idea was to bring Bush totally in line with the ideas, the thinking, the policies of the Likud party in Israel." — National Press Club, Washington, D.C., 5/3/04

"UN Resolution 687, article 14É not only says that Iraq must disarm, it says there must be no weapons of mass destruction in the Middle East. But Israel has never been asked to disarm. That is why, Saddam Hussein having weapons of mass destruction will force Israel to a table to bring about a resolve of the problem. But as long as Israel is superior in military might to the whole Arab world, she don't have to do nothing. And you remember when they slaughtered the Palestinians in Jenin, and the UN sent a team to go, Israel said you're not coming in here. That's thumbing your nose at the UN." Saviours' Day Speech, Chicago, Illinois, 2/23/03 "They [Israel] wouldn't allow me to go to Jerusalem. If I had gone they might have stoned me. I didn't want to repeat history. I know they stoned Jesus. I know they've killed the prophets of God there." —Saviours' Day speech, Chicago, Illinois, 2/22/98

"I believe that for the small numbers of Jewish people in the United States, they exercise a tremendous amount of influence on the affairs of government. ... Mr. President, Mr. Clinton, instead of exercising the strength of a man whose country contributes at least $4 billion every year to the state of Israel, America has influence in Israel but is not using that influence in a constructive way, but, rather, pays lip service to the Palestinians while she bows to the dictates of Netanyahu and the strong political Jewish lobby." — Meet the Press interview, 4/14/97

## ON DIALOGUE WITH JEWS

"So Jesse [Jackson] being from the hood he called New York "Hymie Town." I don't want to rehearse something that got him in trouble; I've been in trouble for thirty years now. But my point is, it's a slang term to say that the Jewish people have great control and power in New York City, that's all."— Speech at the Watergate Hotel in Washington, DC, 11/11/17

"I tried this dialogue 30 years ago and I was invited on the Ted Koppel show to have a showdown with a man for the ADL...I said no, I would not want us to come on television to have a dialogue. I would rather us have the dialogue, and if the dialogue is successful, then we go before the television and say we resolved the problem. Now that's an intelligent approach but 30 years have gone on now! So it can't be done in no back room. It's got to be done in the public where all the damage has been done to me and the Nation of Islam and what we represent. There will not be any backroom dialogue. It will be either in the public for the whole world to see, otherwise it is not going to be fruitful for us. We've got to end this once and for all, and I'm willing to pay with my life if you can find me lying!" — Interview on the Rock Newman Show, Washington, DC, 4/27/13

"So let's have a showdown...Otherwise you'll always follow me up, if I come on the show you'll come behind me, 'oh he's a hater, he's this.' No! Let's come out in the light. You know how cockroaches are when the light comes on. You know how rats are when the light comes on. They run for cover." — Interview on the Rock Newman Show, Washington, DC, 4/27/13

"It is because of the power, influence and money of the Jewish community that makes Black people afraid to speak up for the hurt that we have received from the hands of some of their people, afraid to associate with those that they dislike." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

000452

# SA-18

"Every black leader that spoke of economic development was charged with being an anti-Semite... Whenever a Black person look like they gonna step out of line a little bit, tie 'em with that anti-Semitism, they get right back in line." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"I want to sit down and dialogue with members of the Jewish community with no preconditions. That demand for me to apologize comes out of an arrogance that makes one feel that if I am critical of Jewish behavior relative to Black people, that all of a sudden I have to apologize for being critical...I don't think that I should have to apologize unless I am shown that there is something that I have said that is not correct. Then I would have no problem...to ask for forgiveness..." — Meet the Press interview, 10/12/97

"...I'm afraid that you [Jewish people] will come to regret the day that I offered you a chance to let us sit down together and dialogue and you, in your emotional reaction, rejected that offer...You will [regret it] because if my influence and growth and power in America does not diminish and it will not, by the help of God, then what benefit would it be to you not to sit down and dialogue with me when the racial problem is not getting any better..." — Fox News Sunday interview, 3/30/97

## ON WHITES

"He [Elijah Muhammad] came to save us from the sins of white people that have been imposed on us since we have been under their rule. We didn't have homosexuality in Africa, that's not our tradition." — 23rd Anniversary of the Million Man March/Holy Day of Atonement, 10/14/18

"Angry white people that hate your very shadow, soon and very soon, these police that are armed to the teeth, they come into our communities right now filled with hate for us." — The Time and What Must Be Done, Part 3, 1/26/13

"All of us are under Israel. All of us, black people, brown people, yellow people, are under the rule of the Caucasian people and all of the races have been affected by their rule." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"God has come after the children of Israel. You are not now the children of God, you are the children of Israel. You are not made now in the image and likeness of God, you are made in the image and likeness of White people who have conquered you and mastered you and made you into themselves." — Speech at Mosque Maryam, Chicago, Illinois, 10/3/10

"The architecture of white supremacy has never been brought to the table to be discussed. The architecture of white supremacy will have to be exposed." — Atlanta, Georgia, 6/26/10

"It is difficult for white people to submit to black leadership because they were given dominion. And even though they act like they are submissive you have to be careful because they are always looking for a way to undermine any black man that rises in authority." — Atlanta, Georgia, 6/26/10

"The white right is trying to set Barack up to be assassinated...Here are Christians praying for God to kill Barack Obama." — Saviours' Day speech, Rosemont, Illinois, 2/28/10

"I heard from a very reliable source that under that levee there was a 25 foot hole, which suggested that it may have been blown up, so that the water would destroy the black part of town, and where the whites lived, it would be dry." — Remarks at Shelter for Hurricane Katrina Victims, Charlotte Coliseum, Charlotte, North Carolina, 9/12/05

"Katrina should have taught us that the government of the United States is not our friend. Katrina should have shown us the cold-hearted nature, not of white people, but the cold-hearted nature of the rulers. There are white people who want to see something good done. But they are hamstrung by white people who don't want to see something good done." — Saviours' Day speech, Chicago, Illinois, 2/26/06

"White people are potential humans...they haven't evolved yet." — Philadelphia Inquirer, Philadelphia, Pennsylvania, 3/18/00

## ON THE U.S. GOVERNMENT

"The FBI has been the worst enemy of black advancement. Can you prove that Farrakhan? See the Jews have control over those agencies of government." — Saviours' Day speech, 2/25/18

"When you say, Mr. Trump, 'America first,' ask any Jew, even your son-in-law. America is never first, Israel is always first. And as long as Israel is first then whatever you think or plan will be in Israel before you leave the room in the White House. Mr. Trump, you have to extricate yourself from being controlled

000453

# SA-19

by any one of these." — Saviours' Day speech (part 2), 2/26/17

"We're gonna bring you up to speed. The American government is under control of the Zionists." — Remarks at Indianapolis Convention Center, Indianapolis, Indiana, 12/1/13

"Mr. Romney, he already went to Israel and bowed down. He went to Israel and wore out his knees, got a patch on his knees... Obama, he almost wore out his knees too. I mean he may not have a patch on his knee, but he was down there long enough to rub a little something in that knee. He told Israel, AIPAC, he told them, even though we're in an economic downtown, don't you worry because the money we've been giving to you, we're going to give it to you again and add some more to it. If that ain't deep knee bending, now I'm not making stuff up! We're in bad shape brother!" — Holy Day of Atonement Keynote Address, Charlotte, North Carolina, 10/14/12

"When you don't vote the way they think you should vote, there's no such thing as forgiveness. They move to unseat you. Cynthia McKinney, brilliant sister, but she was not pro-Zionist, well she's not in Congress... once you take an opposing position, you have to pay a price." — #AskFarrakhan Town Hall Meeting, Chicago, Illinois, 9/26/12

"There is no doubt... [Obama is] surrounded by the people that are Zionist-controlled or Zionists." — New York, New York, 6/15/2011

"The Jewish people...have made Louis Farrakhan the litmus test for any Black man or woman who would aspire to citywide office, statewide office, or national office. In order for any Black man or woman to get the support that they would need to ascend to political power, they have to denounce Louis Farrakhan." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"Congress is so wrapped up and under the thumb of Jewish control and power, you don't even have a Congressman that will vote, hardly, against anything that deals with Israel in a negative way. That's just not gonna happen." — Speech at Mosque Maryam, Chicago, Illinois, 7/11/10

"I'm talking about the U.S. government and the plots that they enact against Black politicians that they're losing control over. They'll come with some fake stuff, offering you this but there's a camera, so that you will lose confidence in your Black leadership, who are only following the path of their White predecessors." — Speech at Mosque Maryam, Chicago, Illinois, 7/26/09

"I told him [Michael Jackson] I was going to the national press club and that I was going to talk to the world about the neoconservatives, most of whom are Zionists, and their program for a new American century where they were advising the government and Bush in particular. And the policies that were made during the Bush Administration were all out of this project for a new American century by the neoconservatives." — Speech at Mosque Maryam, Chicago, Illinois, 7/26/09

"Why don't the members of Congress speak when they know that the things that Israel is doing will hurt them, and hurt America as well? It is because they are afraid that if they go against what is seemed to be beneficial to Israel, they will lose their position? That means that these people are no longer the representatives of the American people. They are the representatives of the money interests that they fear; that control them." — Interview with WVON AM, Chicago, Illinois, 4/2/09

"When the people of Gaza were being slaughtered, the pro-Israeli lobby sent messages to the House and the Senate of words that they wanted them to use, gave them the language, and now you have bipartisan support. And there's not a vote that the pro-Israeli lobby wants that doesn't get bipartisan support. Why? Because the Israeli lobby controls the government of the United States of America." — Saviours' Day speech, Rosemont, Illinois, 3/1/09

"You cannot deny the pro-Israeli lobby and get reelected. Ask Cynthia McKinney. Ask David Hilliard. Ask our mayor in Oakland, California. Ask Percy, the former Senator. Ask Jimmy Carter. You can't criticize, you can't say nothing because if you do, you're branded as an anti-Semite." — Saviours' Day speech, Rosemont, Illinois, 3/1/09

