## SA-51

for these companies. Whether the platforms intentionally designed their algorithms to inflame hateful content is not the point. Once the goal of maximizing engagement above all else is decided upon and coded into the algorithm, and is not materially changed or stopped, then the consequences described here are inevitable. Without interventions from a number of sources, including adoption of the rule at issue here, these consequences will only get worse. It is important that the federal government contribute to the growing body of research regarding this practice to better understand and appropriately mitigate this harmful practice. Continued research on this issue is needed from both outside experts and government bodies to understand the harms associated with targeted advertising to support and influence legislative, regulatory, and policy solutions.

*Algorithmic Discrimination & Harms:* The federal government should invest in research to better understand how algorithmic processes discriminate on the basis of protected characteristics. There should also be research into and development of best practices to mitigate systemic risks from algorithmic amplification of problematic content, including the dissemination of illegal content or goods as well as the facilitation of illegal activity, negative effects on rights established by the U.S. Constitution, discrimination based on a protected class, any malfunctioning or intentional manipulation of platform services, including the amplification of illegal content, content in breach of community standards or any other content with an actual or foreseeable negative effect on the protection of public health, minors, civic discourse, electoral processes and public security.

*Online Harassment:* Over the past year, ADL was alarmed by antisemitic attempts to pinpoint and disrupt local Jewish networks. In one case, a designated terrorist organization and state-sponsored news agency even endorsed such efforts. This activity understandably reignited concerns about doxing, a type of online harassment in which someone broadcasts private or identifying information about an individual, group or organization online to incite harassment.

ADL research has shown that acts of online harassment and digital abuse, like doxing, disproportionately impact vulnerable communities. For example, ADL's 2022 Online Hate and Harassment survey revealed that marginalized communities, especially the LGBTQ+ community, experience doxing at over twice the average national rate. It also found that nearly a quarter of Jewish respondents experienced severe harassment online which includes doxing. In the same survey, 89 percent of respondents favored enacting laws to prevent doxing.

ADL supports additional research, analysis, and awareness of how cyber harassment, including doxing, is used by nefarious actors such as terrorists and foreign malicious actors. ADL supports steps like these taken with the intent to educate and protect vulnerable communities that are disproportionately at risk of such attacks. **ADL supports designating $20 million for research to inform federal policy to combat online hate, harassment, and extremism.**

## 8.   INCREASING TRANSPARENCY & ACCOUNTABILITY FOR SOCIAL MEDIA

In an effort to stop the spread of hateful, racist, and extremist online activity and content, as well as stymie the flow of disinformation, it is vital that the public and policymakers alike have a better understanding of how social media platforms are protecting their users. Current transparency reports on how social media companies are policing their platforms are often inconsistent and confusing, misleading consumers and investors alike. That is why the federal government must champion policies that promote transparency and accountability.

## SA-52

ADL surveys have underscored public support for policies that promote accountability and transparency in online social spaces including social media platforms and online multiplayer games. For instance, recent ADL surveys have found that more than 3 out of 4 respondents think that online platforms should be doing more to counter hate online and that laws need to be strengthened to hold platforms accountable for online hate and harassment (78 percent and 77 percent respectively). They also found that more than half (59 percent) of adult gamers believe that laws need to be created to increase transparency around how game companies address hate, harassment, and extremism.

The federal government should invest resources in and build off of current initiatives to enhance transparency and accountability of social media platforms for the harms that they facilitate. For instance, studies, commissions, or other measures can be funded in order to develop comprehensive transparency framework for platforms on content moderation, recommender systems, digital ads, high-reach content, internal research, and other information identified like that described in H.R. 6796, *the Digital Services and Oversight Safety Act.*

**ADL supports designating robust funds to develop transparency frameworks in an effort to combat online harms. ADL requests up to $10 million for the federal government to enhance current initiatives to promote transparency and accountability of social media platforms. The objective of such investment should be to develop a comprehensive transparency framework for platforms on content moderation, recommender systems, digital ads, high-reach content, internal research, and other information.**

9.  COMMUNITY RELATIONS SERVICE

The Department of Justice's Community Relations Service (CRS) saves lives and preserves community cohesion and must be taken to scale to meet increased demand resulting from COVID-19-related hate crimes targeting the Asian-American Pacific Islander community, and other increases in discrimination and hate.

CRS provides facilitation, mediation, training, and consultation services that improve communities' abilities to problem solve and build capacity to prevent and respond to conflict, tension, and hate crimes based on race, color, national origin, gender, gender identity, sexual orientation, religion, and disability.

CRS's efforts are both symbolically important and practically effective. For example, after a gunman killed a worshipper and wounded three others at the Chabad of Poway, CA, on April 27, 2019 – exactly six months after the shooting at the Tree of Life Synagogue in Pittsburgh – members of the surrounding community asked CRS to help reestablish community safety and rebuild residents' confidence that they could safely attend religious services. Within days of the shooting, CRS brought the local U.S. Attorney's Office together with leaders of local faith communities to assess tensions, identify concerns, and share best practices for addressing hate crimes and protecting religious institutions. CRS served as a liaison between community stakeholders and the state and federal agencies involved in investigating the shooting. CRS also worked with stakeholders to convene continuing conversations, including a Bias Incidents and Hate Crimes forum held by an interfaith coalition of San Diego-area religious communities, and an August 2019 training that

13

## SA-53

brought the U.S. Attorney's Office back together with faith community leaders to build capacity to prevent and respond to hate crimes. In FY 2022, Congress appropriated $21 million and the President's FY 2023 budget request included $25 million for CRS.

**ADL supports increased funding for the Community Relations Service at $40 million to ensure availability of crucial services to more communities in need.**

   10. CIVIL RIGHTS DIVISION'S VOTING SECTION

Before, during, and after the 2020 Presidential Election, disinformation about threats to election security and integrity spread widely, and in significant part due to some political figures' repeated public critiques of normal procedures such as mail voting and of extraordinary measures undertaken to avoid COVID-19-related perils, including proactive mailing of mail ballot applications and expansion of early voting hours and periods. Election administrators, federal and international experts at agencies like the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency, and independent audits of paper records of votes cast have all affirmed that election results were valid, and no significant or widespread fraud or irregularities occurred. Nonetheless, according to the Brennan Center for Justice, since the beginning of 2021, 21 states have passed at least 42 restrictive voting laws. These measures take direct aim at aspects of the voting process that disproportionately affect voters of color. Preserving equal access to elections in 2022 and beyond will depend upon the strength and readiness of the most capable and expert voting rights prosecutor in the nation, the Civil Rights Division's Voting Section.

The Voting Section requires expanded capacity to respond to the many states and localities that already have adopted discriminatory voting restrictions or are poised to do so. For example, Georgia enacted a law expanding voter identification requirements, which BIPOC voters are disproportionately likely to be unable to meet and to perceive as a barrier to voting; the bill also makes it a crime to approach voters waiting in line to give them food or water and restricts the use of ballot drop boxes for mail voters. Another example is Iowa, which enacted a bill that shortens the state's early voting period and polling place hours and restricts the use of satellite voting sites, all flexibilities that have proven particularly important to the state's growing population of young Latino voters, according to LULAC Iowa Political Director Joe Henry.

In FY 2022, Congress directed the Department to "prioritize resources to enforce the civil provisions of Federal laws that protect the right to vote."

**ADL requests an additional $5 million for the Civil Rights Division for additional attorney positions in the Voting Section to conduct Voting Rights Act enforcement activities.**

**ADL also supports an additional $6 million for the Civil Rights Division to increase capacity for activities focused on reinforcing democratic institutions to bolster voting rights, educational opportunities, and ensure constitutional policing and urges inclusion of this funding in the FY 2024 request.**

   11. UNITED AGAINST HATE INITIATIVE

The Department's United Against Hate initiative is vital to strengthening relationships between communities and law enforcement to build trust and encourage the reporting of hate crimes and hate incidents. ADL welcomes the recent expansion of this program and recognizes the importance of

SA-54

# Exhibit N-1

## SA-55

and need for convening local forums that connect community groups to federal, state, and local law enforcement to increase community understanding and reporting of hate crimes; building trust between law enforcement and communities; and creating and strengthening alliances between law enforcement and other government partners and groups to combat hate.

**After the successful piloting of the program in the U.S. Attorney's Offices for Massachusetts, New Jersey, and the Eastern District of Washington, ADL requests that OMB fully fund the expansion of this initiative to any remaining U.S. Attorney's Offices.**

12. ONLINE LITERACY PROGRAMS

Online hate and extremism have increased dramatically in recent years, and the consequences have included violent attacks and serious harm. Online literacy skills have become essential for individuals to successfully navigate and critically assess the ever-increasing amount of information they receive online, and especially on social media, throughout their day. Improved information literacy to advance resilience against online attempts to foment hate-motivated violence is one crucial way to creating a safer and more inclusive world, on and offline.

**ADL requests funding, in accordance with the United We Stand Summit priorities, for the National Telecommunications and Information Administration to assist states, Tribal entities, and U.S. territories as they develop programs to improve digital literacy and online skills. These programs include strategies for improving Americans' ability to locate, evaluate, and effectively use information online. ADL requests that NTIA be provided an additional $5 million for online literacy programming directed specifically at online literacy related to hate-fueled violence, such as antisemitic or white supremacist conspiracy theories.**

## **DEFENSE**

1. EXTREMISTS IN THE MILITARY

As part of the PROTECT plan, ADL is concerned about domestic extremists occupying positions in public service and the severe danger they pose to those around them and to the entire nation. The U.S. military is the largest such institution, with more than two million active duty and reserve personnel currently serving in the various branches. Once enlisted, extremists in military service detract from order, discipline, and morale within the ranks by fostering environments in which BIPOC personnel and members of other minority groups do not feel valued or safe. They may become insider threats who use their authorized access to Department facilities to harm the Services or nation. Active duty and retired Service members were among those who entered the Capitol on January 6, and their involvement was one of the reasons that the Secretary called for a stand-down in February 2021 to address extremism in the Services.

Based on our longstanding work in this area, ADL estimates that while the number of extremists in the military is small compared to the total number of men and women serving, even small numbers of unchecked extremists in the ranks can cause harm and problems far disproportionate to their number, including: physical injury to service members and/or civilians; theft of military equipment;

## SA-56

security breaches; harm to morale, unit cohesion, and personnel retention; and loss of reputation that detracts from mission success.

There is significant evidence that servicemembers today are encountering extremist personnel and that serious negative consequences will continue to result. Thankfully, Secretary Austin ordered a review to explore options for discovering and mitigating the threat of extremists in the ranks, and while the findings on this effort showed many efforts underway, few were completed, nor were outcomes reported on. Unfortunately, the Countering Extremist Activities Working Group (CEAWG) was disbanded after its interim report was released.

