# ABDUL ARIF MUHAMMAD, ESQ.

7351 South Stony Island Ave.
Chicago, Illinois 60649

Email: abdularifmuhammad@gmail.com                 Telephone: (215) 313-0738

October 29, 2024

United States Court of Appeals for the Second Circuit
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

24-1237-cv  Minister Louis Farrakhan, Nation of Islam
            v. Anti-Defamation League, et al., Abraham Cooper, et al

**Re:    Request for permission to have electronic devices (laptop & cellphone) in Courtroom during Oral Argument**

To the Clerk of Court:

The undersigned Attorneys for Appellants-Plaintiffs in the above captioned matter are scheduled for Oral Argument in Room 1703 at 10:00 a.m., on Friday, November 8, 2024.  We are each requesting permission to bring our laptops and cellphones in the Courtroom.

This request is made to facilitate our access to legal documents, improve efficiency, and allow quick reference to relevant information.

Thank you for your consideration.

Respectfully,

/s/ *Abdul Arif Muhammad*              /s/ *Sa'ad Alim Muhammad*
Abdul Arif Muhammad                    Sa'ad Alim Muhammad

/s*/ Michael K. Muhammad*
Michael K. Muhammad