"Why, U.S. Congress, will you not speak? It is because you fear a lobby that has money and influence that will turn you out of your seat? So you're terrorized. That's why you don't act for the American people that sent you to Congress. You are not their representative. You are the representative of the money and interests that have bought your soul." — Saviours' Day speech, Rosemont, Illinois, 3/1/09

"FEMA is too white to represent us and so is the Red Cross." — Power Center, Houston, Texas, 9/11/05

000454

# SA-20

"What is going on in the world is a battle between 'theocracy' and 'democracy.' 'Theo' and 'cratis' are Greek words. 'Cratis' in Greek means 'rule.' In Latin, it's 'craci.' In English, you change the 'I' to a 'y'— 'cracy' (rule). 'Theo' in Greek means 'god.' The Greek word is 'demos'—demos cratis. In Latin, it's demon craci. In English, you drop the 'n,' put a 'y' on the end, and you have democracy. 'Democracy' is 'the rule of the people,' but what kind of people? It's the very opposite of theocracy. It's the rule of a devil…. The enemy is plotting, through democracy, to make the whole world submit to so-called democratic values, so that the demons of the West can rule all the darker peoples of the world under 'demo cracy.'" — 12th Annual Pre-Kwanzaa Festival held by Cops Against Police Brutality, Newark, New Jersey, 12/11/04

"I hasten to tell you that the precious lives that were lost in the World Trade Center was a cover, a cover for a war that had been planned to bring a pipeline through Afghanistan to bring oil from that region, oil owned by Unical of which Dick Cheney is a stock holder." — Saviours' Day speech, Chicago, Illinois, 2/23/03

"It is not accidental that the Black male is in the condition he is in…" This is because of a "…conspiracy of our government against the Black male" along with "…our [Blacks'] failure to accept responsibility for our actions…" — Meet the Press interview, 10/12/97

"A decree of death has been passed on America. The judgment of God has been rendered and she must be destroyed…" — New York Amsterdam News, New York, 8/9/97

## ON THE LGBT COMMUNITY

"Brother Barack [Obama], under Jewish influence, trying to introduce same-sex marriage to African people, and the Africans say, 'We don't have nothing like that in our history. We can't identify with that.' Then the Western man says, 'If you want this money from the World Bank or the IMF, you have to make a law that allows same-sex marriage.' Look, brothers and sisters, this is satanic." — Speech at Mosque Maryam, Chicago, Illinois, 5/27/18

"Do you know where homosexuality began? Where's Sodom and Gomorrah? It's in the Middle East. It happened among the Semitic people…We, the original people, homosexuality didn't start with us. We don't know anything about it." — Speech at Mosque Maryam, Chicago, Illinois, 5/27/18

"God did not create man to lay with man. But you are being chemically programmed against your nature, you don't know it." — Saviours' Day speech, 2/25/18

"Homosexuality can be produced through chemistry." — Speech at the Watergate Hotel in Washington, DC, 11/11/17

"I love my people who are lesbian, homosexual, transgender. Don't make no difference, I love you. But I have to teach you that which will make us more pleasing in the sight of God because his wrath now is coming down on America and on the world. And if you're not on the right side, you will receive a terrible chastisement. You're not a beast." — Jackson, Mississippi, 3/25/11

"We see pimps with a cross around their neck. We see hustlers. We see adulterers, fornicators, lesbians, homosexuals. If you can't preach what Christ says, then get the hell out of the pulpit. If you can't stand up for what God says, then why are you trying to represent a God that you are misrepresenting?" — Saviours' Day speech, Rosemont, Illinois, 2/27/11

"You think you know Jesus Christ?... If you knew him, why is there so much drunkenness, so much drugs, so much fornication, so much adultery, so much homosexuality, so much lesbianism, so much murder, so much crime? And all of you got a cross around your neck proclaiming a man that hasn't got nothing to do with the madness we do in his holy and righteous name." — Holy Day of Atonement, Memphis, Tennessee, 10/18/09

"Right now, among the Jews, there's division. Because some Jews want to sanctify by the law, gay and lesbian and same sex unions and to ordain gay and lesbian rabbis, while there are other Jews that want to stick by the religious law. The same thing in Christianity. We are being divided over moral issues and Satan has made immoral things fair seeming, so the house of religion is divided." — Interview with AllHipHop.com, 4/16/07

"And the Christian right, with your blindness to that wicked state of Israel…can that be the holy land, and you have gay parades, and want to permit to have a gay parade in Jerusalem when no prophet ever sanctioned that behavior. HOW CAN THAT BE THE ISRAEL, how can that be Jerusalem with secular people running the holy land when it should be the holy people running the holy land. That land is gonna be cleansed with BLOOD!"— Saviours' Day speech, Chicago, Illinois, 2/26/06

# SA-21

"I call them the so-called Jews because to be a Jew you have to adhere to the statutes and laws that create the special relationship. How can you be a Jew and promote homosexual marriage?" — National Black Agenda Convention, Boston, Massachusetts, 3/18/04

"But all of a sudden in the night clubs, they started having transvestite shows, drag queens... Scripture say no liar, no adulterer, no effeminate will get in the Kingdom." — Saviours' Day speech, Chicago, Illinois, 2/23/03

"I don't hate Jews. I honor and respect those who try to live according to the teachings of the Torah, but you can't criticize Jewish people. If you criticize them you are anti-Semitic. If you don't agree with what they are doing, you are anti-Semitic. The Bible says, Revelations, those who say they are Jews and are not, I will make them of the synagogue of Satan. I don't hear you preaching that full Gospel. You are afraid of consequences. But no man can say he's a Jew and promote homosexuality. No man can say he's a Jew and promote that which is against the commandments of God. No man can say he's a Jew and run the despicable, degenerate movies. The filth and degenerate language." — Saviours' Day speech, Chicago, Illinois, 2/23/03

"...I think that when you warehouse Black men in prisons and they have a sexual drive that is being titillated by the lyrics and by the cultural degeneracy that pervades America today, this sexual need is sometimes filled with activity that God disapproves of." — Meet the Press interview, 10/12/97

"It seems like being gay or whatever sin you wish to be a part of is okay...but I have the duty to lift that gay person up to the standard to ask if they want to live the life that God wants them to or live the lifestyle that they want to live." — Boston, Massachusetts, 8/7/97

"God don't like men coming to men with lust in their hearts like you should go to a female. If you think that the kingdom of God is going to be filled up with that kind of degenerate crap, you're out of your damn mind." — Kansas City, Missouri, 1996

RELATED CONTENT

Louis Farrakhan Joins List Of Extremists Praising Donald Trump

Anti-Semite Louis Farrakhan Finds Receptive Audience In Iran

000456

SA-22

# Exhibit I-3

SA-23



# SPECIAL

# REPORT

## Louis Farrakhan:
## In His Own Words – 1994

ANTI-DEFAMATION LEAGUE
1994



# SA-24



# Anti-Defamation League

© 1994, 1998 Anti-Defamation League

## SA-25

### INTRODUCTION

THE MYTH OF MODERATION:
THE "NEW" FARRAKHAN IS THE SAME "OLD" FARRAKHAN

Louis Farrakhan, leader of the Nation of Islam, has long proclaimed anti-Semitic, anti-white, and anti-Christian rhetoric which has emblazoned his name in the galaxy of bigots. During the spring and summer of 1993, some observers in both the black and Jewish communities claimed to have seen signs of movement by the black Muslim leader toward moderation and increased tolerance. Minister Farrakhan's "movement" toward tolerance was dubbed a window of opportunity to open dialogue with one of the African-American community's most visible and influential leaders -- an opportunity, which if squandered, might not occur again.

For example, an article in The New York Times (9/17/93) described a panel discussion on race and politics held by the Congressional Black Caucus in Washington, D.C. At this discussion Jesse Jackson and Louis Farrakhan appeared before an audience of 2,000 people to call for a united effort to improve the economic conditions of the African-American community.

According to the article, over the previous few months both Jesse Jackson and the Nation of Islam leader "sought to patch up their differences with Jews over past statements." Similarly, conciliatory statements sympathetic to Farrakhan were made by NAACP director Reverend Benjamin Chavis and members of the Congressional Black Caucus. That Jackson had made significant progress in repairing relations with the American Jewish Community is undeniable; that Farrakhan's pronouncements on this issue were described in this manner, however, betrayed a view both misleading and inaccurate. It fed into the myth of Farrakhan's moderation.

Farrakhan's so-called moderation was proven to be myth with every advertised promotion and sale of The Secret Relationship Between the Blacks and the Jews, the NOI's anti-Semitic tract which asserts that the Jews controlled the slave trade. The myth was underscored by every speech Farrakhan or one of his aides delivered in which they continued to target Jews. Moderation was given the lie in every issue of The Final Call, the NOI's biweekly publication.

For those who still didn't understand that Farrakhan's moderation is a myth, the Minister himself, at his news conference on February 3, 1994 made it abundantly clear. So many voices had been raised about a speech made in November, 1993 at New Jersey's Kean College by Farrakhan aide Khalid Abdul Muhammad that Farrakhan could not ignore the clamor for his response. The Anti-Defamation League had

SA-26

published excerpts of the blatantly and vulgarly anti-Semitic, racist, anti-gay and anti-Catholic speech in ads which appeared across the country; black leaders such as Roger Wilkins, Bill Gray, Rep. Major Owens, Rep. John Lewis, Michael Meyers, and Rev. Jesse Jackson denounced Muhammad's speech for its racism and anti-Semitism. Clearly, this speech could not be ignored as others had been.

Minister Farrakhan announced that Muhammad was suspended from his duties, and he condemned "the manner" -- but not "the truths" -- of the Muhammad speech. Thus, Farrakhan's repudiation of Khalid Muhammad was meaningless. He made it absolutely plain that he agrees with Muhammad's message of anti-Semitism and racism. Such bigotry remains a consistent NOI theme, as this report will show.