**ADL asks that the Administration support full implementation of the Department's Countering Extremist Activities Working Group (CEAWG) December 2021 report, including but not limited to improved screening for domestic extremists at recruitment and enlistment.**

**ADL also asks that the Administration improve security clearance policies, procedures, and trainings to ensure that individuals who adhere to extremist ideologies do not have security clearances, including directing the Department to report on its progress in developing these improved policies, procedures, and trainings.**

## STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS

1. COUNTERING GLOBAL WHITE SUPREMACIST EXTREMISM

As part of the PROTECT plan, ADL supports the Department of State's nascent efforts to counter "Racially and Ethnically Motivated Violent Extremism (REMVE)" and supports further efforts to shepherd in a new era of capabilities to counter white supremacy globally. White supremacy and other forms of domestic terrorism are clear threats domestically, but many of those threats have overseas counterparts with whom they coordinate or inspire. The Department's multilateral coordination and best practices can serve as a cost-effective way to catalyze global efforts to mitigate the threat; by providing startup-funding for community resilience non-profits, facilitating best practices for policymakers, and creating best practices and training for prosecutors and terrorism prevention practitioners, a new era of capabilities can be launched.

**ADL requests that the State Department's Bureau of Counterterrorism receive additional funding specific to REMVE-related efforts, including dedicated funding for donations to the Global Counterterrorism Forum ($2 million), Hedayah ($800,000), the International Institute for Justice and Rule of Law ($800,000), and the Global Community Engagement and Resilience Fund ($12 million) to build counter-REMVE capacity.**

Additionally, the Department of State's Global Engagement Center (GEC) creates and supports critical efforts to counter malign propaganda, such as that of ISIS, Al Qaeda, Iran, and Russia. In light of the threat of the rise of global white supremacy, particularly given the movement's reliance on global communications, ADL believes the GEC should also create new efforts to address REMVE and adapt to the malign influence from global white supremacist extremists.

**ADL requests that the State Department's Bureau of Public Affairs receive an additional $10 million for the GEC to launch REMVE-specific efforts.**

## SA-57

2.  OFFICES OF THE SPECIAL ENVOY TO MONITOR AND COMBAT ANTI-SEMITISM AND SPECIAL ENVOY FOR HOLOCAUST ISSUES

We are facing a global crisis of rising antisemitism today, which has been exacerbated in the last few years due to several factors, including the pandemic, proliferating cyberhate, rising far-right populism in certain countries, and anti-Zionist vitriol from far-left extremists in others. The horrific 2018 attack in Pittsburgh was the deadliest incident specifically targeting the Jewish community in our country's history, and we've seen attacks by similar far-right extremists in America and around the world, such as in Poway and Halle, as well as other plots that were disrupted before they were carried out. And yet last May the huge spike in antisemitic violence around the world was an undeniable reminder that antisemitic assaults by other forces pose a persistent concern as well. Additionally, the largest Jewish community in the world is in Israel, which is subject to antisemitic incitement every day. For example, this includes the incitement of hatred and the plotting of deadly attacks by Hamas, Iran, Hezbollah, and Al Qaeda.

However, as alarming as the rise in incidents has been in America, circumstances have actually been far worse over the last decade in Europe, which is home to the four countries with the largest Jewish communities outside of Israel and North America. A major European Union survey of European Jewish respondents found that roughly 40 percent worried about being the target of an antisemitic physical attack, and over a third of respondents avoided visiting Jewish sites because of safety fears. And roughly 70 percent of respondents said their governments were not doing enough to address the societal antisemitism that leads to attacks. The next three largest Jewish communities in the world are in South America: Argentina, Brazil, and Chile, all of which also have serious concerns. For example, in Argentina, 85 people were murdered in a terrorist attack on a Jewish community center in 1994, and in 2021 vandals spray painted a Jewish community building with the words "we are going to kill you, Jewish rats" and "be a patriot, kill a Jew."

Combating antisemitism around the world is an American interest, and there is no way that we can win this fight unless America plays a leading role by pressing other countries to do more. There are two crucial offices in the State Department working to fight antisemitism globally: the Office of the U.S. Special Envoy to Monitor and Combat Antisemitism and the Office of the Special Envoy for Holocaust Issues. Each of these offices was funded in FY 2022 at a level of $1 million, which falls short of the urgent role each plays in countering antisemitism around the world.

**ADL requests $2 million for the U.S. State Department's Office of the U.S. Special Envoy to Monitor and Combat Antisemitism, for staffing and additional programs.**

**ADL requests $1.5 million for the U.S. State Department's Office of the Special Envoy for Holocaust Issues, for staffing and additional programs or exchanges to combat Holocaust distortion and to promote Holocaust education abroad in partnership with civil society.**

3.  INTERNATIONAL CENTER FOR RESEARCH ON THE INFORMATION ENVIRONMENT

Online extremism—and its violent impact offline—is not restrained by borders and, as such, requires a thoughtful, transparent, and coordinated approach both at home and abroad. While

# SA-58

protecting civil rights and civil liberties, international collaboration whether it is information sharing, relationship building, or increased research on the ever-evolving threat it presents is needed now more than ever. In recognition of this complex problem, Section 5860 of the House passed version of the FY 2023 NDAA authorized funds to support the State Department in creating an International Center for Research on the Information Environment. Such a project would allow for much needed research on the flow of extremist activity online and further a growing body of research into harms stemming from algorithmic amplification, recommender systems, and ad targeting's role in online incitement to violence.

**ADL supports $20 million for an International Center for Research on the Information Environment.**

4.   SUPPORTING ISRAEL'S NORMALIZATION EFFORTS

Over the past two years, the historic Abraham Accords have transformed the Middle East and created the opportunity for systemic change in the fight against antisemitism and Holocaust denial in the region. The newly normalized relations between Israel, the United Arabs Emirates, Bahrain, Sudan, and Morocco are ushering in a new era of bridge-building between Israelis and her neighbors.

In recognition of the potential impact of this diplomatic feat, Congress passed the Israel Relations Normalization Act (IRNA), which directed the Department of State to take action to promote the normalization of relations between Israel, Arab states, and other relevant countries and regions. Specifically, IRNA directed the State Department to develop a strategy to expand and strengthen the Abraham Accords, and to report on the status of the normalization of relations with Israel, including information on laws that punish individuals for people-to-people relations with Israelis and evidence of steps taken by Arab governments toward permitting or encouraging normalized relations between their citizens and Israeli citizens.

**ADL requests that funding be provided to ensure that the Department of State has the resources required to fully implement the requirements created by the Israel Relations Normalization Act to help ensure the maximum potential of the Abraham Accords are reached.**

**<u>INTERIOR, ENVIRONMENT AND RELATED AGENCIES</u>**

1.   NEVER AGAIN EDUCATION ACT

According to a 2018 national survey, almost half of millennials believe that fewer than 2 million Jewish people were killed in the Holocaust. Teaching about the Holocaust goes beyond understanding the historical fact that six million Jews were murdered along with millions of other innocent victims of the Nazi regime during World War II. Holocaust education can teach universal lessons, including world history, fascism, extremism, the fragility of democracy, the human capacity for immorality, scapegoating and stereotyping, the role of perpetrators and bystanders, the importance of empathy and diversity and efforts toward justice.

## SA-59

**ADL requests a minimum of $2 million plus additional funds to significantly scale the U.S. Holocaust Memorial Museum's education programming in accordance with Public Law 116-141, the Never Again Education Act, that was passed overwhelmingly by Congress in May 2020.**

2. NATIONAL ENDOWMENT FOR HUMANITIES AND NATIONAL ENDOWMENT FOR THE ARTS

The Administration's United We Stand Summit included commitments from the National Endowment for the Arts and the National Endowment for Humanities for additional programming for civic and social engagement, as well as cross-cultural understanding. These types of programs are critical for inoculating communities to conspiracy theories as well as helping communities recover from hate and violence.

**ADL requests robust funding for both the National Endowment for the Arts and National Endowment for Humanities' programs to address hate-motivated violence.**

## FINANCIAL SERVICES AND GENERAL GOVERNMENT

1. INVESTIGATING THE FINANCING OF DOMESTIC EXTREMISM

Domestic violent extremist organizations support their movement through a variety of financing mechanisms. The funds that flow to these organizations are used to target communities at risk of hate, and to promote violence. Whereas the US Government has considerable resources to track the financing of foreign terrorists, it must further invest in its capacity to investigate the financing of domestic terrorists.

**ADL requests that OMB provide funding for the Department of Treasury's Office of Terrorism and Financial Intelligence to increase capacity to investigate domestic terrorism and to develop a website of key reports and resources on financing domestic violent extremism to help inform the public and private sectors.**

2. ANTISEMITISM EDUCATION AND TRAINING FOR GOVERNMENT EMPLOYEES

With antisemitism rising precipitously around the United States, it is critical for the federal government to incorporate antisemitism education and training as part of Diversity, Equity, Inclusion, and Accessibility (DEIA) efforts and other anti-bias initiatives. Building on President Biden's June 2021 Executive Order on Diversity, Equity, Inclusion, and Accessibility in the Federal Workforce, any Government-Wide Diversity, Equity, Inclusion, and Accessibility Initiative and Strategic Plan must ensure that addressing antisemitism and cultural competency on Jews and Jewish issues are part of the course.

Following events like Charlottesville and the shootings in Pittsburgh, 75% of Jews say that there is more antisemitism than there was five years ago, and 53% feel less safe, according to the Pew Research Center's Survey of Jewish Americans. ADL's 2021 Survey on Jewish American's Experiences with Antisemitism found that 63% of Jews had experienced or witnessed an antisemitic

SA-60

incident in the past 5 years, and that business establishments were the 4th most frequent location where antisemitic incidents take place.

DEIA efforts must take into account the experiences of all government employees and do so in an intersectional manner. Otherwise, any gaps or inequities that prevent the creation of a truly inclusive workplace will not be addressed. One of the areas to build upon current efforts is by incorporating antisemitism and other issues impacting Jewish employees into DEIA strategies.

**ADL requests that funding be provided to ensure that the Government-wide DEIA Plan required by President Biden's Executive Order and other anti-bias initiatives include antisemitism as part of their efforts to build a more inclusive government.**

## LABOR, HEALTH AND HUMAN SERVICES, EDUCATION, AND RELATED AGENCIES

1. SUPPORT EDUCATIONAL INSTITUTIONS IN RESPONDING TO AND RECOVERING FROM HATE

From K-12 schools to university campuses, educational environments and educators are on the frontlines of the fight against hate. Students face threats of bullying, hate, harassment, and extremism. Educators and educational institutions at all levels need better resources not only to educate against hate and provide better anti-bias curriculum, but also to improve their ability to prevent hate-based threats and bullying and recover from hate-based violence.