Right up to the present Farrakhan has tried to distract attention from the fact that his aides, his publications and his own utterances have been racist, anti-Semitic, anti-Catholic and homophobic. Those who have argued that Farrakhan has indeed become moderate have based their re-appraisal of the charismatic Black leader on his performance of a Mendelssohn violin concerto in Winston-Salem, N.C. in the spring and on a number of meetings that he held with prominent members of Chicago's Jewish community. These were interpreted as signs of reconciliation with American Jewry. Regrettably the facts on the ground, once subjected to closer inspection, reveal that Farrakhan's moderation is illusory, a charade. With his recent news conference, in which he stood by "the truths" that Khalid Abdul Muhammad spoke, Farrakhan himself destroyed the myth.

# SA-27

## 1. FARRAKHAN AND THE NATION OF ISLAM ON WHITES

"Yes, we have a gripe, if that's the word you use, with white people in general, because whites in general are the beneficiaries of the wealth of our slave labor that has been kept back from us...". (February 3, 1994 News Conference in Washington, D.C.)

"Yes, plants are closing and we are losing jobs. But what about the $300 billion that we are throwing away each year? If the white man is not committed to doing for us, we can't sentence another generation of black youth to death...". (at the Congressional Black Caucus conference, September 16, 1993)

"The God who taught me calls the white man the skunk of the planet earth. He is so wicked and so filthy that God calls him the skunk of the planet earth." -- From *The Final Call*, June 5, 1992 (*The Final Call* is the official paper of the Nation of Islam).

"[Farrakhan]'s core teachings include claims that blacks were the world's "original" race from which all others derived; that black Americans are descended from an ancient, "lost" Asian tribe; that the white race originated from a demonic laboratory experiment and that Elijah Muhammad was divinely inspired." -- *The Nation*, January 21, 1991

"It's because you [white people] are wicked and you fear in the sickness of your mind that you must control everybody because everybody is inferior and only white people have a right to rule. I say you're sick and you need a doctor or you need to be buried." -- Farrakhan in a speech July 22, 1985 at the Washington Convention Center.

## 2. FARRAKHAN'S VIEWS ON JEWS

"We know that the Jews are the most organized, rich and powerful people, not only in America, but in the world. They're plotting against us even as we speak. They want to use some of our own brothers. and some of our own brothers are willing to be used by them to curry favor." (Speech at the 369th Regiment Armory in New York, January 24, 1994)

"They're [Jews] trying to use my brother Khalid's words against me to divide the house." (Speech at the 369th Regiment Armory in New York, January 24, 1994)

"I am not now, nor have I ever been anti-Semitic." (February 3, 1994 News Conference in Washington, D.C.)

"The Jews cannot be held above criticism, and if a prophet is to point out your wrong, don't accuse the prophet of being anti-Semitic when the prophet's role is to change your behavior to make you more acceptable to God." (ibid)

"It used to be that an anti-Semite was one who disliked Jews. Now anti-Semite is anyone that Jews dislike." (ibid)

# SA-28

"I'm neither a racist nor an anti-Semite. But if I point out your evil with the truth, call me a preacher of truth...If I point out your evil tracks in the sands of time, don't blame me." (Speech at Jacob Javits Convention Center in New York, December 18, 1993)

[Jews] like to look at themselves as powerless and as victims...But they can't play that role with me. Because I know Jews have power. And whenever somebody threatens them, they use that power. (Interview with the *Detroit Jewish News* of October 22, 1993)

"If I did [apologize] do you know what some Jews would tell me? Too little, too late. Jesse's [Jackson] still apologizing. He'll never get finished...I'm no dog. You don't give me no little piece of meat on a hook. I'm not looking for nothing from you and your people. You can only get yourself out of the hell you're getting yourself into." (Interview with the *Detroit Jewish News* of October 22, 1993)

"Jews got a hell of a nerve asking me to apologize for telling the truth...They want everybody to bow down to them, and I ain't bowing down to nothing or nobody but God." (Interview with the *Detroit Jewish News* of October 22, 1993)

"[Some Jews are] the most unforgiving people if anyone offends them...Who do they think they are that I should...beg for forgiveness when they helped to bring my people into slavery and I have never heard a rabbi or Jewish organization apologize to me and my people to...". (Interview with the *Detroit Jewish News* of October 22, 1993)

"[Jews were displaying] hysteria, extreme hatred, and fear [at the prospect that he may be about to] free the black man from their grip, and ultimately force them to admit their role in the slave trade. [The Jewish community] should pay reparations to black people for the evils done to us. I shall never again ask for a dialogue with the Jewish community. If the Jewish community wants to dialogue, they will have to ask me." (as written by Farrakhan in *The Final Call*, September 22, 1993)

"The president of this [Kean] college is an Hispanic woman. The head of the Black Studies Department is a black woman. Both of these sisters are under tremendous pressure. The president of the college may lose her job unjustly because members of the Jewish community wish to make her an example to frighten other college presidents into not allowing any Muslim of the Nation of Islam to speak on their campuses." (February 3, 1994 News Conference in Washington, D.C.)

Farrakhan said the agreement to not allow him to speak in Washington "bears witness [to] Jewish influence and control over black leaders, black politicians, black arts and entertainment figures." -- Interview, *Chicago Sun Times*, September 3, 1993

"Jews want everyone to bow down to them, and I ain't bowing down to nothing or nobody but G-d." -- Interview, *Baltimore Jewish Times*, August 27, 1993

"You [Jews] had your day with G-d, and you didn't do what you were supposed to do." -- Interview, *Baltimore Jewish Times*, August 27, 1993

"Who controls black arts? Who controls black sports figures? Who controls black intellectuals, black politicians...?" "...When I talk to the Jews, I am talking to a segment of that quorum that holds my people in their grip." -- Interview, *Chicago Sun Times*, July 19, 1993

"They (the African American elite) are elders of Israel, but the elders of Israel are under the control of Pharaoh... They are under the control of those who have done injustices to the masses of the

# SA-29

people, so I have to go to them to get you out of their grips so you can work for your people rather than work on a job for their enemy." -- Interview, *Chicago Sun Times*, July 19, 1993

"... I am not going there [seeking dialogue] because I want to beg some Jew to give me money. For what? Hell, no." -- Interview, *Chicago Sun Times*, July 19, 1993

"I happen to believe that everything I said is true. And if what I said is the truth, I cannot apologize for telling the truth. If the truth hurts... members of the Jewish community, I cannot apologize for it, because the truth offends only the guilty." -- Interview, *Chicago Sun Times*, July 19, 1993

"I said that the state of Israel has not had peace and will not have peace because there can be no peace structured on injustice, lying, thievery, murder and using God's name as a shield for your dirty religion." -- *Washington Times*, February 27, 1990

On February 18, 1990, Farrakhan told 4,000 people at Michigan State University that Jews were "sucking the blood of the black community."

"And he [Farrakhan] said that Jews should 'look at why God permitted a Hitler. If you understand, there will never be a Hitler again'" --*Rocky Mountain News*, December 15, 1989

"Narrow-minded, common Jews... The Jews cannot defeat me so I will grind them and crush them into little bits." -- Speech in Flushing, New York on May 21, 1988 (as reported in the *New York Post*, May 23, 1988)

"Cokely spoke the truth" and [Jews protested] "because the truth hurts. I know this man Cokely. I know if he said it, he got the stuff to back it up." -*Chicago Sun Times*, May 10, 1988, concerning statements by Chicago Black activist and former municipal official Steve Cokely asserting that Jews engaged in an international conspiracy to take over the world, and that Jewish doctors deliberately injected black children with the AIDS virus.

"The germ of murder is already sewn into the hearts of Jews in this country.... The Jews talk about 'never again'. Well, I am your last chance, too, Jews. Listen, Jews, this little black boy is your last chance because the Scriptures charge [you] with killing the prophets of God, but if you rise up to try to kill me, then Allah promises you that he will bring on this generation the blood of the righteous. All of you will be killed outright... You cannot say 'Never again' to God because when He puts you in the oven, 'never again' don't mean a thing." -- Speech at Madison Square Garden, New York City, New York, October 7, 1985

"There can never be any peace structured on injustice, thievery, lying, deceit and using God's name to shield your dirty religion... you cannot tell me your religion is what you profess, your religion is what you practice, and if you practice lying and stealing and cheating and murder and whoremongering then your religion is a dirty religion...." -- Speech at Morgan State University, September 26, 1985

"Jews know their wickedness, not just Zionism, which is an outgrowth of Jewish transgression." -- *Washington Post*, July 17, 1985

"Jews have been run out like vagabonds of the earth because God has chosen new people." -- *Boston Globe*, April 24, 1985

- 3 -

# SA-30

"The Jews in that day wanted no truth to be told if it conflicted with their selfish desires. They did not care for the truth; they only wanted to hear that which made them comfortable in their web of lies and deceit." -- Speech to National Press Club, July 30, 1984

"Hitler was a very great man." -- Radio broadcast, March 11, 1984

## 3. FARRAKHAN AND THE NATION OF ISLAM ON CHRISTIANS

"The whole of the Western white civilization is opposed to Islam, the only true religion of God; therefore they (devils) don't teach of Allah and Islam to us... Christianity was organized by the white race and they placed the name of Jesus on it as being the founder and author to deceive the Black people into accepting it." -- From *The Final Call*, April 6, 1992

"Does the Pope ask his white brothers and sisters to repent of their evils to our people (in 'Africa') before asking our people to forgive? What does this tell you about who he really represents? Does he really represent Christ, or does he represent that originator and organizer of organized crime on this earth?... Who represents Christ: Pope John Paul II or the Honorable Louis Farrakhan? Will Christ himself finally distinguish him who is genuine from him who is the imposter (anti-Christ)?" -- From *The Final Call*, March 4, 1992.