**ADL requests funding according to the intent of the United We Stand Summit for the Department of Health and Human Services and the Department of Education, to provide for the implementation of the Bipartisan Safer Communities Act to support safer learning environments and student wellbeing and resilience in the face of hate and trauma.**

**ADL also requests funding for the Department of Education's efforts to provide grants for institutions of higher education to effectively prevent and respond to hate-fueled violence, including Historically Black Colleges and Universities (HBCUs) subjected to recent threats.**

2. UNITED WE SERVE

ADL agrees with President Biden that all Americans should have the opportunity to serve their country and community through programs like AmeriCorps, including AmeriCorps Seniors. When Americans of all backgrounds work together to tackle our nation's toughest challenges, they come to understand that there is more we have in common than divides us. Expanding and improving access to national service and volunteerism through United We Serve can be a crucial tool in the work to build bridges across communities, and therefore a tool in the fight against hate.

**ADL requests OMB fund AmeriCorps' efforts to develop new training opportunities on bridge-building, promoting civic engagement, and fostering social cohesion, to develop new mechanisms to evaluate the impact and cost-effectiveness of national service and volunteerism interventions. The AmeriCorps education award should be raised, following increases in Pell grants, and living allowances should be raised to be equivalent to $15 per hour. ADL also urges OMB to support a raise in the AmeriCorps education award to follow increases in Pell**

20

## SA-61

**grants and to increase the AmeriCorps living allowance to the equivalent of $15 per hour over FY24 and FY25.**

**ADL also requests that OMB expand federal support for civics education, through a competitive grant program that will help states and school districts to design and develop new programs or expand programs grounded in evidence-based strategies.**

3.   ONLINE LITERACY RESEARCH

Online hate and extremism have increased dramatically in recent years, and the consequences have included violent attacks and serious harm. Online platforms often lack adequate policies to mitigate these challenges or fail to enforce their policies effectively, and users require skills to navigate around and remain safe from these threats.

**ADL requests funding for the Institute of Museum and Library Services to support to advance information literacy through their interagency task force facilitating the development of a portal of resources bridging information literacy research and practice for how to advance information literacy within communities.**

4.   COMBAT ANTISEMITISM ON COLLEGE AND UNIVERSITY CAMPUSES

Rising antisemitism is directly impacting Jewish students on college and university campuses across the country. For decades, a small but vocal segment of U.S. student groups and faculty on college campuses have espoused anti-Israel and anti-Zionist views. Anti-Israel rhetoric and activism can span the spectrum from the denial and vilification of the right of Jewish self-determination, to the propagation of classic antisemitic tropes. Over the past several years and through the current academic year, the prominence of anti-Israel and anti-Zionist activities on campus appears to have continued to grow. As incidents surge, we must be aware of possible links between hateful rhetoric and violence; and students and faculty of all political stripes must do their best to engage in healthy and respectful dialogue.

In 2019, the former Administration issued Executive Order 13899—Combating Anti-Semitism which reaffirms the long-standing principle that antisemitism and discrimination against Jews based on an individual's race, color, or national origin may violate Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d et seq.; directs the federal government to enforce Title VI against prohibited forms of discrimination rooted in antisemitism as vigorously as against all other forms of discrimination prohibited by Title VI; and requires federal agencies to consider the International Holocaust Remembrance Alliance's (IHRA) working definition of antisemitism along with the eleven contemporary examples in enforcing Title VI.

**ADL requests funding be provided to the Department of Education's Office for Civil Right's Outreach, Prevention, Education & Nondiscrimination (OPEN) Center to provide technical assistance regarding campus antisemitism.**

\*\*\*\*\*

These funding requests are essential to dealing with the grave situations our nation faces, including domestic extremism, increased antisemitism and hate crimes, and other critical issues.

# SA-62

Please do not hesitate to contact me at msevillia@adl.org or 202-374-1272 with any questions you may have. Thank you for your consideration of ADL's requests.

Sincerely,

Max Sevillia
Vice President for Government Relations,
Advocacy and Community Engagement

22

SA-63

# Exhibit WW

SA-64



**BLOG**

# Extremists Are Praising Kanye West's Antisemitism, Parler Acquisition



Musician Kanye West performs onstage at the 2015 iHeartRadio Music Festival at MGM Grand Garden Arena on September 18, 2015 in Las Vegas, Nevada. (Photo by Kevin Winter/Getty Images for iHeartMedia)

Published: 10.20.2022

Ye, formerly known as Kanye West, has publicly espoused numerous antisemitic and racist tropes in recent weeks. Extremists across the ideological spectrum have embraced his recent comments.

# SA-65

The Nation of Islam and extremist Black Hebrew Israelite sects have defended Ye's statements about Black people and Jewish identity and used the opportunity to promote antisemitic claims and conspiracy theories. White supremacists have expressed their delight at Ye "naming the Jews," and defended Ye's right to free speech.

Other extremists and conspiracy theorists, including Proud Boys and QAnon adherents, have also commented on Ye's antisemitism and reports that Ye may purchase the right-wing social media platform Parler. Some right-wing extremists believe that Ye's potential acquisition of Parler, in combination with Elon Musk's theoretical purchase of Twitter and former President Trump's growing Truth Social platform, will usher in a new era of social media defined by principles of free speech and free of alleged left-wing censorship.

## Extremist Reactions

*Nation of Islam*

Ye has a long-term relationship with the virulently antisemitic Nation of Islam (NOI) and its leader, Louis Farrakhan, dating back to at least the early 2000s. As previously noted, Ye and Farrakhan have repeatedly expressed mutual respect and support for one another and Ye has attended NOI events. During his October 16, 2022, appearance on the Revolt TV program "Drink Champs," Ye made a reference to "what Farrakhan would talk about right now," adding that Jewish people "gotta stand up and admit to what you been doing." Prominent NOI leaders and influencers have defended Ye's comments in recent weeks, repeating his antisemitic claims and using the opportunity to promote additional antisemitic conspiracy theories.

During an October 16 sermon marking the Holy Day of Atonement, one of the NOI's most high-profile annual events, Student National Assistant Minister Ishmael Muhammad referenced Ye as he praised Farrakhan and repeated the group's frequent antisemitic characterization of Jews as the "Synagogue of Satan": "Satan deceiveth the

SA-66

whole world. So when you hear Farrakhan, he puts some lenses on your eyes and you see Satan for whom Satan is…Those who call themselves Jews but are not, but are of the Synagogue of Satan. Our brother Kanye, he's in trouble. Question: Did he lie? Is it false? Kanye is a very intelligent brother."

NOI Executive Council member and Student Minister Wesley Muhammad spoke about Ye during an appearance on Hip Hop News Uncensored. Reiterating claims he has previously made about "the Jewish gay mafia that controls hip-hop and has used hip-hop to socially engineer Black America," Muhammad said, "Kanye West is speaking a lot of truth right now and he's triggering a very dangerous enemy." He noted his concern for Ye's safety, alleging that there is a "death clause that the record labels can trigger when they determine that an artist is more profitable to them to them dead than alive…One of their main methods is death by a contrived accident."

On the podcast and on social media, Wesley Muhammad also expanded on the idea of a "Blood Sacrifice in Hip Hop." In a post echoing the classic antisemitic trope of the blood libel, Muhammad theorized about "Hip Hop's ritualized homosexual underground that is connected to Hollywood's evil (Jewish) gay pedophile ring." He added, "Hip Hop is being used by real Devils to get us to offer ourselves and our children up to a very real Blood Sacrifice. The demonic High Priests - Edgar Bronfman Sr and Jr, Len Blavatnik, David Geffen, Clive Davis, Doug Morris, Bryan Turner, Jimmy Iovine, Lyor Cohen, Craig Kallman, Tommy Mottola, Barry Weiss, Sir Lucian Grainge, just to name a few (all Jewish) - have ingested all of the 'blood' that we have scarified on their altar."

*Extremist Black Hebrew Israelite Sects*

National and local leaders of various extremist Black Hebrew Israelite (BHI) sects—including  Israel United in Christ (IUIC), the Israelite School of Universal Practical Knowledge (ISUPK) and the Sicarii Black Hebrew Israelites—reacted to Ye's comments by reiterating his claims that Black people are Jews and therefore cannot be antisemitic,

SA-67

praising his role in spreading their teachings and lauding his bravery for fighting against Jewish control.

Ye's statements that Black people are Jews echoed BHI teachings about which racial and ethnic groups today are the true descendants of the biblical Israelites. ISUPK leaders, referencing the group's street preaching practices, commented that "everywhere you go you see us on a corner teaching…Where did Kanye West know it from? Learning from us!" In videos across their channels, IUIC members rejected the widespread accusations that Ye's statements were antisemitic. Members of the IUIC Kansas City chapter, for example, commented: "These Ashkenazi Jews, or Ashkenazi Edomites, they're not Jews. They're not the Jews! You understand? So then to say [Ye is] 'antisemitic'? He's Semitic!"

During a livestream on the "IUICintheClassRoom" channel, a popular IUIC YouTube channel that has over 122K subscribers, the hosts commented that, whether or not Ye fully subscribes to the group's beliefs, his statements are "gonna cause an effect, it's gonna cause people to ask themself questions…This doctrine that we are the Israelites, the truth that we are the Israelites, it's reaching a lot of people all over the world…He might be a little crazy, but whatever happened is God using him. Understand that. And him making them statements is God using him." They also said, "what [Ye's] saying is what's reality. A lot of this social media, a lot of these record labels, they all run by Jewish people and they control the narrative, so what he's saying is not wrong."

*White Supremacists and Other Antisemites*

White supremacists and other antisemites celebrated Ye's antisemitic comments, thrilled that he is using his platform to "expose" Jews.

"Ye is the single greatest person who ever lived in all of history since Christ, or at least since Adolf Hitler. He's gone full on. He's not backing down, and they're gonna have to

SA-68

kill him," wrote Andrew Anglin, publisher of the neo-Nazi website, Daily Stormer, in one of several articles he wrote praising Ye.

White supremacist Nick Fuentes wrote in an October 17 Telegram post that Ye's "right" that "Jews run the media."

"We need to make Ye x Fuentes collab happen at this point... who has been a bigger target of the Jewish media than me?" Fuentes wrote in another post.

After Ye wore a "White Lives Matter" shirt at Paris Fashion Week earlier this month, the white supremacist White Lives Matter network issued a call to action, urging members to "capitalize on this situation as much as possible, to reach as many of our people as possible with our message." On October 15, White Lives Matter California protested outside of Meta's headquarters in Menlo Park, expressing anger that "anti-white" Instagram had banned their account. A video about the demonstration shared by the group began with a clip from Ye's recent appearance on Drink Champs, in which he remarked, "We just get used to getting screwed by the Jewish media. And I'm saying, y'all've poked the bear too fucking long."