"Minister Louis Farrakhan, leader of the Nation if Islam, recently told St. Sabina worshippers the Roman Catholic Church has tried to make African Americans pray 'like white people' for more than 20 years. 'We reject it!' exclaimed Farrakhan." --*Chicago Defender*, November 19, 1989

## 4. FARRAKHAN AND THE MYTH OF THE "JEWISH CONSPIRACY"

"I don't own Hollywood. Who depicted Black people? Who writes the books? Who writes the plays, the songs that make us look less than human? Do you mean to tell me that Jews have never done any evil to Black people?..Were they not involved in the slave trade? Yes, they were...and to the extent that they were involved, somebody has to bring them to account. And I believe that has fallen on me." (Interview with the *Amsterdam News*, January 8, 1994)

"I have in my possession here some quotes from this book [*The Secret Relationship Between Blacks and Jews*] that state that Jewish people, not only Gentiles, not only Arabs, but Jewish people were prominent in the slave trade...Jewish scholars have said that 75 percent of the slaves owned in the South were owned by Jewish slaveholders. They said that Jewish slaveholders used to cut off the hand of those that fought for freedom and give it to others or sell it to others." (February 3, 1994 News Conference in Washington, D.C.)

"They [Jews] have never admitted until recently that they were involved in the slave trade. They put it on the Gentiles. They put it on the Arabs, but they have never come out publicly until we published that book and said they were involved." (Interview with the *Amsterdam News*, January 8, 1994)

- 4 -

# SA-31

"I would respectfully submit that in my judgment 85 percent of the masses of the people of earth are victimized by a small clique who use their power and their knowledge to manipulate the masses against the best interest of people." -- Farrakhan in an interview with the *Washington Post*, March 1, 1990

"Jews have never been upset over any black person. They usually have great control over black people. But here's one they don't control, and they have not yet found the mechanism to destroy what they can't control." -- Farrakhan (*Los Angeles Times*, February 4, 1990)

"'Cokely spoke the truth' and [Jews protested] 'because the truth hurts. I know this man Cokely. I know if he said it, he got the stuff to back it up.' -*Chicago Sun Times*, May 10, 1988, concerning statements by Chicago Black activist and former municipal official Steve Cokely asserting that Jews engaged in an international conspiracy to take over the world, and that Jewish doctors deliberately injected black children with the AIDS virus." -- From 1990 ADL Report *Louis Farrakhan: The Campaign to Manipulate Public Opinion*

"Four hundred members of Congress are honorary members of the Knesset of Israel.... If you speak out, they will work to get you out of office." -- Farrakhan in a 1988 speech at Plainfield, New Jersey high school

"The Jewish lobby has a stranglehold on the government of the United States." -- Farrakhan in a speech at Madison Square Garden, New York City, New York, October 7, 1985

"[I] spoke out forcibly against what I saw the Jews doing to Jesse [Jackson], this was reported by the -- if you will -- Zionist-controlled media." -- Farrakhan *Los Angeles Times*, May 3, 1985)

"As long as Jewish people control the media, Arabs, Blacks, Muslims, will never have a balanced view." -- Farrakhan (*Columbus Dispatch*, April 16, 1984)

## 5. FARRAKHAN'S IMAGERY OF VIOLENCE AGAINST WHITES, BLACKS AND THOSE WHO DISAGREE WITH HIS VIEWS

"Suppose a Jew would kill Farrakhan... there are blacks that would kill until their soul was satisfied if anything happened to Louis Farrakhan... if America moves on me, G-d will move on America. Try it and see." -- Interview, *Chicago Sun Times*, July 18, 1993.

"Now it is time to stand up and fight back... There are no good crackers [white people], and if you find one, kill him before he changes." -- Khalid Abdul Muhammad, Nation of Islam spokesman, in a speech at West Chester University, Pennsylvania, on February 17, 1992

"The people will burn this country to the ground.... [We] will walk up to the car where your police officers are taking a break, and blow their damn brains out... [we will kill] anything that's white, that ain't right, that's in sight." -- Khalid Abdul Muhammad in April 1986 as reported in ADL's 1990 report, *Louis Farrakhan: The Campaign to Manipulate Public Opinion*

"I personally would like everyone to know that if some fool so-called Jew, be it a government agent or a personal agent, I will not make a petty threat but you can rest assured that 430 years of fury unleashed will not be a pretty sight." -- Khalid Alif Muhammad in *The Final Call*, November 8, 1987

- 5 -

# SA-32

"If I am allowed to continue to do what God has put in my heart, we'll have the most awesome war machine that the earth has ever seen." -- From taped speech by Farrakhan, as reported in *Insight*, November 11, 1985

"We have to go to war to see whose going to rule this Earth." -- Farrakhan's speech at Madison Square Garden, New York City, October 7, 1985

"It is an act of mercy to white people that we end your world... We must end your world and bring in a new world." -- Farrakhan as quoted in the*Washington Post*, March 14, 1985

"We will put so much fire under their backsides that they will be afraid to come back where we live." -- Farrakhan as quoted in the*Philadelphia Inquirer*, January 29, 1985

"Speaking in Washington, D.C. on August 18, 1984. When Farrakhan asked the crowd what should be done with black leaders who seek Jewish support, someone shouted: 'Kill them.' Farrakhan replied: 'I didn't say it. I just seconded the motion.'" -- Associated Press dispatch published in *Newsday*, August 19, 1984

"We are at war and we never stop fighting for justice. You must have force... don't drop your gun and don't forget to squeeze." -- Farrakhan as quoted by Associated Press report on August 18, 1984

## 6. FARRAKHAN ON THE ANTI-DEFAMATION LEAGUE

"I have in my possession an internal and secret document put out by the Civil Rights Division on the Anti-Defamation League this January. I intend that all of you have a copy of this. This document reveals their strategy for dealing with Louis Farrakhan and the Nation of Islam. In this document titled, "Mainstreaming Anti-Semitism, The Legitimization of Louis Farrakhan," which I will share with black leaders, organizations, churches and others, the ADL raises the question, does Farrakhan's acceptance by the mainstream black community represent a newfound tolerance for anti-Semitism which the ADL must fight with every weapon at our disposal?"

"What do these weapons include? One of the weapons identified by the ADL and mentioned in their document, is their exploitation of 'some of the nation's top black political and civil rights leaders who have long been envious of Farrakhan's ability to reach large enthusiastic audiences.'" (February 3, 1994 News Conference in Washington, D.C.)

"The ADL has a history of spying not only on black leaders but all those leaders and organizations that have popular support, black, white, Arab, and even other Jews of whom they disapprove. The Anti-Defamation League seeks total control of the masses of Jewish people, many of who would have dialogue with us if it were not for the wicked aim and purpose of the ADL and its leadership." (ibid)

"In view of the history and the practice of the Anti-Defamation League , this organization must be considered anti-black and even anti-American." (ibid)

"The ADL seeks to promote division. They hate the Reverend Jackson and they hate Louis Farrakhan, and nothing would please them more than to be able to use him against me and me against him." (ibid)

- 6 -

# SA-33

"The aim of the ADL is to create divisions both on the outside of the nation of Islam in the black community, but more importantly within the ranks of the Nation of Islam.  They would love to use Reverend Jackson and civil rights leaders against the rising tide of black youth, and the rising tide of anger and resentment over injustice that permeates the black community.  And they would hope to produce another schism within the Nation by exalting Brother Khalid's remarks to produce a conflict, hoping that he would resist my discipline and become an enemy against his leader and teacher...

"I believe by the help of Allah that their plan is doomed to fail...False reports of my alleged defense of Brother Khalid's remarks have become so pervasive that even the Vice President of the United States of America, Mr. Al Gore, has used the power of the chief executive office to give more credence to a lie.  His response points out the possible collusion between the ADL and the United States government not only in sharing intelligence files, but also in shaping policies at the highest levels." (ibid)

"I am calling on the black community to alienate this spy organization and establish proper relationships with Jewish organizations, people and leaders who are not as self-centered, bigoted, and malicious as the ADL.  The obsession of the ADL with my destruction and the destruction of the Nation of Islam has blinded them to the terrible need in the black community for a unified programmatic approach to solving our problems and the position that I and the Nation of Islam occupy in that approach to the solution of our problems." (ibid)

"...the ADL has narrowed that definition [anti-Semitism] to mean exclusive anti-Jewish." (ibid)

"The ADL and other Zionists use the term [anti-Semitism] to stifle legitimate criticism of Zionism and the state of Israel, and the Zionist policies of the state of Israel." (ibid)

"Now, whenever the ADL and the Zionists feel that somebody is not bowing to their will, they drop that on them, anti-Semite." (ibid)

## 7.  FARRAKHAN'S THREATENING CRITICISM OF POLITICIANS, REPORTERS AND OTHERS

**(Not one to tolerate differing points of view, Farrakhan often reserves his harshest castigations for those he calls "traitors" -- black leaders that have either criticized or opposed him or who he perceives has "sold out" to white and Jewish constituencies.)**

"To the black leaders, what happened to our agreement that if we had any criticism of one another, we would call each other and go behind the door and speak frankly and candidly to one another?...I should never be called on by any of you to distance myself from my own brother." (February 3, 1994 News Conference in Washington, D.C.)

"He should pay a price... do you think the leader should sell out and then live?" -- Farrakhan speaking about New York City Clerk (now Mayor) David Dinkins in a speech at Madison Square Garden, New York City, October 7, 1985. The New York Times reported that following this statement police protection was ordered for Dinkins.

"We will tar and feather them, we will hang them from the highest limb, we will chop off their heads and roll them down the street." -- Farrakhan in a speech July 22, 1985 in Washington, D.C.