SA-69



The antisemitic Goyim Defense League has attempted to capitalize on Ye's comments by targeting the Black community with their propaganda and seeking to convince Black people that Jews are a universal enemy. In the group's Telegram chat, members discussed creating new fliers blaming Jews for the Atlantic slave trade and another blaming Jews for abortion, calling it a "Black Holocaust Museum." Some members claimed to have specifically targeted Black neighborhoods during recent propaganda distributions.

Some white supremacists have also celebrated news that Ye may purchase Parler, with several creating new accounts or reviving their old ones. "Share if this [sic] you think Ye is right," white supremacist Vincent James posted on Parler on October 18, his first post in several months. White supremacist livestreamer Baked Alaska (Tim Gionet) created a Parler account on October 17.

Gab CEO Andrew Torba also applauded the news. "I hope Elon and Kanye gut this crap [AI content moderation tools] from their apps, but if they do it will mean losing access to

# SA-70

the app stores," he wrote. "Imagine if Twitter gets banned from the app stores when Elon takes over. What a massive global red pill that would be."

*Proud Boys*

Several Proud Boys chapters have used Ye's recent comments to promote antisemitic content on their Telegram channels.

Following the announcement that JP Morgan Chase bank had cut ties with Ye, one Proud Boys-associated Telegram channel posted: "To prove Kanye wrong about the Jews running everything and being out to get him...this is what they do. Big Shekel is definitely making their presence known."

Reacting to news that Ye might purchase Parler, Proud Boys founder Gavin McInnes posted on the site, "If Ye's in I'M in!" Parler served as the Proud Boy's primary social media platform in the lead up to the 2020 election, although currently the group is primarily active on Telegram.

*QAnon*

QAnon adherents have lauded Ye's plan to acquire Parler, perceiving it as a powerful blow to the Satan-worshipping cabal that they believe controls the world. "There won't be ONE social media site that rules them all. There will be multiple sites the cabal can't control," popular QAnon influencer Brian Cates wrote on Telegram on October 17.

QAnon conspiracy theorist Jim Watkins, who owns the imageboard where "Q" posted, created a Parler account on October 17. A few other QAnon adherents and influencers have also re-joined the site.

Despite general excitement, not everyone is rushing back to the platform. "There's no way I'd leave @truthsocial for Parler. I'll never even use Parler. Not sure why Kanye

SA-71

would buy it," one QAnon promoter wrote on Truth Social. QAnon influencer Jordan Sather said in a video posted to Telegram that while he supported Ye's plan to buy the site, he wasn't planning to rush back to the platform. "For those of us that got banned off big tech, it's a pain in the booty [to keep joining other platforms]."

**RELATED CONTENT**

Unpacking Kanye West's Antisemitic Remarks

ADL Letter to Adidas Executives Regarding Kanye West

SA-72

[Electronic File Containing Video of NOI's
2018 Million Man Anniversary Address]

*This document will be filed with the Court on a USB thumb drive*

SA-73

Page Vault

| | |
|---|---|
| Document title: | MINISTER FARRAKHAN on Twitter: "I'm not an anti-Semite. I'm anti-Termite.... " |
| Capture URL: | https://web.archive.org/web/20181018180227/https://twitter.com/LouisFarrakhan/status/1052304476923719680 |
| Page loaded at (UTC): | Tue, 21 Nov 2023 21:09:02 GMT |
| Capture timestamp (UTC): | Tue, 21 Nov 2023 21:09:55 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | w2RwcxmyvD1LcfAdpMCV6T |
| User: | dwt-pjezick |

PDF REFERENCE #:        tmXkeomthmNE91VDtgUr99

SA-74

**MINISTER FARRAKHAN**
@LouisFarrakhan

Official Twitter Page of The Honorable Minister Louis Farrakhan • FB: Facebook.com/OfficialMinist... • IG: Instagram.com/LouisFarrakhan

Chicago, IL
noi.org/hon-minister-f...
Joined March 2011

**MINISTER FARRAKHAN**
@LouisFarrakhan
Follow

I'm not an anti-Semite. I'm anti-Termite.

The Honorable Minister Louis Farrakhan delivered a major address to mark the 23rd anniversary of the Million Man March and Holy Day of Atonement in Detroit. (10/14/18)

2:05 PM - 16 Oct 2018

**1,359** Retweets **2,690** Likes

**Brother Jesse** @BrotherJesse · Oct 17
Replying to @LouisFarrakhan
This is the absolute truth by The Honorable Minister Louis Farrakhan. Termites are pale-colored insects that eat at the foundation of a structure. There is no denying the termitic history and behavior of the Satanic Jews.
253 41 138

**Shai DeLuca-Tamasi** @ShaiDeLuca · 17h
Really @jack @cnn @abc @bbc @nytimes @washingtonpost @nypost
4 19 225

**Brother Jesse** @BrotherJesse · 15h
So do you agree with this chief rabbi calling Black people monkeys? Where was the outrage? Is this not Satanic?
54 12 41

**Shai DeLuca-Tamasi** @ShaiDeLuca · 15h

THE MINISTER'S MUSIC BOX-SET
YOUR LIMITED
ITION BOX-SET
TODAY!
TWmusic.com

© 2018 Twitter About Help Center Terms
Privacy policy Cookies Ads info



INTERNET ARCHIVE WayBackMachine https://twitter.com/LouisFarrakhan/status/1052304476923719680 Go SEP OCT NOV 18 2017 2018 2019 395 captures 17 Oct 2018 - 19 Nov 2023 About this capture

**MINISTER FARRAKHAN**
@LouisFarrakhan

Official Twitter Page of The Honorable Minister Louis Farrakhan • FB: Facebook.com/OfficialMinist... • IG: Instagram.com/LouisFarrakhan

Chicago, IL
noi.org/hon-minister-f...
Joined March 2011

54 12 41

**Shai DeLuca-Tamasi** @ShaiDeLuca · 15h
What the Rabbi said was disgusting. Israel was up in arms when he said it. We denounced kr. What does that have to do with the piece of human garbage calling Jews termites? Do you denounce him? Get a clue. Ignorant. @jack @cnn @abc @cbs

6 24 398

**Shai DeLuca-Tamasi** @ShaiDeLuca · 15h
The rabbi doesn't represent us. You're claiming that ignorant antisemite on the stage represents you. Viva la difference.

6 8 289

**Brother Jesse** @BrotherJesse · 15h
Wait: That's a chief Israeli rabbi & he doesn't represent you? Is that not an Israeli flag in your bio? Did you and others publicly condemn him? I missed that part.

Let's Be Clear: I am a proud follower and student of The Man of God, The Honorable Minister Louis Farrakhan.

70 9 40

**Shai DeLuca-Tamasi** @ShaiDeLuca · 15h
Yes. I'm a proud Israeli. The chief rabbi of Israel isn't an elected official. He's a religious figure. He doesn't represent anyone. People look him for religion. Yes publicly condemned. As for missing it, I don't follow when you read and when you don't. As for following 1/2

7 10 229

**Shai DeLuca-Tamasi** @ShaiDeLuca · 15h
2/2 that antisemitic bigot....good luck to you.

2 7 181

3 more replies

**too much vanilla** @DaneBossey · Oct 17
Replying to @LouisFarrakhan
"How dare Trump meet with Kanye West"

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info



SA-76



# SA-77

INTERNET ARCHIVE WaybackMachine https://twitter.com/LouisFarrakhan/status/1052304476923719680 Go SEP OCT NOV 18 2017 2018 2019
395 captures
17 Oct 2018 - 19 Nov 2023
About this capture

**MINISTER FARRAKHAN**
@LouisFarrakhan

Official Twitter Page of The Honorable Minister Louis Farrakhan • FB: Facebook.com/OfficialMinist… • IG: Instagram.com/LouisFarrakhan

Chicago, IL
noi.org/hon-minister-f…
Joined March 2011

**JerseyCraig #IVoteDoYou** @CJPatruno · 7h

6 13 29

1 more reply

**Marla Rossow** @MarlaRossow · Oct 17
Replying to @LouisFarrakhan
How is this not hate speech? @jack

32 51 695

**(((Jason Hanchey)))** @hanchman · 7h
Reported as such.

2 1 13

1 more reply

**❌PeachyDregOfGA🍑** @ConservaPeach · 23h
Replying to @LouisFarrakhan
Hey @Twitter @TwitterSafety @TwitterSupport @jack - y'all need to explain why it's okay for this alleged minister to compare Jewish people to termites. #Bias #Discrimination #HateSpeech #DoubleStandards

10 83 67

**Joseph Levine** @Rabbi224 · 23h
I suspect the people at @TwitterSupport have the exact same views.

1 6 6

1 more reply

**Democracy 4 All** @goodbye56789 · Oct 17
Replying to @LouisFarrakhan
What he said is horrifying. What a despicable man. It is ironic that he is discussing the negative effects of hate and racism by filling the air with just that. Hate and racism are perpetuated by people who spew it, teach it, and keep it in their heatrs. It's that simple.

11 14 271

**Democracy 4 All** @goodbye56789 · Oct 17
* hearts

1 15

THE MINISTER'S MUSIC BOX-SET
…T YOUR LIMITED …ITION BOX-SET TODAY!
…TWmusic.com

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info



SA-78

PROFILE

# Nation of Islam



Louis Farrakhan

Published: 09.01.2021

## Key Points

- The Nation of Islam (NOI), the largest Black nationalist organization in the U.S., has maintained a consistent record of antisemitism and bigotry since its founding in the 1930s.
- During his 40-year tenure as the NOI's leader, Louis Farrakhan has built a legacy of divisiveness as one of the most prominent antisemites in America. He has also espoused anti-LGBTQ+ and anti-white bigotry, as well as a range of conspiratorial beliefs.
- Although the NOI's official membership is relatively small — estimated at less than 50,000 people — the influence of Farrakhan and NOI teachings has regularly extended into the mainstream.
- Some mainstream figures, including elected officials and celebrities, have publicly supported the NOI, focusing on the group's efforts to bolster Black self-reliance while minimizing or not acknowledging the NOI's well-established record of bigotry and antisemitism, giving this hateful rhetoric a measure of legitimacy.
- The NOI's headquarters are located at Mosque Maryam in Chicago, IL. The NOI also operates numerous mosques and study groups across the U.S. and abroad.
- The NOI's theological beliefs and practices differ significantly from the dominant sects of Islam, and many do not consider the organization to be a mainstream Muslim religious group.