- 7 -

# SA-34

"Farrakhan has a history of threatening newsmen, and, at one time, sought to stir a crowd into doing violence against a *Chicago Daily News* reporter who had investigated the Nation of Islam, the Muslim sect headed by Farrakhan." --*New Haven Register*, May 25, 1984

"We're going to make an example of Milton Coleman. One day soon, we will punish you by death, because you are interfering with the future of our babies -- for white people and against the good of yourself and your own people. This is a fitting punishment for such dogs. We will come to power right inside this country one day soon. And the white man is not going to stop us from executing the law of God on all of you who fall under our jurisdiction." -- (Farrakhan speaking about Milton Coleman, *Washington Post* reporter, who reported Jesse Jackson's "Hymietown" remark.) -- Radio broadcast, March 11, 1984

"One day soon when... divine law is established and our nation is formed out of that law, then these traitorous acts will be punished by death." -- Farrakhan at a press conference, March 11, 1984

"In a statement aimed at black leaders whose outlook differs from that of Farrakhan: 'Every leader should be accountable at the cost of his or her life. Death should be the penalty for traitorous activity.'" -- *Charlotte Observer*, March 1984

## 8. FARRAKHAN AND THE NATION OF ISLAM'S THOUGHTS ON...

### WOMEN, FEMINISM AND WOMEN'S RIGHTS

"She, being from Him, is a little less than he but reflects totally his attributes, his characteristics. I would say succinctly that her nature is Islam -- submission to the Will of Allah... First woman must be taken from the world that has spoiled and ruined her and put in an environment that is like a sanctuary.... Once she is made new, then from her will come new young men, new young women... He (God) would be the feeder and she would be nurtured into a new thought, a new idea, a new way of thinking, a new way of eating, a new way of living." -- Farrakhan in an interview in *The Final Call*, June 5, 1992

"In a rush for a gender-free society as an ill-conceived and misguided prerequisite for women's liberation, equality between men meant no difference between men and women, including matters sexual... However, once men had been relieved of their responsibilities to the women... the cry went up over 'the feminization of poverty,' when in fact feminism had been the means by which the profiteers of postindustrial society were able to seduce both men and women to work for what one used to provide." -- From *The Final Call*, January 27, 1992

"The nation-building agenda also reinforces the organization's nationalist ideology and longstanding opposition to abortion, which both Muhammad and Farrakhan have denounced as genocidal as well as immoral." --*The Nation*, January 21, 1991

"Not surprisingly, the youthful Farrakhan constituency in each domain seems preponderantly male. On the one hand, Farrakhan's stridency and martial style have a distinctly macho appeal. On the other, women of any stratum are not likely to respond enthusiastically to his philosophy, which assigns them subordinate status in a patriarchal family, stresses childbearing and child raising as their

# SA-35

main functions and ties them to the domestic realm in a state of modified purdah." -*The Nation*, January 28, 1991

"The Honorable Elijah Muhammad taught us that the leader of the ideals of the Nation are carried in the male." -- From *The Final Call*, May 1988

## CIVIL RIGHTS

"[Farrakhan believes that] civil rights legislation has done black citizens general harm because 'women, gays, lesbians and Jews have taken advantage of civil rights laws, antidiscrimination laws, and housing laws.'" -- *The Nation*, January 28, 1991

"The Jews latched onto our civil rights movement to further their own interests." -- Farrakhan was reported in *Youngstown Reporter* (Ohio) July 28, 1984

## INTEGRATION

"We want our people in America whose parents or grandparents were descendants from slaves, to be allowed to establish a separate state or territory of their own -- either on this continent or elsewhere. We believe that our former slave masters are obligated to provide such land and that the area must be fertile and minerally rich. We believe that our former slave masters are obligated to maintain and supply our needs in this territory for the next 20 to 25 years -- until we are able to produce and supply our own needs... We believe that intermarriage or race-mixing should be prohibited." -- From a list entitled, "What the Muslims Want" that appears in every issue of *The Final Call*

"We have no hope that we can effect true reconciliation between blacks and whites in this country... the answer ultimately is going to be separation." -- Farrakhan *Washington Times*, February 27, 1990)

"Some white people are going to live...but (God) don't want them living with us. He doesn't want us mixing ourselves up with the slavemaster's children, whose time of doom has arrived."
-- Farrakhan in a radio broadcast on March 11, 1984

## ON THE U.S. GOVERNMENT

"Yes, we have a gripe with the United States government because the government used our tax dollars to spy on black leaders and organizations, to turn one against each other, to assassinate our strong spokesperson, to upset our desires for progress, to destroy our leaders...that spoke out boldly for us." (February 3, 1994 News Conference in Washington, D.C.)

## ON LIBYA

"...I took the $5 million that Khadafy loaned me and I put it in a Black bank at less interest...".
(Interviewed with the *Amsterdam News*, January 8, 19940

# SA-36

**HOMOSEXUALS**

"[Farrakhan] admonished homosexuals. 'Look at you. A man trying to be a woman. A woman trying to be a man.'" -- From a speech in Denver, Colorado, as reported in *Rocky Mountain News*, December 15, 1989

"With your state filled with homosexuals, filled with degenerates, filled with disease... With all of this going on in your state, you should welcome me like the return of Jesus Christ" -- Farrakhan in a speech in Los Angeles, California, September 14, 1985

**THE HOLOCAUST**

"You see everybody always talk about Hitler exterminating 6 million Jews. That's right. But don't nobody ever ask what did they do to Hitler? What did they do to them folks? They went in there, in Germany, the way they do everywhere they go, and they supplanted, they usurped, they turned around and a German, in his own country, would almost have to go to a Jew to get money. They had undermined the very fabric of the society..." (Khalid Abdul Mohammad, Kean College, N.J., November 29, 1993)

"A deal was struck with Hitler in the Third Reich that Jews would be brought out of Germany and settled in Palestine." -- Farrakhan in a speech at University of Pennsylvania, April 13, 1988

"Hitler aided the Jews in settling to Palestine [and] in setting up the Jewish state." -- Farrakhan (*Southern Israelite*, August 30, 1985)

"The Zionists made a deal with Adolph Hitler." -- Farrakhan (*Chicago Sun Times*, June 25, 1984)

# SA-37

## Anti-Defamation League of B'nai B'rith

**NATIONAL OFFICE**
823 United Nations Plaza, New York, NY 10017 ...............................................................(212) 490-2525
**WASHINGTON OFFICE**
1100 Connecticut Avenue, N.W. (Suite 1020), Washington, D.C. 20036 ........................(202) 452-8320

**REGIONAL OFFICES**
**ALBUQUERQUE**
215 Central Avenue, N.W., Albuquerque, NM 87102 .......................................................(505) 843-7177
**ARIZONA**
The First Interstate Tower, 3550 North Central Avenue (Suite 914),
Phoenix, AZ 85012 ...........................................................................................................(602) 274-0991
**ATLANTA (Southeast)**
3384 Peachtree Road, NE (Suite 660), Atlanta, GA 30326 .............................................(404) 262-3470
**BOSTON (New England)**
1 Lincoln Plaza, (Suite 301), Boston, MA 02111 ............................................................(617) 330-9696
**CHICAGO (Greater Chicago/Wisconsin**
309 West Washington, (Suite 750), Chicago, IL 60606 ...................................................(312) 782-5080
**CLEVELAND (Northern Ohio)**
505 Terminal Tower, Cleveland, OH 44113 ....................................................................(216) 579-9600
**COLUMBUS (Ohio/Indiana/Kentucky)**
42 East Gay St., (Suite 814), Columbus, OH 43215 ........................................................(614) 621-0601
**CONNECTICUT**
419 Whalley Avenue, New Haven, CT 06511 .................................................................(203) 787-4281
**DALLAS (Northwest Texas/Oklahoma)**
12800 Hillcrest Road (Suite 219), Dallas, TX 75230 ......................................................(214) 960-0342
**D.C. (D.C./MARYLAND)**
1100 Connecticut Avenue, N.W. (Suite 1020), Washington, D.C. 20036 ........................(202) 452-8310
**DENVER (Mountain States)**
300 South Dahlia Street (Suite 202), Denver, CO 80222 ................................................(303) 321-7177
**DETROIT (Michigan)**
4000 Town Center (Suite 420), Southfield, MI 48075-1405 ...........................................(313) 355-3730
**HOUSTON (Southwest)**
4635 Southwest Freeway (Suite 400), Houston, TX 77027 .............................................(713) 627-3490
**LOS ANGELES (Pacific Southwest)**
10495 Santa Monica Boulevard, Los Angeles, CA 90025 ...............................................(310) 446-8000
**MIAMI (Florida)**
150 SE Second Avenue (Suite 800), Miami, FL 33131 ....................................................(305) 373-6306
**MINNEAPOLIS (JCRC-ADL of Minnesota/the Dakotas)**
1111 3rd Avenue South, Minneapolis, MN 55404-1000 ..................................................(612) 338-7816
**NEW JERSEY**
741 Northfield Avenue, West Orange, NJ 07052 ............................................................(201) 669-9700
**NEW ORLEANS (South Central)**
925 Common Street (Suite 975), New Orleans, LA 70112................................................(504) 522-9534
**NEW YORK CITY (New York City, Westchester, Rockland, Putnam and Long Island)**
823 U.N. Plaza, New York, NY 10017..............................................................................(212) 490-2525
**NEW YORK STATE**
125 Wolf Rd. (Suite 504), Albany, NY 12205 .................................................................(518) 446-0038
**OMAHA (Plains States)**
333 South 132 Street, Omaha, NE 68154 .........................................................................(402) 333-1303
**ORANGE COUNTY**
2700 North Main Street (Suite 500), Santa Ana, CA 92701 ............................................(714) 973-4733
**PALM BEACH COUNTY**
The Commerce Center, 324 Datura Street (Suite 223),
West Palm Beach, FL 33401 .............................................................................................(407) 832-7144
**PHILADELPHIA (Eastern Pennsylvania/Delaware)**
230 South Broad Street, 20th Floor, Philadelphia, PA 19102 ..........................................(215) 735-4267
**SAN DIEGO**
7851 Mission Center Court (Suite 320), San Diego, CA 92108 .......................................(619) 293-3770
**SAN FERNANDO VALLEY**
22622 Vanowen Street, West Hills, CA 91307 ................................................................(818) 587-3220
**SAN FRANCISCO (Central Pacific)**
720 Market Street (Suite 800), San Francisco, CA 94102-2501 ......................................(415) 981-3500
**SEATTLE (Pacific Northwest)**
Plaza 600 Building (Suite 720), 600 Stewart Street, Seattle, WA 98101 .........................(206) 448-5349
**ST. LOUIS (Missouri/Southern Illinois)**
10926 Schuetz Road, St. Louis, MO 63146 .....................................................................(314) 432-6868
**VIRGINIA/NORTH CAROLINA**
6330 Newtown Rd. (Suite 326), Norfolk, VA 23502 .......................................................(804) 455-9002