SA-79

9/1/24, 11:08 PM                                    Nation of Islam | ADL



## Background

The Nation of Islam (NOI), the oldest Black nationalist organization in the United States, has maintained a consistent record of antisemitism and bigotry since its founding in the 1930s. Under Louis Farrakhan, who has espoused and promoted antisemitism, bigotry, and anti-LGBTQ+ animus throughout his 40-year tenure as the NOI's leader, the organization has used its programs, institutions, and media to disseminate its message of hate.

While the NOI does support community development programs and Farrakhan often speaks about serious issues impacting Black people — including racism, police brutality and economic inequity — he often blames Jews for these societal problems. Despite this record of bigotry and hate, the NOI has been given a measure of legitimacy by some mainstream figures in the African-American community and beyond, including elected officials and celebrities.

The Nation of Islam is not considered a mainstream Muslim religious group, and many Muslim leaders have distanced themselves from the NOI. The NOI's theological beliefs and practices differ significantly from traditional, dominant sects of Islam.

The NOI's official membership is relatively small, estimated at between 10,000 to 50,000 people (for comparison, the total Black population in the U.S. is estimated at more than 46 million according to 2020 data from the U.S. Census Bureau.) However, the official membership alone does not account for the broader influence of Farrakhan and the NOI. Indeed, Farrakhan's speeches still draw hundreds of thousands of viewers online and his influence reaches millions through regular mentions in news media, popular culture, social media, and more.

## Ideology

Nation of Islam ideology regularly incorporates bigoted and discriminatory beliefs, particularly aimed at Jews, LGBTQ+ people, and white people. The NOI also promotes various conspiratorial beliefs, which frequently overlap with their other forms of bigotry.

The NOI's wide-ranging antisemitism, which is consistently promoted at all levels of the organization, includes denying that Jews have a legitimate claim to their religion and to the land of Israel and alleging that Judaism is nothing more than a "deceptive lie" and a "theological error" promoted by Jews to further their control over politics and the economy. NOI leaders also claim that Jewish people were primarily responsible for the transatlantic slave trade and the 9/11 attacks, and that Jews control the government, media, and Hollywood. NOI figures have downplayed the death toll of Jews in the Holocaust and have promoted known Holocaust deniers.

SA-80

The NOI teaches that Jews and the U.S. government conspire to control Black individuals and organizations through financial means and targeted depopulation tactics. These supposed strategies to both hasten the death of Black people and prevent their reproduction by emasculating Black men and sterilizing Black women include vaccinations, modified food, drugs, the promotion of homosexuality, and more.

Anti-LGBTQ+ bigotry is a regular feature of the conspiratorial claims about depopulation plots and the emasculation of Black men, with Farrakhan and other NOI figures proclaiming that people are not born gay, but are chemically manipulated by the government and influenced by portrayals of LGBTQ+ people in Jewish-owned media.

The Nation of Islam opposes racial integration and advocates for the creation of a separate nation for Black people. Anti-white doctrines are incorporated into NOI ideology. Unlike many civil rights activists who critique whiteness with regard to power structures and systemic racism, the NOI engages in the demonization of and conspiracy theories about the biological nature of all white people, portraying white people as satanic, sub-human, and inherently inferior to Black people.

## History

### Early history

The Nation of Islam, modeled after other socio-religious groups of the early 20th century, was founded in Detroit in 1930 by Fard Muhammad, who taught his followers that he was Allah (God) incarnate. Upon Fard's disappearance later that decade, his disciple Elijah Muhammad took over and promoted the idea that white people were created by an evil Black scientist and that Black people are the superior race. Under Elijah Muhammad's leadership, the NOI attracted a sizeable following and had considerable financial support.

The group expanded in the 1950s and 1960s when Malcolm X joined the NOI and eventually became its spokesman. It was also during this time that Louis Farrakhan joined the NOI and began to rise in its ranks, serving as the minister of NOI's Boston mosque. After Malcolm X denounced the NOI in 1964 and was assassinated in 1965, Elijah Muhammad appointed Farrakhan to serve as the NOI's national spokesman and minister of the NOI's Mosque No. 7 in Harlem.



*Elijah Muhammad in 1964 (source: World Telegram & Sun photo by Stanley Wolfson / Library of Congress)*

## SA-81

**Revival under Farrakhan**

When Elijah Muhammad died in 1975, his son, Warith/Wallace Deen Muhammad, inherited the group's leadership and steered the organization toward more traditional Islam. In response, Farrakhan formed a separate group to uphold Elijah Muhammad's original separatist beliefs, taking many members — and the Nation of Islam name — with him.

Farrakhan became widely known in 1984, when he endorsed the presidential campaign of Jesse Jackson. At the time, Farrakhan attracted significant attention for his antisemitic and anti-white statements. While Jackson disavowed some of Farrakhan's remarks at the time, he has since taken part in several NOI events.

In subsequent years, Farrakhan was condemned for his consistent hate mongering, calling white people "blue eyed devils" and Jews "bloodsuckers." At the same time, Farrakhan also continued to gain prominence among some Black civil rights leaders, including joining a coalition of Black leaders for the National African American Leadership Summit (NAALS) and organizing the 1995 Million Man March in Washington, D.C.

**Recent history (mid-2000s to present)**

The NOI has maintained a significant following under Farrakhan's leadership, operating mosques across the country and attracting thousands of supporters to its events. More than any other NOI leader, Farrakhan has built a legacy of divisiveness and antisemitism. Since the early 2000s, Farrakhan has embarked on a wide-ranging anti-Jewish campaign featuring some of the most hateful speeches of his career.

In recent years, Farrakhan's health issues and advancing age have raised questions about his plan of succession. After Farrakhan suffered a heart attack in 2013, Student National Assistant Minister Ishmael Muhammad was chosen to deliver the annual Holy Day of Atonement keynote address. Though Farrakhan resumed making public appearances later that year and made it clear he had no plans to step aside, he has since acknowledged the need to think about the NOI's future without him at the helm. In 2021, Farrakhan ceded the majority of his Saviours' Day keynote address, again selecting Ishmael Muhammad to speak in his place.



*Louis Farrakhan in 2020 (source: Internet Archive)*

SA-82

## Organization and Activity

The Nation of Islam operates under a hierarchical structure, with its headquarters located at Mosque Maryam (also known as Muhammad Mosque No. 2) in Chicago, IL. The NOI advertises at least 130 local chapters in the United States, which are identified as numbered "Muhammad Mosques" or "Study Groups." Individual leaders of these groups are referred to as "Student Ministers." The NOI also designates regional representatives in the U.S. and internationally.

Registered NOI members are encouraged to join gender-specific training programs. The Fruit of Islam (FOI) is comprised of male NOI members and serves as the group's paramilitary and security wing. The equivalent training program for women is the Muslim Girls Training and General Civilization Class (MGT and GCC).

### NOI Research Group

The Nation of Islam Research Group (NOIRG), which claims to serve as the NOI's "historical research department," is a leading source in publishing and promoting the NOI's virulently antisemitic and conspiratorial beliefs. Prominent current members of the NOIRG include Demetric Muhammad, Ilia Rashad Muhammad, Nuri Muhammad, and Wesley Muhammad.

The NOIRG has authored some of the NOI's most significant antisemitic publications, including the multi-volume "The Secret Relationship Between Blacks and Jews." The group also promotes its materials online and in articles published in the NOI's official newspaper, The Final Call.Before it was terminated in April 2021, the NOIRG's Twitter account had amassed over 18,000 followers, serving as a daily source of antisemitic and anti-Israel content. Antisemitic graphics created by the NOIRG are often incorporated into posts from other NOI accounts and members.

Popular themes in NOIRG materials include blaming Jews for the transatlantic slave trade, social media censorship, medical experimentation on Black people, and police brutality. The NOIRG has repeatedly falsely implicated Israel and Jews in the 9/11 terrorist attacks, including by publishing a series of interviews in 2016 with antisemitic 9/11 conspiracy theorists Kevin Barrett, Christopher Bollyn, James Fetzer, and Richard Gage.

### Saviours' Day

Saviours' Day is an annual celebration that commemorates the birth of NOI founder W. Fard Muhammad. Saviours' Day gatherings consistently feature extensive antisemitism and other bigotry. During his keynote address to 18,000 people at Saviours' Day 2014 in Detroit, for example, Farrakhan likened himself to auto magnate and antisemitic conspiracy theorist Henry Ford, calling him "a great man." Farrakhan used his Saviours' Day 2015 speech to claim that Israel and Jews orchestrated the 9/11 attacks.

At Saviours' Day 2016, Farrakhan promoted conspiratorial claims about Jewish control of the government and praised then-candidate Donald Trump for "[standing] in front of some members of the Jewish community and [telling] them 'I don't want your money.'" During Saviours' Day 2017, Farrakhan said that contemporary Jews are "not really Jews but are in fact Satan," described Jews as "great and master deceiver[s]" and encouraged his followers to consider Jews "the enemy of God and the enemy of the righteous." Farrakhan used his keynote speeches in 2018 and 2020 to again express antisemitic, anti-LGBTQ+, and conspiratorial views, including stating that the NOI is "trying to make our children respect their own sexuality" and not homosexuality, which is "created by Satan and his manipulation of biology and chemistry."

# SA-83

Saviours' Day conferences have also provided a platform for non-NOI speakers to spread their bigoted or conspiratorial beliefs. The NOI invited a group of 9/11 conspiracy theorists to participate in a panel discussion at Saviours' Day 2017. Notorious Holocaust denier and antisemitic ideologue Michael A. Hoffman II spoke at Saviours' Day 2019; Farrakhan and Hoffman used the keynote session to attack Judaism and blame numerous ills of modern society on Jews. In the midst of the coronavirus pandemic, Saviours' Day 2021 featured anti-vaccine conspiracy theorists Robert F. Kennedy Jr. and Dr. Judy Mikovits in pre-recorded virtual sessions.



*Louis Farrakhan speaks to a crowd of several thousand at Saviours' Day 2019 in Chicago, IL (source: YouTube)*

**Million Man March anniversaries/Holy Day of Atonement**

The original Million Man March brought together hundreds of thousands of Black men on the National Mall in Washington, D.C. on October 16, 1995. Organized primarily by Farrakhan, the NOI benefited from a degree of support from some in the mainstream African-American community, who underscored the NOI's promotion of Black self-reliance and minimized its long record of hate. The NOI celebrates the march's anniversary (also known as the Holy Day of Atonement) each year at events which have regularly showcased antisemitism.

**Weekly sermons**

The NOI broadcasts a sermon every Sunday from its Chicago headquarters at Mosque Maryam. Livestreamed online, these sermons frequently receive tens of thousands of views on platforms like YouTube and Facebook and regularly include antisemitic and conspiratorial commentary.