**OVERSEAS OFFICES**
**JERUSALEM**
30 King David Street, Jerusalem, Israel 94101 ...........................................................011-972-2-251-171
**CANADA**
Cooperative Association with the League for Human Rights of Canadian B'nai B'rith
15 Hove Street (Suite 210), Downsview, Ontario, Canada, M3H 4Y8 ............................(416) 633-6227

SA-38



Anti-Defamation League, 823 United Nations Plaza, New York, NY 10017

SA-39

# Exhibit N

SA-40

Case 1:23-cv-09110-DLC    Document 72-12    Filed 01/06/24    Page 2 of 15



**Board of Directors**
*Chair*
Ben Sax

*CEO & National Director*
Jonathan A. Greenblatt

*Officers*
Nicole Mutchnik, Vice Chair
Larry Scott, Vice Chair
Andy Adelson, Treasurer
Yasmin Green, Secretary

Geraldine Acuña-Sunshine
Barry Curtiss-Lusher
Esta Gordon Epstein
Yadin Kaufmann
Alan Lazowski
Donna Levin
Glen S. Lewy
Daniel Lubetzky
Liz Price
Milton S. (Tony) Schneider
Shamina Singh
Robert Stavis
Christopher Wolf

**Leadership**
*Global Leadership Council*
Stacie Hartman, Co-Chair
Jane Saginaw, Co-Chair
*National Commission*
Steven Freeman, Co-Chair
Deb Shalom, Co-Chair

**Executive Team**
*Deputy National Director*
Kenneth Jacobson
*Senior Vice Presidents*
*Chief Growth Officer*
Frederic L. Bloch
*Democracy Initiatives*
Eileen Hershenov
*Finance & Administration*
Greg Libertiny
*International Affairs*
Sharon Nazarian
*Chief Impact Officer*
Adam Neufeld
*Talent & Knowledge*
Tom Ruderman
*Operations*
Gabrielle Savage
*National Affairs*
George Selim
*Chief of Staff & Chief Legal Officer*
Steven C. Sheinberg

**Past National Chairs**
Barbara B. Balser
Howard P. Berkowitz
Barry Curtiss-Lusher
Esta Gordon Epstein
Burton S. Levinson
Glen S. Lewy
Marvin D. Nathan
David H. Strassler
Robert G. Sugarman
Glen A. Tobias

**ADL Foundation**
Michael Sheetz, President

December 20, 2022

Shalanda Young
Director
Office of Management and Budget
Washington, D.C. 20500

Dear Director Young:

Since 1913, the mission of ADL has been to "stop the defamation of the Jewish people and to secure justice and fair treatment to all." Today, ADL is a global leader in exposing extremism, delivering anti-bias education, and monitoring and fighting the spread of hate in our communities and online. For decades, one of the most important ways in which ADL has fought against bigotry and antisemitism has been by investigating extremist threats across the ideological spectrum, including white supremacists and other far-right violent extremists, producing research to inform the public of the scope of the threat, and working with law enforcement, educators, the tech industry, and elected leaders to promote best practices that can effectively address and counter these threats.

We write to request your support in appropriating sufficient funds to help combat domestic extremism, fight antisemitism at home and abroad, prevent and address hate online and off, ensure the right to vote, and build a more just and inclusive society. Below, please find ADL's appropriations request to prioritize the following FY 2024 programs:

## HOMELAND SECURITY
1. HOMELAND SECURITY GRANT PROGRAM
2. CENTER FOR PREVENTION PROGRAMMING AND PARTNERSHIPS
3. NONPROFIT SECURITY GRANT PROGRAM
4. ONLINE RESOURCE TO PREVENT TARGETED VIOLENCE
5. ONLINE EXTREMISM INNOVATION AND RESEARCH

## COMMERCE, JUSTICE, AND SCIENCE
1. COUNTERING DOMESTIC TERRORISM
2. EXTREMISM IN LAW ENFORCEMENT
3. DOMESTIC VIOLENT EXTREMISM RESEARCH
4. IMPROVING HATE CRIMES REPORTING
5. EDUCATION, TRAINING, AND TECHNICAL SUPPORT FUNDING TO EFFECTIVELY PREVENT AND RESPOND TO HATE CRIMES
6. ADDRESSING HATE ONLINE

# SA-41

7. ONLINE HATE, HARASSMENT, AND EXTREMISM RESEARCH
8. INCREASING TRANSPARENCY & ACCOUNTABILITY FOR SOCIAL MEDIA
9. COMMUNITY RELATIONS SERVICE
10. VOTING SECTION'S ANTI-DISCRIMINATION WORK
11. UNITED AGAINST HATE INITIATIVE
12. ONLINE LITERACY PROGRAMS

**DEFENSE**
1. EXTREMISTS IN THE MILITARY

**STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS**
1. COUNTERING GLOBAL WHITE SUPREMACIST EXTREMISM
2. OFFICES OF THE SPECIAL ENVOY TO MONITOR AND COMBAT ANTI-SEMITISM AND SPECIAL ENVOY FOR HOLOCAUST ISSUES
3. INTERNATIONAL CENTER FOR RESEARCH ON THE INFORMATION ENVIRONMENT
4. SUPPORTING ISRAEL'S NORMALIZATION EFFORTS

**INTERIOR, ENVIRONMENT AND RELATED AGENCIES**

1. NEVER AGAIN EDUCATION ACT
2. NATIONAL ENDOWMENT FOR HUMANITIES AND NATIONAL ENDOWMENT FOR THE ARTS

**FINANCIAL SERVICES AND GENERAL GOVERNMENT**

1. INVESTIGATING THE FINANCING OF DOMESTIC EXTREMISM
2. ANTISEMITISM EDUCATION AND TRAINING FOR GOVERNMENT EMPLOYEES

**LABOR, HEALTH AND HUMAN SERVICES, EDUCATION, AND RELATED AGENCIES**

1. SUPPORT EDUCATIONAL INSTITUTIONS IN RESPONDING TO AND RECOVERING FROM HATE
2. UNITED WE SERVE
3. ONLINE LITERACY RESEARCH
4. COMBAT ANTISEMITISM ON COLLEGE AND UNIVERSITY CAMPUSES

SA-42

**HOMELAND SECURITY**

1. HOMELAND SECURITY GRANT PROGRAM

In the aftermath of the January 6th insurrection, ADL created the PROTECT Plan – a comprehensive, bipartisan approach to mitigate the threat of domestic terrorism while protecting civil rights and liberties. As part of the PROTECT plan, ADL recommends measures to ensure Congress resources to the threats. Homeland Security Secretary Mayorkas made fighting domestic violent extremism a "National Priority Area." In FY 2021, for the first time, DHS declared Domestic Violent Extremism a National Priority Area, allowing states and local governments applying for the State Homeland Security Program (SHSP) and Urban Area Security Initiative (UASI) grant programs to avail themselves of a $77 million grant funding set aside to address related threats, 7.5 percent of the total awards. These resources are critical for states to create efforts to address the domestic violent extremist threat, a threat that is not a one-year threat, but ongoing and constantly evolving, and will require continuous funds. **ADL asks that the Homeland Security Grant program be sufficiently funded in FY 2024, that no less than $77 million be set aside for combating domestic violent extremism, including threats stemming from misogynist extremists on and offline.**

2. CENTER FOR PREVENTION PROGRAMS AND PARTNERSHIPS

As part of the PROTECT plan, ADL recommends that Congress increase prevention measures to address violent extremist radicalization and recruitment. The Center for Prevention Programming and Partnerships (CP3) funds grants for community initiatives oriented around resilience that can prevent extremist conspiracies from taking hold in our communities and off-ramp individuals before they choose violence. It is the only federal grant program dedicated to enhancing prevention capabilities in local communities. But this community resilience approach to preventing terrorism has been chronically under-funded. These grants are integral for better understanding the extremist landscape and developing responsible, innovative prevention efforts to combat emerging and complex threats from extremists offline and online—social media platforms and online multiplayer games alike—including from white supremacists, antisemites, and misogynists.

In 2016, the Homeland Security Advisory Council recommended funding the predecessor of CP3 at $100 million per year, prior to the current spike in domestic terrorism that led the intelligence and law enforcement community to refer to domestic terrorism as the most significant terrorist threat in our homeland. And peacebuilding experts studying violence trends in the United States have suggested that CP3 be funded at $200 million. **ADL requests $200 million for the Center for Prevention Programs and Partnerships grant program in FY 2024 to develop programs that would help mitigate against the complicated and evolving threat environment, in addition to robust program evaluation funds to ensure funded programs are adequately evaluated.**

At the same time, CP3 requires reform. Further funding should be allocated toward increasing transparency, improving program evaluation, and developing an approach that focuses on increasing funding to civil society and other nongovernmental organizations. A law enforcement-only approach centered on investigations and prosecutions is insufficient to address the challenge of radicalization leading to violence; therefore, buttressing funding to nongovernmental partners would promote the more effective multidisciplinary approach that the CP3 has adopted. Enhanced transparency promoting evidence-based solutions learned from the current grant program will

3

further lower the barriers to entry for civil and non-governmental groups in conjunction with steering them to promising practices ready for replication.

**ADL requests that the Administration address the need for transparency, oversight, community engagement, and measures of effectiveness for CP3. In accomplishing this and scaling the program, ADL recommends the Department of Homeland Security study whether some grants should be administered by other departments, such as the Department of Health and Human Services or the Department of Education, and potentially whether grants should be consolidated into a small number of larger grantees to provide sub-grants to local projects while distancing the program from security officials.**

3.  NON-PROFIT SECURITY GRANT PROGRAM

For the past decade, funding assistance from federal, state, and local governments has provided crucial support for security hardening and enhancements for our nation's non-profit institutions, including religious institutions. This responds to the continuing targeting by violent extremists of synagogues, mosques, churches, temples and other houses of worship and religious gathering places – a threat that was once again brought into stark relief by the horrific hostage-taking at Congregation Beth Israel synagogue in Colleyville, Texas on January 15, 2022.