**Social media campaigns**

Social media is a popular method for the NOI to spread messages of hate. Some mainstream sites have deplatformed Farrakhan, including Facebook in 2019 and YouTube in 2020, though numerous affiliated accounts remain active. Criticism of Farrakhan and deplatforming efforts have little impact on Farrakhan's core supporters, who commonly push back on these actions by using hashtags like #DefendingFarrakhan, #FarrakhanTwitterArmy, #HandsOffFarrakhan and #WeAreFarrakhan. Farrakhan himself still has an active Twitter profile with nearly 350,000 followers.

SA-84

**Online lecture series**

As part of the NOI's efforts to spread its hateful propaganda to new audiences, Farrakhan delivered a 58-part online lecture series from January 2013 through February 2014, titled The Time and What Must Be Done. In the series, which received an average of 40,000 views per sermon, Farrakhan frequently characterized Jews as "satanic" and promoted his classic antisemitic conspiracy theories about Jewish control of the media, the economy, and the government. Farrakhan also used the sermons to target LGBTQ+ individuals. Recordings of the lectures continue to be regularly promoted and replayed on official NOI social media channels.

## Publications

*The Final Call*

The Final Call, the NOI's official newspaper, is published weekly and distributed both online and in print by NOI members nationwide. The newspaper features articles about current events, promotes the group's ideology, profiles local NOI activities across the country, publishes excerpts from Farrakhan's speeches, and advertises NOI publications.

The Final Call serves as the centerpiece of the NOI's antisemitic propaganda campaign against Jews and has promoted numerous antisemitic conspiracy theories over the years. Multiple 2012 articles written by contributor Deric Muhammad, for example, alleged Jewish control of the government and Black people. After the 2015 terror attack at the Charlie Hebdo office in Paris, an article by then-Assistant Editor Ashahed Muhammad cited antisemitic conspiracy theorist Kevin Barrett to bolster his claim that events in France could have been a false flag operation carried out by Jews.

In 2020, The Final Call launched an online radio station which streams NOI content 24/7. The Final Call Radio claimed that it had drawn more than one million listeners from over 100 countries in its first year.

"The Secret Relationship Between Blacks and Jews"

A three-volume antisemitic publication written by the NOI's "Historical Research Department," "The Secret Relationship Between Blacks and Jews" has been heavily promoted by NOI leaders, in The Final Call, at NOI events, and online. The first volume, published in 1991, presents a multi-layered attack against Jews, arguing that slavery in the New World was initiated by Jewish ship owners and merchants. This alleged control of Black people by Jews has continued into the present day, according to Farrakhan.

The follow-up book, "The Secret Relationship Between Blacks and Jews Volume Two: How Jews Gained Control of the Black American Economy," was released in 2010. It expands on the original allegations that Jews played a disproportionate role in the transatlantic slave trade, which it claims resulted in deep and prolonged repercussions for Black people. It further falsely alleges that Jews refrained from participating in the abolition movement out of an affinity for the system of slavery, and blames Jews for promoting the myth of Black racial inferiority.

The third volume alleges that early 20th century "Jewish businessmen" worked to subjugate Black people and enrich themselves by masterminding the rebirth of the Ku Klux Klan. The NOI also claims that Jews were secretly responsible for the

SA-85

lynching of Leo Frank, a Jewish man falsely accused of murdering a white Christian girl in 1913. Frank was posthumously pardoned in 1986 by the state of Georgia.



*The three-volume set of "The Secret Relationship Between Blacks and Jews"*

**Other Publications**

Another NOI publication, the 2010 "Jews Selling Blacks: Slave Advertising by American Jews," is a compilation of newspaper advertisements that purports to present "disturbing evidence of American Jewish participation in the Black African slave trade."

The NOI also sells and promotes "The Synagogue of Satan," published in 2005 by the Truth Establishment Institute and written by former Assistant Editor of The Final Call, Ashahed Muhammad. The book takes its title from a phrase in the New Testament book of Revelation (2:9 and 3:9) and applies this phrase to contemporary Jews and to Jews throughout history.

Its overarching theme is that the world is being secretly manipulated and corrupted by satanic powers led by Jewish elites.

Ashahed Muhammad trades heavily in antisemitic conspiracy theories and Holocaust denial, alleging that these supposed satanic powers are influenced and guided by the theology of Judaism, and by a Jewish predilection for immorality. The book's themes derive from a 1995 speech by Farrakhan in which he claimed that Jewish organizations control the Federal Reserve, and a May 2003 speech in which he called Jewish members of the Bush Administration a "Synagogue of Satan."

## Mainstream Influence and Collaborations

Despite their long record of spreading hateful rhetoric, Farrakhan and the Nation of Islam have influence far beyond the group's official membership. Many nonprofit and faith-based organizations regularly collaborate with the NOI on community development programs. Notable elected officials, celebrities, athletes, and academics have also publicly expressed support for Farrakhan and some have endorsed his antisemitic and other hateful beliefs.

***Politics, activism and community development***

# SA-86

For decades, the Nation of Islam's promotion of Black self-reliance and Farrakhan's advocacy on behalf of Black communities have led some people and organizations to support or collaborate with the NOI. In addition to high-profile national events such as the Million Man March and its subsequent anniversaries, the NOI's impact is also felt at the local level through its community development programs, which regularly involve partnering with non-profit organizations, interfaith groups, and others. These collaborative efforts include chapters of 10,000 Fearless, a program led by NOI members that was created in response to Farrakhan's 2015 call for "10,000 fearless men" to get involved in their communities.

Among individual activists, prominent Women's March organizer and racial justice activist Tamika Mallory has repeatedly supported Farrakhan, calling him "the GOAT" (greatest of all time) because of his positive contributions to Black communities, but refusing to criticize him, even when directly confronted with examples of his antisemitism and bigotry. American academic and activist Cornel West has maintained a relationship with Farrakhan for years, calling him a "dear brother" and stating that, "though for many [Farrakhan's] controversial, and for many he's deeply misunderstood and misconstrued, and yes, even though I might have deep disagreements, my love for him cuts deeper."

Farrakhan's supporters also include various politicians and elected officials. For example, mayors of several Michigan cities joined Farrakhan on stage during his speech at Saviours' Day 2020 in Detroit, including the mayors of Benton Harbor, Eastpointe, Flint, and Muskegon; Benton Harbor mayor Marcus Muhammad is himself a longtime NOI member and vocal Farrakhan supporter. That same week, Detroit City Council President Brenda Jones sponsored a resolution in honor of The Final Call's 40th anniversary, praising the NOI newspaper's "truthful articles" and "courageous journalists" — despite the publication's history of disseminating antisemitic lies and conspiracy theories.

Farrakhan received support from elected officials in at least three states for the Million Man March's 20th anniversary in 2015, including U.S. Representative Yvette Clarke and various New York State representatives and New York City Council members, who met with Farrakhan as part of his promotional tour ahead of the anniversary. In 2013, a group of elected officials in Alabama invited Farrakhan to participate in rallies to support the extension of the federal Voting Rights Act. State Senators Hank Sanders and Bobby Singleton and Tuskegee Mayor Johnny Ford publicly endorsed Farrakhan. Ford had previously presented Farrakhan with a key to the city and proclaimed him "honorary mayor of Tuskegee for life."

In recent years, the NOI has developed a close relationship with the Nubian Leadership Circle, a group that promotes Black unity worldwide. Farrakhan spoke to the group in 2018 and again at their National Black Leadership Summits in 2020 and 2021.

***Musicians, athletes, and celebrities***

Musicians, athletes, and other celebrities continue to lend support to Farrakhan and, in some cases, proactively amplify his antisemitism and hate.

In the lead-up to the 20th anniversary of the Million Man March in 2015, for example, several well-known rap artists met with Farrakhan and shared supportive messages on social media about the planned event, helping Farrakhan reach millions of additional followers and outperforming Farrakhan's own Facebook and Twitter accounts.

SA-87

9/1/24, 11:08 PM                                                                Nation of Islam | ADL



*Louis Farrakhan with artists (left to right) Rick Ross, The Game, and CeeLo Green, posted to social media in 2015 ahead of the 20th anniversary of the Million Man March*

*(source: Instagram)*

This pattern has continued into the present. A number of celebrities traveled to Farrakhan's Michigan farm in July 2020 to attend a speech replete with antisemitic lies and stereotypes, including Nick Cannon, Stephen Jackson, TI, 2Chainz, Rick Ross, Jay Electronica, Stephanie Mills, and Syleena Johnson. Many of those who attended the speech also expressed their admiration for Farrakhan online. The speech was streamed by Revolt TV, a digital cable network founded by Sean "P Diddy" Combs, and garnered over a million views. NFL player DeSean Jackson expressed his agreement with the speech and repeated antisemitic sentiments on Instagram (Jackson later apologized).

Also in 2020, rapper and actor Ice Cube, whose relationship with the NOI dates to the 1990s, used Twitter to elevate Farrakhan and share certain posts that appeared to touch on antisemitic conspiracy theories. On Instagram, comedian and author Chelsea Handler shared a video of Farrakhan with her millions of followers and commented, "I learned a lot from watching this powerful video" (Handler later removed the video and issued an apology). On YouTube, rapper, actor, and TV host Nick Cannon posted a video of an interview from 2019 in which he defended Farrakhan and voiced his own antisemitic thoughts (Cannon later apologized).

In October 2020, rapper Busta Rhymes released an album that incorporated references to the Nation of Islam in multiple songs, including featuring Farrakhan's voice on the title track. While promoting the album, which debuted at number seven on the Billboard 200 chart, Busta Rhymes repeatedly presented Farrakhan and the Nation of Islam as models of inspiration and empowerment for Black people and dismissed criticism of Farrakhan's history of bigotry.

### *Anti-vaccine advocacy*

The NOI has a long history of discouraging Black people from receiving vaccines, claiming that vaccines are used to intentionally harm Black people. This advocacy began in the 1960s, when Elijah Muhammad instructed his followers not to receive the polio vaccine, and has continued through today. Farrakhan met with Robert F. Kennedy Jr., chairman of the prominent anti-vaccine advocacy group Children's Health Defense, in 2015. In 2021, Kennedy and NOI Western Regional Representative Tony Muhammad co-produced an anti-vaccine documentary which had its premiere at NOI's Saviours' Day event. The NOI was especially vocal in its conspiratorial anti-vaccine rhetoric during the coronavirus pandemic, with Farrakhan calling the COVID-19 vaccine "death itself" and the NOI warning against the vaccine in its sermons, publications and online content.