The Non-Profit Security Grant Program (NSGP) provides non-profits with the capacity to increase their defense against these threats, including physical security and cybersecurity capacity and coordination. In FY 2022, Congress appropriated $250 million for the NSGP – a notable increase from the FY 2021 level. The President's FY 2023 budget request includes $360 million for this program and both the House and Senate FY 2024 bills include an appropriation at this level.

Unfortunately, despite these generous increases in the NSGP program, as extremism threats continue to rise, the need continues to be greater than the resources provided, as outlined in the President's budget request. For the FY 2022 grants, nearly $450 million in grant applications were received for this program. At a time of increased vulnerability to threats of hate-motivated violence by domestic extremists, the Administration should significantly increase funding for non-profit religious institutions and other non-profit organizations that government and law enforcement authorities objectively determine are at high risk of attack. In assessing the risk, officials should consider objective factors such as prior attacks against similarly situated institutions or organizations, and the vulnerability and financial needs of the specific institution. Officials should also consider how and what criteria for "terroristic threats" is and should be included by NGOs when they are assessing such threats for their applications. For example, the current inclusions are relatively narrow and could potentially leave out some nuanced, yet pervasive, extremist threats that are strongly influenced by white supremacy, antisemitism, or misogyny. And finally, these programs should seek to promote equity by expanding the reach of the grant to more communities affected by security threats and experiencing other vulnerabilities.

**ADL requests increased funding of the Non-Profit Security Grant Program at $500 million.**

**ADL requests $25 million for FEMA operations and support for the Non-Profit Security Grant Program to stay in line with the administrative needs of the expanded programs.**

4

## SA-44

4.  ONLINE RESOURCE TO PREVENT TARGETED VIOLENCE

As part of the PROTECT plan, ADL recommends that Congress make resource investments that adapt to the threat from domestic extremists, which is severe – and growing. The majority of violence committed against Americans by extremists is now homegrown, and we must reorient our counterterrorism capabilities.

**ADL requests that resources be provided to support the requests outlined for the United We Stand Summit, including the launch of an online resource finder for federal content to prevent targeted violence in support of the 2021 National Strategy for Countering Domestic Terrorism. This website will serve as a resource center for diverse institutional, governmental, and organizational users who require access to federal grants, program guidance, information sharing platforms, research, training, and community support efforts related to preventing targeted violence, including hate-based targeted violence.**

5.  SCIENCE AND TECHNOLOGY EXTREMISM RESEARCH

In 2021, ADL announced its REPAIR plan to push hate, harassment, and extremism back to the fringes of the digital world. Like ADL's PROTECT plan, parts of the REPAIR strategy can be pursued via Homeland Security appropriations, including funding to support much-needed research to better understand and responsibly mitigate online extremism and innovative approaches to address it.

Unfortunately, online hate, harassment, and extremism have become all too commonplace online. To help understand and in turn mitigate these threats, the Department of Homeland Security's Office of Science and Technology (S&T) funds innovative startup technology to advance the terrorism prevention market, a portion of which could be directed specifically to online extremism and/or the misogyny-extremism nexus. S&T also funds research of this nature. Despite steps from the White House to recognize and counter this threat, including the establishment of and encouraging work by the Task Force to Address Online Harassment and Abuse, there remains a need for empirical research about how the spread of extremist content and extremist activities online, especially that which is white supremacist, antisemitic, or misogynistic, impacts on the ground violence or crime.

Further, ADL was disturbed to see reports of DHS blocking research on domestic extremism. This research is critical to understanding the threat and how to address it.

**ADL requests an additional $25 million in funding for these Office of Science and Technology programs and S&T research on related topics, specifically directed toward addressing domestic violent extremism.**

**ADL requests that OMB work with DHS to release existing research funding and consider ways to expand funding resources for domestic extremism researchers.**

# SA-45

## COMMERCE, JUSTICE, AND SCIENCE

1. COUNTERING DOMESTIC TERRORISM

As part of the PROTECT plan, ADL recommends that Congress make resource investments that adapt to the threat from domestic extremists, which is severe – and growing. The majority of violence committed against Americans by extremists is now homegrown, and we must reorient our counterterrorism capabilities.

Had it passed, the Domestic Terrorism Prevention Act (DTPA) would have ensured resources were used based on the threat of a terrorist movement. In light of the DTPA's failure to progress to passage, the Administration should work to ensure that transparency, oversight, personnel for domestic terrorism offices, and training opportunities for state and local partners are funded as if the bill had passed.

In a promising development, on January 11, 2022, the Department of Justice announced the creation of a new Domestic Terrorism Unit within the National Security Division to "focus on the domestic terrorism threat, helping to ensure that these cases are properly handled and effectively coordinated across DOJ and around the country." ADL applauds this new initiative, though notes that DOJ did not request funding specifically for the offices, and therefore ADL encourages the Department to ensure that it has appropriate budget and staffing to be successful, while ensuring robust protections for civil liberties.

**ADL supported the President's FY23 budget request of an additional $33 million for the FBI to increase capacity to conduct domestic terrorism investigations and urges the inclusion of this funding in the FY24 request. In addition, ADL requests OMB continue to enhance resources devoted to countering domestic terrorism.**

**ADL also requests that executive action reflect the need for transparency and threat-proportionate resource allocations.**

2. EXTREMISM IN LAW ENFORCEMENT

As part of the PROTECT plan, ADL urges Congress and the Administration to recognize and address the fact that some public safety officers are extremists, as evidenced by the participation of active law enforcement personnel in the insurrection of January 6, 2021. Additionally, FBI assessments dating back more than 15 years, among other sources, have noted that such extremists seek out positions in law enforcement and work to recruit law enforcement personnel into their ranks in order to gain access to sensitive security-related information as well as tactical knowledge and training. The consequences of this infiltration are potentially severe, ranging from deterioration of police-community relations to destruction, conflict, and death resulting from extremist officers' activities.

**ADL asks that OMB support improved security clearance policies, procedures, and trainings to ensure that individuals whose possible adherence to violent extremist ideologies raise questions about their judgment or trustworthiness do not have security clearances.**

**ADL requests that the Department of Justice provide the highest priority to Community Oriented Policing Services (COPS) program applicants and law enforcement agencies that request support for screening applicants and personnel for persistent racism and/or violent extremist ideologies or affiliations, and further to prioritize COPS grants to program applicants and law enforcement agencies that require their employees to complete training on extremism.**

3.   DOMESTIC VIOLENT EXTREMISM RESEARCH

As part of the PROTECT plan, ADL recommends increased investment in federal research to study ways to close the gap in our ability to prevent domestic extremism that will otherwise endure as an increasingly dangerous and destabilizing force in American communities. As domestic violent extremism is on the rise – and already at an impactful level – we must expand the government's knowledge, and that of the general public, on the threat and best practices to counter it. Data should drive policy. The National Institute of Justice (NIJ) performs essential research on violent extremist radicalization and best practices and methods to counter it, the Bureau of Justice Statistics is in a position to collect and analyze data to better understand the context around the issues, and the Office of Justice Programs is well-suited to coordinate various complementary efforts throughout the offices it oversees. In FY 2022, Congress included no less than $6 million to be directed to NIJ for domestic radicalization research. While this is a good step, this funding still falls far short of what is needed for comprehensive research into these complex threats from extremists offline and online—social media platforms and online multiplayer games alike—including from white supremacists, antisemites, and misogynists.

Further, FY 2022 appropriations provided NIJ with $500,000 in funds specifically to support a feasibility study of the potential for an independent clearinghouse for online extremist content. NIJ has not publicized the status of this research.

**ADL requests $20 million above current levels – approximately $26 million total – to the Office of Justice Programs, dedicated specifically to research and data related to domestic violent extremism issues.**

4.   IMPROVING HATE CRIMES REPORTING

Fighting hate crime is a critical task, especially now that antisemitism, anti-Asian American violence, and other forms of racism and bigotry are at all-time high levels. We are alarmed that the Federal Bureau of Investigation (FBI) hate crime statistics for 2021 convey the lowest participation from cities and states in two decades. At a time when communities across the country are feeling increasingly vulnerable to bias-motivated crimes and extremist-fueled attacks, critical funding at the highest level is required to combat hate-motivated violence as you work to craft the FY2024 budget to prioritize addressing bias-based crimes and resolving the alarming gaps in data collection and reporting.

Even with huge swaths of data from some of the largest jurisdictions in the country missing, the 2021 report was extremely alarming. A total of 7,262 hate crime incidents were reported across the country in 2021, the third-highest number in a decade. The ADL's 2021 report found a significant increase in right-wing extremist related terrorist plots/attacks and distribution of white supremist propaganda.

## SA-47

One of the biggest impediments to developing a complete picture of the scope and nature of hate crimes in this country – and therefore having the ability to design and implement a fulsome response – is the lack of comprehensive and reliable data. This is not a new problem – the FBI has struggled to collect and compile accurate data on hate crimes since the enactment of the Hate Crime Statistics Act in 1990. There are concerning signs that the problem may be getting worse. According to data from the FBI, there has been a consistent decline in the number of law enforcement agencies participating in the federal hate crime reporting program since 2018. Furthermore, even among agencies that are in theory participating in the program, far too many report zero hate crimes, raising concerns about the accuracy of the numbers. In 2020, 10 cities with a population over 100,000 did not report any data and 59 cities with a population over 100,000 reported zero hate crimes.

To resolve the huge swaths of missing data from some of the largest jurisdictions in the country, critical attention and funding is required. The Jabara-Heyer NO HATE Act, enacted in 2021 as part of the COVID-19 Hate Crimes Act, contains key provisions to help improve hate crime data collection and reporting, including authorizing grants to promote hate crime training, prevention, best practices, and data collection initiatives; assistance to law enforcement agencies in implementing the National Incident-Based Reporting System (NIBRS) crime data reporting system; and grants to develop state hate crime reporting hotlines to refer individuals to local law enforcement and support services. Congress appropriated $5 million in FY 2022 to implement the grants created by this legislation. For FY23, the House bill includes $15 million for these grants and the Senate bill appropriates $10 million for this purpose.