SA-88



*A graphic shared on social media by the Nation of Islam warning against the COVID-19 vaccine (source: Twitter)*

### Scientology

Since the mid-2000s, the Nation of Islam has forged an unlikely alliance with the Church of Scientology. Farrakhan was honored by Scientology in 2006 amid the Church's increased outreach to communities of color. By 2010, Farrakhan openly encouraged NOI members to practice Dianetics. NOI Western Regional Representative and Student Minister Tony Muhammad was among Scientology's earliest allies within the NOI, helping to develop the relationship between the two groups. Tony Muhammad was honored with Scientology's highest honor in 2017 and regularly appears in Scientology promotional materials.

### Relationship with foreign leaders and governments

Over the years, Farrakhan has maintained relationships with various foreign leaders and governments, including U.S.-recognized state sponsors of terrorism. For example, Libyan dictator Muammar Qaddafi loaned millions of dollars to the NOI during both Elijah Muhammad and Farrakhan's tenures and served as the Saviours' Day keynote speaker in 1985, urging Black members of the U.S. armed forces to form their own army to "destroy white America." In 1996, Farrakhan embarked on a 23-nation tour of Africa and the Middle East, meeting with numerous foreign political and military leaders.

NOI has also had a particularly strong relationship with Iran. On a 2016 trip to Iran, Farrakhan was a guest of honor at an official ceremony attended by Iranian President Hassan Rouhani. On a 2018 trip, Farrakhan reportedly met with Iranian Supreme Leader Ali Khamenei. Farrakhan continued to spew antisemitic and anti-Israel rhetoric during these visits, criticizing "the Zionist-controlled media in America" and claiming that Jews conspire to divide Muslims. Naba'a Muhammad (AKA Richard Muhammad), editor of The Final Call, has appeared on Iran's state-run Press TV news network and publishes articles from Press TV in The Final Call.

SA-89

9/1/24, 11:08 PM                                                              Nation of Islam | ADL

## Beyond Farrakhan: Other prominent NOI figures and their history of bigotry

While Farrakhan is the NOI's most well-known source of antisemitism and bigotry, a range of prominent NOI figures — from longtime national leaders to NOIRG members — have helped the NOI propagate its antisemitic beliefs and conspiracy theories. As the group considers the years ahead and a future without Farrakhan as its leader, it is likely that one or some of these individuals will assume significant leadership roles within the Nation.



*Top row (left to right): Ishmael Muhammad, Ava Muhammad, Wesley Muhammad, Ilia Rashad Muhammad, Demetric Muhammad. Bottom row (left to right): Nuri Muhammad, Rizza Islam, Abdul Malik Sayyid (AKA Tony) Muhammad, Abdul Haleem (AKA Robert) Muhammad, Sultan Rahman Muhammad.*

**Ishmael Muhammad**

Ishmael Muhammad is the Student National Assistant Minister to Farrakhan at the NOI's flagship mosque in Chicago, a member of the NOI Executive Council, and son of former NOI leader Elijah Muhammad. He has long been regarded as Farrakhan's most likely successor. Although Ishmael Muhammad does not have as extensive a public record of antisemitism or bigotry as Farrakhan, he has regularly referred to Jews as "imposters" and the "Synagogue of Satan" and has also defended Farrakhan's blatant antisemitism.

Ishmael Muhammad's public role grew in 1999 when Farrakhan was seriously ill with complications from treatment for prostate cancer. In 2007, W.D. Mohammed, another son of Elijah Muhammad, who rejected his father's racist ideology and steered a new course away from hatred, reiterated the belief that Ishmael Muhammad is the most likely contender for NOI leadership. After Farrakhan's 2013 heart attack, the NOI tapped Ishmael Muhammad to give a keynote speech in his place. At Saviours' Day 2021, Farrakhan selected Ishmael Muhammad to deliver the weekend's closing keynote address — a sermon traditionally delivered by Farrakhan himself.

**Ava Muhammad**

Ava Muhammad is one of the NOI's most prominent female leaders, serving as the group's National Spokesperson and a member of the NOI Executive Council. She is also a Student Minister within the NOI and hosts a weekly radio show, regularly interviewing NOI guests.

Ava Muhammad has promoted virulent antisemitism. At an event in 2017, an audience member asked why it was necessary for Farrakhan to keep attacking the Jewish community, and how those attacks benefit the African American community. In response, Ava Muhammad called Jews "godless" and proclaimed: "we will be free of this bloodsucking parasite so they will no longer be able to sell us alcohol, drugs, depraved sex and every other type of low-life thing that is keeping us from hereafter."

# SA-90

**Wesley Muhammad**

Wesley Muhammad is a Student Minister, a member of the NOI Executive Council, and a member of the NOI Research Group, contributing to the NOIRG's antisemitic publications. Wesley Muhammad regularly spreads his antisemitic, anti-LGBTQ+, and conspiratorial views online and in his sermons. He claims that Black people are not born gay, but are chemically manipulated to become gay as part of an effort by Jews and the U.S. government to control the Black population; he promotes what he calls the "Pot Plot" conspiracy theory, which alleges that modified strains of cannabis and other drugs are used to "de-masculinize and feminize the Black male of America."

In January 2021, Wesley Muhammad delivered a sermon from Mosque Maryam in which he explicitly and repeatedly blamed Jews and Israel for the coronavirus pandemic. In the sermon, Muhammad declared that the pandemic was sent to earth as punishment for the sins of Jews and Israel. He also claimed that Israel intentionally manipulated the virus to make it "more transmissible, more contagious, and more deadly."

**Ilia Rashad Muhammad**

A member of the NOIRG and a Student Minister in Memphis, Ilia Rashad Muhammad is a prominent proponent of antisemitic claims and conspiracy theories on social media. He advances tropes about Jewish power and control and defends Farrakhan against allegations of antisemitism by further attacking Jews. He frequently uses antisemitic tropes to criticize Israel and promotes claims that 9/11 was a false flag operation orchestrated by Jews and Zionists.

**Demetric Muhammad**

Demetric Muhammad is a member of the NOIRG and a Student Minister in Memphis who has a history of expressing antisemitism. The assassination of Malcolm X is a frequent area of focus for Demetric Muhammad, who has written a book on the subject and claims that a conspiracy involving Jewish organizations and the U.S. government were responsible for the murder.

**Nuri Muhammad**

Nuri Muhammad is a member of the NOIRG and the Student Minister of Muhammad Mosque No. 74 in Indianapolis, IN. He has delivered Sunday Sermons from Mosque Maryam and has been a featured speaker at the NOI's annual Saviours' Day. He has frequently expressed antisemitism on social media, calling Jews "so-called Jews" and the "Synagogue of Satan."

**Rizza Islam**

Ronnie Steven "Rizza" Islam is an NOI and FOI member and a social media influencer. He promotes inflammatory content that regularly includes antisemitic, anti-LGBTQ+, and anti-vaccine rhetoric, in addition to a range of other conspiracy theories. Rizza Islam is also an author, publishing a book in 2019 titled "Message to the Millineals" [sic], which was inspired by former NOI leader Elijah Muhammad's 1965 "Message to the Blackman in America."

Since becoming an active NOI member in the mid-2010s, Rizza Islam has quickly gained prominence within the Nation and has become one of Farrakhan's staunchest defenders. In 2021, Rizza Islam spoke at the NOI's annual Saviours' Day conference, promoting anti-vaccine conspiracy theories. Farrakhan singled out Rizza Islam for praise at the event, telling the audience: "he's

# SA-91

excellent as a potential great minister of the Honorable Elijah Muhammad." He has also received praise from various celebrities over the years and appeared on the primetime ABC television show "Soul of a Nation" in 2021.

**Abdul Malik Sayyid Muhammad (AKA Tony Muhammad)**

Abdul Malik Sayyid Muhammad (also known as Tony Muhammad) is the NOI's Western Regional Representative, Student Minister at its Los Angeles mosque, and a trusted advisor to Farrakhan. Tony Muhammad helped develop the relationship between Scientology and the Nation of Islam in the mid-2000s. Alongside Rizza Islam, Tony Muhammad has also played a significant role in revitalizing the NOI's anti-vaccine campaign in recent years, including facilitating collaborations between prominent anti-vaxxers and the NOI.

**Abdul Haleem Muhammad (AKA Robert Muhammad)**

Abdul Haleem Muhammad (also known as Robert Muhammad) is the NOI's Southwest Regional Representative and a Student Minister in Texas. He hosts a weekly radio show, which often incorporates excerpts of Farrakhan's speeches and sometimes includes antisemitic content. He has promoted antisemitism on social media, blamed Jews for the coronavirus pandemic, and referred to Jews as "wicked," "fake," and the "Synagogue of Satan."

**Sultan Rahman Muhammad**

Sultan Rahman Muhammad, grandson of former NOI leader Elijah Muhammad, was appointed by Farrakhan to be the NOI's first Student National Imam in 2012. He leads weekly prayer services as Mosque Maryam's resident imam and appears at other NOI events. He has a history of injecting antisemitism into his services and repeating these claims online, regularly using phrases like "imposter Jews" and "satanic Jews," accusing Jews of practicing a "dirty religion," and denying that Jews have a legitimate claim to their religion or the land of Israel.

## In Their Own Words

This is a select list of statements made by Louis Farrakhan and other prominent NOI figures.

\* View additional quotations from Farrakhan here.