**ADL requests that the Administration fully fund the grant programs authorized by the COVID-19 Hate Crimes Act at no less than $20 million to support state and local efforts to implement the National Incident-Based Reporting System, create hate crime reporting hotlines, and train officers and develop protocols for identifying, investigating, and reporting hate crimes.**

**ADL urges the Administration to ensure the FBI conducts outreach and provides technical assistance to law enforcement agencies that have not consistently reported hate crimes data, with particular attention to small agencies with the fewest resources for administrative management and data analysis. In addition, the Department should continue to ask State, local, and tribal law enforcement agencies to include the cost of participation in the FBI's HCSA program for the purposes of calculating extraordinary expenses associated with the investigation and prosecution of hate crimes under Public Law 111–84, section 4704(b)(3).**

5.  EDUCATION, TRAINING, AND TECHNICAL SUPPORT FUNDING TO
     EFFECTIVELY PREVENT AND RESPOND TO HATE CRIMES

Since the enactment of the Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act in 2009, the federal government has provided crucial support to state and local efforts to raise community awareness about hate crimes, provide robust and culturally-appropriate training for law enforcement, and ensure appropriate investigations and prosecutions of hate crimes. During this time of historically high rates of hate crimes – particularly those targeting the AAPI community – this support remains vital to local efforts to effectively prevent and respond to bias and hate motivated attacks. This program was funded at $13 million in FY 2022.

## SA-48

**ADL requests $100 million for grants to State, local, and tribal law enforcement agencies to conduct educational outreach and training on hate crimes and to investigate and prosecute hate crimes, as authorized by section 4704 of the Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act (Public Law 111–84).**

**ADL also requests $30 million for grants to support community-based approaches to preventing hate crimes through conflict resolution and community empowerment and education, which was included in the FY 2023 House appropriations bill. While Congress ultimately appropriated $5 million of this funding in FY 2022, that amount falls far short of the need.**

**ADL supports the President's FY 2023 budget request for an additional $5.8 million for the Civil Rights Division to increase capacity to enforce civil rights statutes and address hate and bias in in the areas of education, employment, housing, policing, public accommodations, and access to federally funded programs and urges the inclusion of this funding in the FY 2024 request.**

6.  ADDRESSING HATE ONLINE

One urgent aspect of hate crimes is the proliferation of hate and harassment online. ADL's Center for Technology and Society (CTS) conducts an annual survey to assess bias-motivated online harassment and, in 2022, found disturbing results. Overall, the survey revealed that 2 in 5 Americans (40 percent) experienced some type of online harassment in the course of their lives, with 1 in 10 (12 percent) having experienced severe types of harassment—defined as including physical threats, sustained harassment, stalking, sexual harassment, doxing, and/or swatting—in the past 12 months. Data from the same survey also shows that marginalized or minoritized identity groups—including Jews, women, people of color, and LGBTQ+ people—experience hate-based online harassment (i.e., targeted attacks or abuse of marginalized people because of their race, ethnicity, religion, gender, sexuality, physical appearance, identity, or disability) at disproportionately high levels. According to the study, 65 percent of people from these groups who experienced online harassment reported being targeted for an aspect of their identity, compared to 38 percent of people from non-marginalized groups. Moreover, in addition to severe harassment for historically marginalized groups being higher, these groups also experienced higher rates of online stalking (12 percent vs. 6 percent) and sexual harassment (12 percent vs. 5 percent).

In addition, the study revealed identity-specific differences in the incidences of harassment, its growth trend, and the type of abuse endured. In particular:

- LGBTQ+ people are more likely than any other marginalized group to experience online harassment. Specifically, 66 percent of LGBTQ+ users surveyed experienced harassment compared to 38 percent of non-LGBTQ+ users with 1 in 2 (53 percent) attributing the targeting to their sexual orientation.
- Asian Americans reported the most significant increase in online harassment in the last two years (from 11 percent in 2020 to 39 percent in 2022), tracking closely with the rise in anti-Asian incidents offline. Further, 62 percent attributed the harassment to their physical appearance and 53 percent to their race or ethnicity, compared to 34 percent and 23 percent of non-Asian Americans.

9

## SA-49

- Women were more than twice as likely to report ever experiencing sexual harassment online as men were (14 percent vs. 5 percent), with 2 in 5 attributing the harassment to their gender (vs. 1 in 7 of men). The intersectionality matrix also seems to be at play, with 81 percent of non-white women attributing being harassed to aspects of their identity (vs. 61 percent of white women).
- Although Jewish respondents experienced online harassment at similar rates as non-Jews, they were more likely to attribute harassment to their religion (37 percent vs. 14 percent).

For the first time, ADL surveyed youth aged 13-17 about their experiences of hate and harassment online and found that nearly half (47 percent) reported experiencing harassment and a quarter experienced severe harassment including physical threats, sustained harassment, stalking, sexual harassment, doxing, and swatting. The survey also underscored how youth–especially marginalized–are at particular risk of experiencing online harassment across all platforms. Nearly half of respondents (47 percent) ages 13-17 experienced online harassment at some point in their lives, with one-fourth (25 percent) experiencing severe harassment.

An overwhelming majority of respondents of the survey who experienced harassment said that the abuse happened on Facebook (68 percent), with Instagram (26 percent), Twitter (23 percent), and YouTube (20 percent) following far behind. Similar trends were also observed in the last 12 months. Notably, Facebook's primacy holds even when accounting for the proportion of platform users compared to the proportion of those who reported harassment on the platform.

CTS also conducts an annual survey to assess hate and harassment in online multiplayer games. For the third consecutive year, ADL's survey found that harassment experienced by adult gamers increased and remains at alarmingly high levels, while the new research on the experience of teens also raises significant concerns. In 2021, 83 percent of adults ages 18-45 experienced harassment in online multiplayer games—representing over 80 million adult gamers. Alarmingly, 71 percent of adult online multiplayer gamers experienced severe abuse, including physical threats, stalking, and sustained harassment. 60 percent of young people ages 13-17 experienced harassment in online multiplayer games—representing nearly 14 million young gamers. The survey found that the largest increase in identity-based harassment occurred among adult respondents who identified as women (49 percent in 2021, compared to 41 percent in 2020), Black or African American (42 percent in 2021, compared to 31 percent in 2020), and Asian American (38 percent in 2021, compared to 26 percent in 2020). It is worth noting that although there was no statistically significant change in identity-based harassment of adult LGBTQ+ players (38 percent in 2021 versus 37 percent in 2020), the number is still of concern.

Despite evidence from civil society about the increasing problem of hate online, the FBI's efforts to collect data on these crimes has fallen short. There is very little data available through the data collected pursuant to the Hate Crime Statistics Act about hate crimes facilitated by the internet to allow policymakers, technology companies, and impacted communities to develop effective policy solutions to address them.

The Violence Against Women Act Reauthorization Act of 2022, enacted as part of the Consolidated Appropriations Act of 2022, authorized two new federal grant programs to improve the response to cybercrimes against individuals, including hate and bias-motivated offenses. The first authorizes a grant program to provide funding to states, Indian Tribes, and units of local government for the prevention, enforcement, and prosecution of cybercrimes against individuals. The second authorizes

10

## SA-50

a grant program to establish and maintain a National Resource Center on Cybercrimes Against Individuals, which would "provide resource information, training, and technical assistance to improve the capacity of individuals, organizations, governmental entities, and communities to prevent, enforce, and prosecute cybercrimes against individuals."

**ADL requests that both grant programs receive funding. First, ADL requests the grant program provide funding for the prevention, enforcement, and prosecution of cybercrimes against individuals be fully funded at the authorized level of $10 million. Second, ADL requests that $4 million be provided to establish the National Resource Center on Cybercrimes Against Individuals.**

7.  ONLINE HATE, HARASSMENT, AND EXTREMISM RESEARCH

In 2021, ADL announced its REPAIR plan to push hate, harassment, and extremism back to the fringes of the digital world. Like ADL's PROTECT plan, parts of the REPAIR strategy can be pursued via federal funding, including funding to support much-needed research to better understand and responsibly mitigate online hate and extremism.

*Tools and Services to Protect Against and Respond to Online Hate:* For example, users, especially those who have been or are likely to be targeted by online hate, harassment, or extremism, rely on private technology companies to provide them with tools and services to defend themselves from online hate and harassment. However, there is insufficient data to understand whether such services are effective. Research is needed that evaluates platforms' available tools and assesses users' needs, including a gap analysis of available tools and services.

*Product Design:* Additionally, in addressing hate, harassment, and extremism on digital social platforms, much of the emphasis has been on the role of platform policy. While this is necessary, it is not sufficient. Government actors do not have a solid understanding of the role product design plays in exacerbating and normalizing hate, harassment, and extremism online. Government agencies should support research into how product design and implementation amplify and encourage the spread of hate, harassment, and extremism. The federal government should also commission a third-party audit of product systems related to product design as a means to hold technology companies accountable in terms of whether they are implementing anti-hate by design to address online abuse.

*Surveillance Advertising:* Tech companies' fundamental business model—surveillance advertising—maximizes profits because the astronomical amount of data collected on every user enables platforms to target them with the content and recommendations best designed to keep those users engaged on the platform for as long as possible in order to serve them with as many ads as possible. To do that, social media companies constantly track users' online behavior (on and off an individual platform), collect their data, and feed it to algorithms that are optimized to recommend engaging content that will make them click, like, comment on, and share. The longer users spend online and the more engaged they are, the more data social media companies can collect to predict what content will engage those users even more. Then, social media companies serve that content to those users, and sweep up even more data in order to recommend more and better-targeted ads to those same users. This is a self-perpetuating loop. Increasing engagement on social media platforms for the purpose of making more and more ad revenue, no matter the societal cost, is the overarching goal toward which platform function is designed. It remains the most important metric of success

11