**On Jews and Judaism**

"Those of you that say that you are Jews, I will not even give you the honor of calling you a Jew. You're not a Jew. You're so-called. You're Satan. And it's my job now to pull the cover off of Satan." – Louis Farrakhan, "The Criterion" speech, Michigan, 7/4/2020

"There's a group of them that are so wicked, but they say that they're Jews, but they're not. They're the Synagogue of Satan… The Jews in Israel are fake Jews…They're not the real Jew." – Abdul Haleem Muhammad, sermon at Muhammad Mosque #45, Houston, 7/28/2019

# SA-92

Nation of Islam | ADL

"You are wicked deceivers of the American people. You have sucked their blood. You are not real Jews, those of you that are not real Jews. You are the synagogue of Satan, and you have wrapped your tentacles around the U.S. government, and you are deceiving and sending this nation to hell." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/25/1996

"There can never be any peace structured on injustice, thievery, lying, deceit and using God's name to shield your dirty religion… You cannot tell me your religion is what you profess. Your religion is what you practice, and if you practice lying and stealing and cheating and murder and whoremongering, then your religion is a dirty religion." – Louis Farrakhan, speech at Morgan State University, Baltimore, 9/26/1985

**On Jewish power and control**

"The exact thing that the Jewish groups or any of those groups do, is that if someone they perceive to disrespect them, to misquote them, to say anything that they refer to or perceive as 'antisemitic,' they have an entire strategic team. They have a SWAT-like team that goes to work to destroy this person's career, their name, their banking, their influence anywhere. They make sure they ruin you. They get you to bow." – Rizza Islam, interview with Lord Jamar, YouTube, 10/5/2020

"The Talmud permits Jews to cheat non-Jews…These are the same principles that have conned and exploited the American people through institutional usury and predatory lending practices…Federal Reserve ain't no governmental operation. That's a family of rich Jewish people who print the money." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/17/2019

"When you say, Mr. Trump, 'America first,' ask any Jew, even your son-in-law. America is never first; Israel is always first. And as long as Israel is first, then whatever you think or plan will be in Israel before you leave the room in the White House. Mr. Trump, you have to extricate yourself from being controlled by any one of these." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/26/2017

"Who owns America? Who runs America?…You have a small population of Jewish people in America, but they're the most powerful. Nobody can deny their influence, their power, their money. You've got nine people on the Supreme Court — three of whom are Jewish. They control Hollywood. They control media. They are the greatest of the bankers. So when you want to be something in America — in all the fields of human endeavor that have meaning — you've got to pass by them." – Louis Farrakhan, interview on The Rock Newman Show, 9/10/2015

"The government of America is owned lock, stock and barrel by those Zionists that love Israel above the United States of America." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/26/2012

"Every Jewish person that is around the president is a dual citizen of Israel and the United States of America and sometimes, we have to raise the question, 'Are you more loyal to the state of Israel than you are to the best interests of the United States of America?'" – Louis Farrakhan, news conference at the National Press Club, Washington, DC, 10/19/1998

"The Jewish Lobby has a stranglehold on the government of the United States." – Louis Farrakhan, speech at Madison Square Garden, New York, 10/7/1985

**On the relationship between Jewish people and Black people**

# SA-93

"Every effort by the Honorable Minister Louis Farrakhan and the Nation of Islam to stop Black people from killing one another has been met with vicious, deliberate Jewish assault and sabotage…Jewish friends? No. These individuals and organizations are our enemies." – Naba'a Muhammad (AKA Richard Muhammad), article in The Final Call, 7/14/2020

"Pedophilia and sexual perversion institutionalized in Hollywood and the entertainment industries can be traced to Talmudic principles and Jewish influence. Not Jewish influence — satanic influence under the name of Jew…The wicked practices that govern their industries are largely justified and influenced by such Talmudic principles. The pervasive rape culture, Hollywood's casting couch, sex trafficking and prostitution, the age-old buck breaking process that emasculates Black men and corrupts Black women." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/17/2019

"What has remained a secret and not spoken of is the Jewish involvement in the undoing of Black people and the slave trade and the owners of ships and the selling and dehumanizing of Black people." – Louis Farrakhan, interview on the Michael Eric Dyson show, Baltimore, 8/23/2010

**On conspiracy theories involving Jews and the U.S. government**

*9/11*

"Thanks to the exemplary work of scholars like Victor Thorn and Christopher Bollyn it is now becoming apparent that there were many Israelis and Zionist Jews in key roles in the 9/11 attacks…It now appears that 9/11 was a false flag operation." – Louis Farrakhan, Saviours' Day speech, Chicago, 3/1/2015

"We know that many Israelis were arrested immediately after the attacks but quickly released and sent to Israel…We know that an Israeli film crew dressed as Arabs were filming the Twin Towers before the first plane went in. In other words, these Israelis had foreknowledge of the attacks…We know that many Jews received a text message not to come to work on September 11." – Louis Farrakhan, Saviours' Day speech, Chicago, 3/1/2015

*The Holocaust*

"I don't know how many Jews were killed. I know something happened in Nazi Germany, and if it's one million, two million, three million; it's one million, two million, three million too many. But to deny a person the right to challenge your articulation of numbers and to put you in jail if you deny aspects of the Holocaust…You can't speak about Jews. You can't criticize Jews. If you do, you're an antisemite." – Louis Farrakhan, Holy Day of Atonement address, Chicago, 10/21/2012

"The Jews don't like Farrakhan, so they call me Hitler. Well, that's a good name. Hitler was a very great man. He wasn't great for me as a Black person, but he was a great German…He rose Germany up from nothing. Well, in a sense you could say there's similarity in that we are rising our people up from nothing." – Louis Farrakhan, Radio broadcast, 3/11/1984

*Plots against Farrakhan and the Nation of Islam*

"Look at the forces of evil that's against this tiny little nation of God and the Messiah. You can tell the weight of a man by the weight of his enemy. You have the most powerful government on earth that is working against Elijah Muhammad, the Nation of Islam, Louis Farrakhan…Along with members from the Arab world, members of the Jewish community that goes all the way to Israel." – Ishmael Muhammad, Saviours' Day, Chicago, 2/28/2021

# SA-94

"All of [Farrakhan's] enemies are our enemies…The ADL and Jewish watch groups and even the government started to pay attention to the helpers of the Minister…We actually made that list of being so-called antisemites. And there are some things that come with that…You start to find things happening with your bank accounts. Things suddenly appear on your taxes. We're dealing with a very, very wicked Satan right there." – Ilia Rashad Muhammad, Saviours' Day, Chicago, 2/27/2021

"They attempted to kill me non-violently with radiated seeds filling my body…When I went into the hospital, The New York Times, CNN, they had written my obituary…You really think that I hate the Jewish people?…They hoped that I would die. I became very weak and sick, full of pain…My Jewish friends? No. My enemies have raised the Talmud above the Torah and then spread the lie against God that they are stronger than God." – Louis Farrakhan, "The Criterion" speech, Michigan, 7/4/2020

"The germ of murder is already sewn into the hearts of Jews in this country…The Jews talk about 'never again.' Well, I am your last chance, too, Jews. Listen, Jews, this little Black boy is your last chance because the Scriptures charge [you] with killing the prophets of God, but if you rise up to try to kill me, then Allah promises you that he will bring on this generation the blood of the righteous. All of you will be killed outright…You cannot say 'Never again' to God because when He puts you in the oven, 'never again' don't mean a thing." – Louis Farrakhan, speech at Madison Square Garden, New York, 10/7/1985

*Coronavirus Pandemic*

"This pestilence from heaven [COVID-19], as Minister Farrakhan laid out for us, is because they have taken the word of God and altered it out of its place and given it back to the world and said that this is from God, when it's really from their own hands. At the root of it is the Talmudic Jews…The whole world has been captured by this satanic mind in every field of endeavor." – Abdul Haleem Muhammad, interview on NNV News, 1/12/2021

"The evidence suggests that the release of the novel coronavirus in Wuhan and then in Iran was a multinational intelligence operation involving a Five Eyes intelligence alliance but spearheaded by the US and Israel. What has been called a Zio-Anglo-American operation. Just as the arsonist is the one who first knows where fire is starting, over one month before Chinese officials knew in late December that a pandemic was incubating in their midst, the US National Center for Medical Intelligence, the National Security Agency, the CIA, and the Israel Defense Forces in November knew." – Wesley Muhammad, sermon at Mosque Maryam, Chicago, 1/10/2021

**On the LGBTQ+ community**

"God did not create man to lay with man. But you are being chemically programmed against your nature. You don't know it." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/25/2018

"These false Jews promote the filth of Hollywood that is seeding the American people and the people of the world and bringing you down in moral strength. It's the wicked Jews, the false Jews that are promoting lesbianism, homosexuality. It's wicked Jews, false Jews that make it a crime for you to preach the word of God, then they call you homophobic." – Louis Farrakhan, Saviours' Day speech, Chicago, 2/26/2006

"It seems like being gay or whatever sin you wish to be a part of is okay…but I have the duty to lift that gay person up to the standard to ask if they want to live the life that God wants them to or live the lifestyle that they want to live." – Louis Farrakhan, Boston, 8/7/1997

# SA-95

**On white people**

"How did the Caucasian come into existence?…You're not a natural man, you're a grafted man…And when the white man was made, his father was a liar, his father was a murderer, so they are born with lie and murder in their nature." – Louis Farrakhan, "The Criterion" speech, Michigan, 7/4/2020

"The God who taught me calls the white man the skunk of the planet earth. He is so wicked and so filthy that God calls him the skunk of the planet earth." – Louis Farrakhan, article in The Final Call, 6/5/1992

"The Caucasian is born by nature to be the enemy of…the Original man and ideas, ideals and laws that rule the Original creation. This is why the Honorable Elijah Muhammad called them a race of 'devils.' Devil means 'opposer to God and qood; one who is wicked.' The idea at the base of their making (not creation) is contrary to the idea of Allah (God). This is why throughout their rule, they have never established justice, equity or freedom. They have never established righteousness. The idea they work from is contrary to the idea of the Originator." – Louis Farrakhan, The Final Call, 5/15/1988

"The origin of sin, the origin of murder, the origin of lying are deceptions originated with the creators of evil and injustice — the white race…They cannot produce good, for they are without the nature of good…All manner of evil and corruption has come from the white race." – Elijah Muhammad, "Message to The Blackman in America," 1965

RELATED CONTENT

Farrakhan: In His Own Words

Farrakhan Predicts Another Holocaust, Espouses Antisemitism and Bigotry in Saviours' Day Speech

Nation of Islam Pushes Anti-COVID-19 Vaccine Message, Alongside Conspiracy Theorists

Farrakhan Remains Most Popular Antisemite in America

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I served counsel for Plaintiffs-Appellants Louis Farrakhan and Nation of Islam, and counsel for Defendants-Appellees Simon Wiesenthal Center and Abraham Cooper with a USB thumb drive containing a copy of Electronic File Containing Video of NOI's 2018 Million Man Anniversary Address. Service was made via First Class U.S Mail using the addresses listed below:

| | |
|---|---|
| LOUIS FARRAKHAN and NATION OF ISLAM<br>   Plaintiffs - Appellants | Michael K. Muhammad, -<br>Muhammad Law Firm<br>10440 North Central Expressway<br>Suite 800<br>Dallas, TX 75231 |
| | Abdul Arif Muhammad, Sr., -<br>Office of the General Counsel<br>7351 S. Stony Island Avenue<br>Chicago, IL 60615 |
| | Sa'ad A Muhammad, Counsel<br>Power and Dixon. PC<br>1525 East 53rd Street, Suite 447<br>Chicago, IL 60615 |
| SIMON WIESENTHAL CENTER and ABRAHAM COOPER<br>   Defendants - Appellees | Eric Young Su<br>Glaser Weil Fink Howard Jordan & Shapiro LLP<br>520 Newport Center Drive<br>Suite 420<br>Newport Beach, CA 90017 |

 /s/ Adam I. Rich
Adam I. Rich

*Counsel for Defendants-Appellees Anti-Defamation League and Jonathan Greenblatt*